IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DAVID WILLIAM WOOD,

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

Et al.,

       Defendants.

Case No. 3:15-cv-594

## **PLAINTIFFS' SUPPLEMENTAL FED. R. CIV. P. 26(a)(1) DISCLOSURES**

COME NOW the Plaintiff, David William Wood, by counsel and pursuant to Fed. R. Civ. P. 26(a)(1), and make the following disclosures to Defendants. These initial disclosures are based on information reasonably available to Plaintiff at this time. Plaintiff reserves the right to supplement these initial disclosures (either through express supplements to these disclosures or through responses to formal discovery) when additional information becomes available.

In making these initial disclosures, Plaintiff does not waive the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or any other proper ground to the use of any such information, for any purpose, in whole or in part, and this action or any other action. Plaintiff also does not waive the right to object to any request for production of any document, electronically stored information, or tangible thing on the basis of any privilege, the work product doctrine, evidentiary exclusion, relevancy, undue burden or any other proper ground.

**I.      Individuals likely to have discoverable information.**

j.  Sgt. L.L. Woodson, Town of West Point Police Department
    433 12th Street,
    P. O. Box 152
    West Point, VA 23181

    All information regarding the investigation of Plaintiff's claim of identity theft.


Respectfully submitted,
**DAVID WILLIAM WOOD,**


By_____/s/_____
Leonard A. Bennett, VSB #37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION  ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  lenbennett@clalegal.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION  ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Timothy St. George
Troutman Sanders, LLP.
1001 Haxall Point
Richmond, VA 23219
(804) 697-1254
(804) 698-6013 facsimile
tim.stgeorge@troutmansanders.com
*Counsel for Midland Credit Management, Inc.*

John Willard Montgomery, Jr.
2116 Dabney Road, Suite A-1
Richmond, VA 23230
(804) 355-8744
(804) 355-8748 facsimile
jmontgomery@jwm-law.com
*Counsel for Equifax Information Solutions, Inc.*

David N. Anthony
Troutman Sanders, LLP.
P. O. Box 1122
Rihmond, VA 23218-1122
(804) 697-5410
(804) 698-5118 facsimile
david.anthony@troutmansanders.com
*Counsel for Experian Information Solutions, Inc.*

Gibson Sinclair Wright
Morris & Morris, P.C.
11 South 12th Street, 5th Floor
Richmond, VA 23219
(804) 344-6314
(804) 344-8359 facsimile
gwright@morrismorris.com
*Counsel for Trans Union, LLC.*

                          /s/
Leonard A. Bennett, VSB #37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  lenbennett@clalegal.com