IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DAVID WILLIAM WOOD,

    Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES LLC,

Et al.,

    Defendants.

Case No. 3:15-cv-594

### PLAINTIFF'S FOURTH SUPPLEMENTAL
### FED. R. CIV. P. 26(e) DISCLOSURES

COMES NOW the Plaintiff, by counsel, and pursuant to Fed. R. Civ. P. 26(e), and makes the following supplemental disclosures to Defendants.  These supplemental disclosures are based on information reasonably available to Plaintiff at this time.  Although the case has been pending for quite a while, the Defendants have not provided any meaningful discovery answers or documents.  Thus, Plaintiff reserves the right to further supplement these supplemental disclosures when, and if, additional information becomes available.

    II.    Description of documents Plaintiff may use in support of his action:

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following documents in his possession and control:

| Document Type | Bate Stamp # |
|---|---|
| Documents produced by CDIA in response to subpoena | **CDIA000001-CDIA000663 CONFIDENTIAL – produced pursuant to Protective Order** |
| Flash drive containing wave files of e-learning of CDIA produced in response to subpoena | **FLASH DRIVE- CONFIDENTIAL – produced pursuant to Protective Order** |

Respectfully submitted,
**DAVID WILLIAM WOOD,**


By_____/s/_____
Leonard A. Bennett, VSB #37523
Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION  ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  lenbennett@clalegal.com

Susan M. Rotkis, VSB#40693
CONSUMER LITIGATION  ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of July, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:


Lauren M. Cafferty
McGuire Woods, LLP.
2001 K.Street, NW, Suite 400
Washington, DC 20006-1040
(202) 857-1733
(202) 828-3332 facsimile
lcafferty@mcguirewoods.com

Christopher J. Sears
Cipriani & Werner, P.C.
400 Tracy Way, Suite 110
Charleston, WV 25311
(304) 341-0500
(304) 341-0507 facsimile
csears@c-wlaw.com


                                              /s/
                    Leonard A. Bennett, VSB #37523
                    Susan M. Rotkis, VSB#40693
                    CONSUMER LITIGATION  ASSOCIATES, P.C.
                    763 J. Clyde Morris Blvd., Suite 1-A
                    Newport News, Virginia 23601
                    (757) 930-3660 - Telephone
                    (757) 930-3662 – Facsimile
                    E-mail:  lenbennett@clalegal.com