IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID WOOD**

v.                                                                                           No. 3:15-cv-594-MHL

**CREDIT ONE BANK, N.A.**

### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, David William Wood, moves for partial summary judgment and seeks an Order finding that (1) Credit One Bank's reporting that Mr. Wood opened and was responsible for its credit card account was inaccurate; (2) Credit One Bank failed to conduct a reasonable investigation of Mr. Wood's disputes; and (4) Credit One Bank failed to truthfully report the results of its investigation back to the consumer reporting agencies.

For the reasons explained in the accompanying memorandum in support of this motion, the Plaintiff respectfully requests an Order granting his motion for partial summary judgment.

Respectfully,

/s/
Susan M. Rotkis, VSB 40693
Leonard A. Bennett, VSB 37523
Craig C. Marchiando
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
srotkis@clalegal.com
lenbennett@clalegal.com
craig@clalegal.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August 2016, I served a true and correct copy of the foregoing document by filing it in the CM/ECF system, which will electronically notify (NEF) the following:

Lauren Marie Cafferty
McGuireWoods LLP (DC)
2001 K Street NW
Suite 400
Washington, DC 20006-1040
Email: lcafferty@mcguirewoods.com

Christopher James Sears
Cipriani & Werner PC
400 Tracy Way
Suite 110
Charleston, WV 25311
Email: csears@c-wlaw.com

         /s/
Susan M. Rotkis, VSB 40693
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
srotkis@clalegal.com

2