UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID W. WOOD,**

       **Plaintiff,**

v.                               Civil Action No. 3:15-cv-00594-MHL

**CREDIT ONE BANK, N.A.,** *et al.*,

       **Defendants.**

## PLAINTIFF'S MOTION TO STRIKE
## TESTIMONY AND OPINIONS OF JAMES LYNN

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Plaintiff David Wood, by Counsel, moves the Court to exclude the testimony and opinions of the Rule 26(a)(2) disclosed witness offered by Defendant Credit One Bank.

                                                     Respectfully Submitted,

                                                     _____/s/_____
                                                     Leonard A. Bennett, VSB #37523
                                                     Susan M. Rotkis, VSB #40693
                                                     Craig C. Marchiando, VSB #89736
                                                     **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                    763 J. Clyde Morris Boulevard, Suite 1-A
                                                    Newport News, Virginia 23601
                                                    (757) 930-3660 – Telephone
                                                    (757) 930-3662 – Facsimile
                                                    Email: lenbennett@clalegal.com
                                                                  srotkis@clalegal.com
                                                                  craig@clalegal.com

                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2016, I will file a true and correct copy of the foregoing using the Clerk's CM/ECF system, which will automatically send a notice of electronic filing (NEF) to the following Counsel of Record:

Lauren Cafferty
McGuire Woods, LLP
2001 K Street NW, Suite 400
Washington, D.C. 20006
Telephone: (202) 857-1733
Email: lcafferty@mcguirewoods.com

Christopher Sears
Cipriani & Werner, P.C.
Laidley Tower, Suite 90
500 Lee Street E.
Charleston, West Virginia 25301
Telephone: (304) 341-0500
Email: csears@c-wlaw.com

*Counsel for Credit One Bank*

                                                          /s/
                           Leonard A. Bennett, VSB #37523
                         **CONSUMER LITIGATION ASSOCIATES, P.C.**
                         763 J. Clyde Morris Boulevard, Suite 1-A
                         Newport News, Virginia 23601
                         (757) 930-3660 – Telephone
                         (757) 930-3662 – Facsimile
                         Email:  lenbennett@clalegal.com