IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID WOOD**

v. No. 3:15-cv-594-MHL

**CREDIT ONE BANK, N.A.**

### NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff, David William Wood, has moved for partial summary judgment. Please take notice the exhibits filed herewith accompany the Memorandum in Support of the Motion. At the time of filing, certain of the exhibits were not accepted by the ECF system. At this time, the only documents that the ECF system will not accept are (1) Ex. 1 the excerpt of the Deposition of David Wood, and (2) Ex. 9 Fraudulent Account Statement, which will both be filed with a separate notice.

Respectfully,

_____/s/_____
Susan M. Rotkis, VSB 40693
Leonard A. Bennett, VSB 37523
Craig C. Marchiando
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
srotkis@clalegal.com
lenbennett@clalegal.com
craig@clalegal.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August 2016, I served a true and correct copy of the foregoing document by filing it in the CM/ECF system, which will electronically notify (NEF) the following:

Lauren Marie Cafferty  
McGuireWoods LLP (DC)  
2001 K Street NW  
Suite 400  
Washington, DC 20006-1040  
Email: lcafferty@mcguirewoods.com

Christopher James Sears  
Cipriani & Werner PC  
400 Tracy Way  
Suite 110  
Charleston, WV 25311  
Email: csears@c-wlaw.com

/s/  
Susan M. Rotkis, VSB 40693  
**CONSUMER LITIGATION ASSOCIATES, P.C.**  
763 J Clyde Morris Boulevard, Suite 1A  
Newport News, VA 23601  
Telephone: (757) 930-3660  
Facsimile: (757) 930-3662  
srotkis@clalegal.com