**Exhibit 1**

**Placeholder**

**Deposition of David William Wood to be filed as a separate docket entry.**