| ACDV Response: | | | 99994175045721018 |
|---|---|---|---|
| **Account Number:** | 4447962231788609 | **SSN:** | |
| **Consumer Name:** | DAVID  WOOD | **Control Number:** | |
| **Response Code:** | 02:Modify account information as indicated | **Subscriber Code:** | 180BB27505 |
| **Response Date:** | 07/11/2014 | **DF Contact Number:** | |
| **Response Due Date:** | 07/18/2014 | **DF Authorized Name:** | Shantel Reed |

| Dispute Information: | |
|---|---|
| **Dispute Code 1:** | 103:Claims true identity fraud, account fraudulently opened.  Provide or confirm complete ID. |
| **Dispute Code 2:** | |
| **FCRA Relevant Information:** | Upon discovery I called Credit one and disputed it. They told me it was under investigation. I called back every other week only to hear that it was under investigation this continued for 4 months. Not a word said to me |

| Consumer Information: | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| **Last Name:** | WOOD | | Same |
| **First Name:** | DAVID | | Same |
| **Middle Name:** | | | |
| **Generation Code:** | | | |
| **Prev. Last Name:** | | | |
| **Prev. First Name:** | | | |
| **Prev. Middle Name:** | | | |
| **Prev.Generation Code:** | | | |
| **SSN:** | 2 | | Same |
| **Date Of Birth:** | 03/28/1988 | | Same |
| **Telephone Number:** | | | |
| **ECOA Code:** | 1:Individual | 1:Individual | |
| **Street Address:** | | | Different |
| **City:** | WEST POINT | WEST POINT | |
| **State:** | VA:Virginia | VA:Virginia | |
| **Zip:** | 23181 | 23181 | |
| **Prev. Street Address:** | | | Unknown |
| **Prev. City:** | WEST POINT | | |
| **Prev. State:** | VA:Virginia | | |
| **Prev. Zip:** | 23181 | | |
| **2nd Prev. Street Address:** | PO BOX 725 | | |
| **2nd Prev. City:** | WEST POINT | | |
| **2nd Prev. State:** | VA:Virginia | | |
| **2nd Prev. Zip:** | 23181 | | |

| Account Information: | | |
|---|---|---|
| | **Request Data** | **Response Data** |
| **Account Status:** | 83:Account 150 days past the due date. | |
| **Payment Rating:** | | |
| **Cond. / Cum. Status:** | | |
| **CII:** | | |
| **MOP:** | 05:Pays over 120 days; 5 or more payments past due | |
| **CCC:** | | |
| | | 99994175045721018 |
| **SCC:** | M:Account closed at credit grantor's request. | |
| **Portfolio Type:** | R:Revolving (open-end account) | R:Revolving (open-end account) |
| **Account Type:** | 18:Credit Card | 18:Credit Card |
| **Interest Type Indicator:** | | ,0,,,,Fraud with Docs: |
| **Terms Duration:** | REV | |
| **Terms Frequency:** | M:Monthly | |
| **Date Opened:** | 06/10/2013 | 06/10/2013 |
| **Date of Account Information:** | 06/15/2014 | 07/11/2014 |
| **Date of Last Payment:** | | |
| **Date Closed:** | 11/01/2013 | 11/13/2013 |
| **FCRA DOFD:** | 01/01/2014 | 01/15/2014 |
| **Current Balance:** | 608 | 608 |
| **Amount Past Due:** | 155 | 155 |
| **High Credit / Original Amt.:** | 608 | |
| **Credit Limit:** | 300 | 300 |
| **Original Charge Off Amount:** | | |
| **Actual Payment:** | | 0 |

| Scheduled Monthly Payment: | 31 | |
|---|---|---|
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | | |
| Purchased From / Sold To: | | |
| Narrative / Remarks: | CLOSED ACCOUNT | |

| Account History | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
| 2014 | Req. | | | | | | | - | 4 | 3 | 2 | 1 | 0 |
|  | Resp. | | | | | | | - | - | - | - | - | - |
| 2013 | Req. | 0 | 0 | 0 | 0 | 1 | 0 | B | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2012 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2008 | Req. | - | - | - | - | - | - | - | - | - | - | - | - |
|  | Resp. | - | - | - | - | - | - | - | - | - | - | - | - |
| 2007 | Req | - | - | - | - | - | - | | | | | | |
|  | Res | - | - | - | - | - | - | | | | | | |

| Associated Consumer Information | | |
|---|---|---|
| | | |
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| | | |
| Authorized Name: | Shantel Reed | |
| Date: | 07/11/2014 | |

**When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.**

COB00047

| ACDV Response: | | SearchACDV | | 9.99951E+16 |
|---|---|---|---|---|
| Account Number: | 4.44796E+15 | | SSN: | |
| Consumer Name: | DAVID WOOD | | Control Number: | 9.99951E+16 |
| Response Code: | 2: | | Subscriber Code: | 180BB27505 |
| Response Date: | 04/28/2015 | | DF Contact Number: | |
| Response Due Date: | 05/17/2015 | | DF Authorized Name: | Alexandra Chu |
| **Dispute Information:** | | | | |
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID. | | | |
| Dispute Code 2: | | | | |
| FCRA Relevant Information: | | | | |

| Consumer Information: | Request Data | Response Data | Same / Diff |
|---|---|---|---|
| Last Name: | WOOD | | Same |
| First Name: | DAVID | | Same |
| Middle Name: | | | |
| Generation Code: | | | |
| Prev. Last Name: | | | |
| Prev. First Name: | | | |
| Prev. Middle Name: | | | |
| Prev.Generation Code: | | | |
| SSN: | ■■■■ | | Same |
| Date Of Birth: | | | Unknown |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | 2:Joint Contractual Liability | |
| Street Address: | ■■■■ | | Same |
| City: | WEST POINT | | |
| State: | VA:Virginia | | |
| Zip: | 23181 | | |
| Prev. Street Address: | ■■■■ | | Unknown |
| Prev. City: | WEST POINT | | |
| Prev. State: | VA:Virginia | | |
| Prev. Zip: | 23181 | | |
| 2nd Prev. Street Address: | ■■■■ | | |
| 2nd Prev. City: | LANEXA | | |
| 2nd Prev. State: | VA:Virginia | | |
| 2nd Prev. Zip: | 23089 | | |

| Account Information: | Request Data | Response Data |
|---|---|---|
| Account Status: | 97:Unpaid balance reported as a loss by credit grantor (charge-off). | 97:Unpaid balance reported as a loss by credit grantor (charge-off). |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | XH:Account previously in dispute - now resolved, reported by credit grantor. |

| | | | |
|---|---|---|---|
| | | reported by credit grantor. | |
| | | | 9.99951E+16 |
| SCC: | AT:Account closed due to transfer. | | AH:Purchased by another lender. |
| Portfolio Type: | R:Revolving (open-end account) | | R:Revolving (open-end account) |
| Account Type: | 18:Credit Card | | 18:Credit Card |
| Interest Type Indicator: | | | ,1,1,Y,17039587,Fraud with Docs,32163: |
| Terms Duration: | REV | | |
| Terms Frequency: | | | |
| Date Opened: | 06/01/2013 | | 06/10/2013 |
| Date of Account Information: | 12/30/2014 | | 04/28/2015 |
| Date of Last Payment: | | | |
| Date Closed: | | | 07/27/2014 |
| FCRA DOFD: | 01/01/2014 | | 01/15/2014 |
| Current Balance: | 0 | | 0 |
| Amount Past Due: | | | 0 |
| High Credit / Original Amt.: | 608 | | 654 |
| Credit Limit: | 300 | | |
| Original Charge Off Amount: | | | |
| Actual Payment: | | | |
| Scheduled Monthly Payment: | | | |
| Original Creditor Name: | | | |
| Creditor Classification: | | | |
| Agency ID: | | | |
| Sec. Mktg. Agency Acct Num: | | | |
| Mortgage ID Number (MIN): | | | |
| Specialized Payment Ind.: | | | |
| Defrd. Payment Start Date: | | | |
| Balloon Payment Amt.: | | | |
| Balloon Payment Due Date: | | | |
| Portfolio Indicator: | 2:Sold To Name | | |
| Purchased From / Sold To: | MIDLAND FUNDING LLC | | |
| Narrative / Remarks: | | | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2013 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2012 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2011 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2010 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2009 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2008 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2007 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

### Associated Consumer Information

| | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |
| Authorized Name: | Alexandra Chu | |
| Date: | 04/28/2015 | |

COB00049

**When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.**

COB00050

| ACDV Response: | | | | 3.45626E+14 |
|---|---|---|---|---|
| Account Number: | 4.44796E+15 | SSN: | | |
| Consumer Name: | DAVID WILLIAM WOOD | Control Number: | | 3.45626E+14 |
| Response Code: | 2: | Subscriber Code: | | 54MR013 |
| Response Date: | 04/28/2015 | DF Contact Number: | | |
| Response Due Date: | 05/18/2015 | DF Authorized Name: | | Alexandra Chu |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened.  Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | Provided police report |

| Consumer Information: | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| Last Name: | WOOD | | Same |
| First Name: | DAVID | | Same |
| Middle Name: | WILLIAM | | Unknown |
| Generation Code: | | | |
| Prev. Last Name: | | | |
| Prev. First Name: | | | |
| Prev. Middle Name: | | | |
| | | | |
| SSN: | | | |
| | | | Unknown |
| | | | |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | | | Different |
| City: | WEST POINT | WEST POINT | |
| State: | VA:Virginia | VA:Virginia | |
| | | | |
| Prev. Street Address: | | | |
| | | | |
| | | | |
| Prev. Zip: | 231810725 | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | WEST POINT | | |
| 2nd Prev. State: | VA:Virginia | | |
| 2nd Prev. Zip: | 231819425 | | |

| Account Information: | | |
|---|---|---|
| | **Request Data** | **Response Data** |
| Account Status: | 97:Unpaid balance reported as a loss by credit grantor (charge-off). | 97:Unpaid balance reported as a loss by credit grantor (charge-off). |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | XH:Account previously in dispute - now resolved, reported by credit | XH:Account previously in dispute - now resolved, reported by credit |
| | | 3.45626E+14 |
| SCC: | AH:Purchased by another lender. | AH:Purchased by another lender. |
| Portfolio Type: | R:Revolving (open-end account) | R:Revolving (open-end account) |
| Account Type: | 18:Credit Card | 18:Credit Card |
| Interest Type Indicator: | | ,1,1,Y,17068239,Fraud with Docs,32904: |
| Terms Duration: | REV | |
| Terms Frequency: | M:Monthly | |
| Date Opened: | 06/10/2013 | 06/10/2013 |
| Date of Account Information: | 12/30/2014 | 04/28/2015 |
| Date of Last Payment: | | |
| Date Closed: | 11/13/2013 | 07/27/2014 |
| FCRA DOFD: | 01/15/2014 | 01/15/2014 |
| Current Balance: | 0 | 0 |
| Amount Past Due: | 0 | 0 |
| High Credit / Original Amt.: | 608 | 654 |
| Credit Limit: | 300 | |
| Original Charge Off Amount: | | |
| Actual Payment: | 0 | |
| Scheduled Monthly Payment: | | |

COB00051

| | | |
|---|---|---|
| **Original Creditor Name:** | | |
| **Creditor Classification:** | | |
| **Agency ID:** | | |
| **Sec. Mktg. Agency Acct Num:** | | |
| **Mortgage ID Number (MIN):** | | |
| **Specialized Payment Ind.:** | | |
| **Defrd. Payment Start Date:** | | |
| **Balloon Payment Amt.:** | | |
| **Balloon Payment Due Date:** | | |
| **Portfolio Indicator:** | 2:Sold To Name | |
| **Purchased From / Sold To:** | MIDLAND FUNDING LLC | |
| **Narrative / Remarks:** | | |

### Account History

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2013 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2012 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2011 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2010 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2009 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2008 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2007 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

### Associated Consumer Information

| | | |
|---|---|---|
| **Last Name:** | | |
| **First Name:** | | |
| **Middle Name:** | | |
| **Generation Code:** | | |
| **SSN:** | | |
| **Date Of Birth:** | | |
| **Telephone Number:** | | |
| **ECOA Code:** | | |
| **CII:** | | |
| **Street Address:** | | |
| **City:** | | |
| **State:** | | |
| **Zip:** | | |
| | | |
| **Authorized Name:** | Alexandra Chu | |
| **Date:** | 04/28/2015 | |
| **When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.** | | |

| ACDV Response: | | | 9.99951E+16 |
|---|---|---|---|
| Account Number: | 4.44796E+15 | SSN: | |
| Consumer Name: | DAVID  WOOD | Control Number: | |
| Response Code: | 2: | Subscriber Code: | 180BB27505 |
| Response Date: | 05/05/2015 | DF Contact Number: | |
| Response Due Date: | 05/27/2015 | DF Authorized Name: | Alexandra Chu |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened.  Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | RECEIVED FROM TUN ON 05/01/2015 |

| Consumer Information: | | | |
|---|---|---|---|
| | Request Data | Response Data | Same / Diff |
| Last Name: | WOOD | | Same |
| First Name: | DAVID | | Same |
| Middle Name: | | | |
| Generation Code: | | | |
| Prev. Last Name: | | | |
| Prev. First Name: | | | |
| Prev. Middle Name: | | | |
| Prev.Generation Code: | | | |
| SSN: | | | Same |
| Date Of Birth: | | | Unknown |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | | | Same |
| City: | WEST POINT | | |
| State: | VA:Virginia | | |
| Zip: | 23181 | | |
| Prev. Street Address: | | | Unknown |
| Prev. City: | WEST POINT | | |
| Prev. State: | VA:Virginia | | |
| Prev. Zip: | 23181 | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | LANEXA | | |
| 2nd Prev. State: | VA:Virginia | | |
| 2nd Prev. Zip: | 23089 | | |

| Account Information: | | |
|---|---|---|
| | Request Data | Response Data |
| Account Status: | 97:Unpaid balance reported as a loss by credit grantor (charge-off). | 97:Unpaid balance reported as a loss by credit grantor (charge-off). |
| Payment Rating: | | |
| Cond. / Cum. Status: | | |
| CII: | | |
| MOP: | | |
| CCC: | | XH:Account previously in dispute - now resolved, reported by credit |
| | | 9.99951E+16 |
| SCC: | AT:Account closed due to transfer. | AH:Purchased by another lender. |
| Portfolio Type: | R:Revolving (open-end account) | R:Revolving (open-end account) |
| Account Type: | 18:Credit Card | 18:Credit Card |
| Interest Type Indicator: | | ,0,,,,Fraud,5522: |
| Terms Duration: | REV | |
| Terms Frequency: | | |
| Date Opened: | 06/01/2013 | 06/10/2013 |
| Date of Account Information: | 04/28/2015 | 05/05/2015 |
| Date of Last Payment: | | |
| Date Closed: | | 07/27/2014 |
| FCRA DOFD: | 01/01/2014 | 01/15/2014 |
| Current Balance: | 0 | 0 |
| Amount Past Due: | | 0 |
| High Credit / Original Amt.: | 654 | 654 |
| Credit Limit: | 300 | |
| Original Charge Off Amount: | | |
| Actual Payment: | | |
| Scheduled Monthly Payment: | | |

| | | | |
|---|---|---|---|
| Original Creditor Name: | | | |
| Creditor Classification: | | | |
| Agency ID: | | | |
| Sec. Mktg. Agency Acct Num: | | | |
| Mortgage ID Number (MIN): | | | |
| Specialized Payment Ind.: | | | |
| Defrd. Payment Start Date: | | | |
| Balloon Payment Amt.: | | | |
| Balloon Payment Due Date: | | | |
| Portfolio Indicator: | 2:Sold To Name | | |
| Purchased From / Sold To: | MIDLAND FUNDING LLC | | |
| Narrative / Remarks: | | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2013 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2012 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2011 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2010 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2009 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2008 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2007 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

**Associated Consumer Information**

| | | |
|---|---|---|
| Last Name: | | |
| First Name: | | |
| Middle Name: | | |
| Generation Code: | | |
| SSN: | | |
| Date Of Birth: | | |
| Telephone Number: | | |
| ECOA Code: | | |
| CII: | | |
| Street Address: | | |
| City: | | |
| State: | | |
| Zip: | | |

| | |
|---|---|
| Authorized Name: | Alexandra Chu |
| Date: | 05/05/2015 |

adjusted to reflect changes noted above.

COB00054

| ACDV Response: | | | | 2.14268E+12 |
|---|---|---|---|---|
| Account Number: | 4.44796E+15 | SSN: | ▮▮▮▮▮ | |
| Consumer Name: | DAVID WILLIAM WOOD | Control Number: | ▮▮▮▮▮ | |
| Response Code: | 2: | Subscriber Code: | 3278143 | |
| Response Date: | 06/10/2015 | DF Contact Number: | | |
| Response Due Date: | 06/26/2015 | DF Authorized Name: | Alexandra Chu | |

| Dispute Information: | |
|---|---|
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened.  Provide or confirm complete ID. |
| Dispute Code 2: | |
| FCRA Relevant Information: | IIIIIIIIIIIIIIIIIIIII |

| Consumer Information: | | | |
|---|---|---|---|
| | **Request Data** | **Response Data** | **Same / Diff** |
| Last Name: | WOOD | WOOD | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: | WILLIAM | | Unknown |
| Generation Code: | | | |
| Prev. Last Name: | | | |
| Prev. First Name: | | | |
| Prev. Middle Name: | | | |
| Prev.Generation Code: | | | |
| SSN: | ▮▮▮▮▮ | | Same |
| Date Of Birth: | ▮▮▮▮▮ | | Unknown |
| Telephone Number: | | | Unknown |
| ECOA Code: | 1:Individual | 1:Individual | |
| Street Address: | ▮▮▮▮▮ | ▮▮▮▮▮ | Different |
| City: | WILLIAMSBURG | WEST POINT | |
| State: | VA:Virginia | VA:Virginia | |
| Zip: | 23188 | 231819430 | |
| Prev. Street Address: | | | |
| Prev. City: | | | |
| Prev. State: | | | |
| Prev. Zip: | | | |
| 2nd Prev. Street Address: | | | |
| 2nd Prev. City: | | | |
| 2nd Prev. State: | | | |
| 2nd Prev. Zip: | | | |

| Account Information: | | |
|---|---|---|
| | **Request Data** | **Response Data** |
| Account Status: | 97:Unpaid balance reported as a loss by credit grantor (charge-off). | 97:Unpaid balance reported as a loss by credit grantor (charge-off). |
| Payment Rating: | | |
| Cond. / Cum. Status: | CLOSED/ CHARGE OFF | |
| CII: | | |
| MOP: | | |
| CCC: | XH:Account previously in dispute - now resolved, reported by credit | XH:Account previously in dispute - now resolved, reported by credit |
| | | 2.14268E+12 |
| SCC: | AH:Purchased by another lender. | AH:Purchased by another lender. |
| Portfolio Type: | | R:Revolving (open-end account) |
| Account Type: | 18:Credit Card | 18:Credit Card |
| Interest Type Indicator: | | ,2,2,Y|Y,18900035|18900036,Fraud with Docs,6221: |
| Terms Duration: | REV | |
| Terms Frequency: | M:Monthly | |
| Date Opened: | 06/10/2013 | 06/10/2013 |
| Date of Account Information: | 05/05/2015 | 06/10/2015 |
| Date of Last Payment: | | |
| Date Closed: | | 07/27/2014 |
| FCRA DOFD: | | 01/15/2014 |
| Current Balance: | 0 | 0 |
| Amount Past Due: | 0 | 0 |
| High Credit / Original Amt.: | 654 | 654 |
| Credit Limit: | 300 | |
| Original Charge Off Amount: | 653 | |
| Actual Payment: | 0 | |
| Scheduled Monthly Payment: | | |

| | | |
|---|---|---|
| Original Creditor Name: | | |
| Creditor Classification: | | |
| Agency ID: | | |
| Sec. Mktg. Agency Acct Num: | | |
| Mortgage ID Number (MIN): | | |
| Specialized Payment Ind.: | | |
| Defrd. Payment Start Date: | | |
| Balloon Payment Amt.: | | |
| Balloon Payment Due Date: | | |
| Portfolio Indicator: | 2:Sold To Name | |
| Purchased From / Sold To: | MIDLAND FUNDING LLC | |
| Narrative / Remarks: | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | | | |
|  | Resp. | | | | | | | | | | | | |
| 2013 | Req. | | | | | | | | | | | | |
|  | Resp. | | | | | | | | | | | | |
| 2012 | Req. | | | | | | | | | | | | |
|  | Resp. | | | | | | | | | | | | |
| 2011 | Req. | | | | | | | | | | | | |
|  | Resp. | | | | | | | | | | | | |
| 2010 | Req. | | | | | | | | | | | | |
|  | Resp. | | | | | | | | | | | | |
| 2009 | Req. | | | | | | | | | | | | |
|  | Resp. | | | | | | | | | | | | |
| 2008 | Req. | | | | | | | | | | | | |
|  | Resp. | | | | | | | | | | | | |
| 2007 | Req | | | | | | | | | | | | |
|  | Res | | | | | | | | | | | | |

**Associated Consumer Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Middle Name: | |
| Generation Code: | |
| SSN: | |
| Date Of Birth: | |
| Telephone Number: | |
| ECOA Code: | |
| CII: | |
| Street Address: | |
| City: | |
| State: | |
| Zip: | |

| | |
|---|---|
| Authorized Name: | Alexandra Chu |
| Date: | 06/10/2015 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

COB00056

| ACDV Response: | | | | 9.99952E+16 |
|---|---|---|---|---|
| Account Number: | 4.44796E+15 | SSN: | | 4▉▉▉▉▉▉▉ |
| Consumer Name: | DAVID WOOD | Control Number: | | 9.99952E+16 |
| Response Code: | 2: | Subscriber Code: | | 180BB27505 |
| Response Date: | 06/15/2015 | DF Contact Number: | | |
| Response Due Date: | 07/04/2015 | DF Authorized Name: | | Jennifer Schmidt |

| Dispute Information: |  |
|---|---|
| Dispute Code 1: | 103:Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID. |
| Dispute Code 2: |  |
| FCRA Relevant Information: | RECEIVED FROM EXP ON 06/10/2015 |

| Consumer Information: | | | |
|---|---|---|---|
|  | **Request Data** | **Response Data** | **Same / Diff** |
| Last Name: | WOOD | WOOD | Same |
| First Name: | DAVID | DAVID | Same |
| Middle Name: |  |  |  |
| Generation Code: |  |  |  |
| Prev. Last Name: |  |  |  |
| Prev. First Name: |  |  |  |
| Prev. Middle Name: |  |  |  |
| Prev.Generation Code: |  |  |  |
| SSN: | ▉▉▉▉ |  | Same |
|  | ▉▉▉▉ | ▉▉▉▉ | Different |
| Telephone Number: |  |  | ▉▉▉ |
| ECOA Code: | 1:Individual | 1:Individual |  |
| Street Address: | ▉▉▉▉▉▉▉▉ |  | Same |
| City: | WEST POINT |  |  |
| State: | VA:Virginia |  |  |
| Zip: | 23181 |  |  |
| Prev. Street Address: | ▉▉▉▉▉▉▉▉ |  | Unknown |
| Prev. City: | LANEXA |  |  |
| Prev. State: | VA:Virginia |  |  |
| Prev. Zip: | 23089 |  |  |
| 2nd Prev. Street Address: | ▉▉▉▉▉ |  |  |
| 2nd Prev. City: | WEST POINT |  |  |
| 2nd Prev. State: | VA:Virginia |  |  |
| 2nd Prev. Zip: | 23181 |  |  |

| Account Information: | | |
|---|---|---|
|  | **Request Data** | **Response Data** |
| Account Status: | 97:Unpaid balance reported as a loss by credit grantor (charge-off). | 97:Unpaid balance reported as a loss by credit grantor (charge-off). |
| Payment Rating: |  |  |
| Cond. / Cum. Status: |  |  |
| CII: |  |  |
| MOP: |  |  |
| CCC: |  | XH:Account previously in dispute - now resolved, reported by credit |
|  |  | 9.99952E+16 |
| SCC: | AT:Account closed due to transfer. | AH:Purchased by another lender. |
| Portfolio Type: | R:Revolving (open-end account) | R:Revolving (open-end account) |
| Account Type: | 18:Credit Card | 18:Credit Card |
| Interest Type Indicator: |  | ,0,,,,Fraud,16279: |
| Terms Duration: | REV |  |
| Terms Frequency: |  |  |
| Date Opened: | 06/01/2013 | 06/10/2013 |
| Date of Account Information: | 06/10/2015 | 06/15/2015 |
| Date of Last Payment: |  |  |
| Date Closed: |  | 07/27/2014 |
| FCRA DOFD: | 01/01/2014 | 01/15/2014 |
| Current Balance: | 0 | 0 |
| Amount Past Due: |  | 0 |
| High Credit / Original Amt.: | 654 | 654 |
| Credit Limit: | 300 |  |
| Original Charge Off Amount: |  |  |
| Actual Payment: |  |  |
| Scheduled Monthly Payment: |  |  |

COB00057

| | | |
|---|---|---|
| **Original Creditor Name:** | | |
| **Creditor Classification:** | | |
| **Agency ID:** | | |
| **Sec. Mktg. Agency Acct Num:** | | |
| **Mortgage ID Number (MIN):** | | |
| **Specialized Payment Ind.:** | | |
| **Defrd. Payment Start Date:** | | |
| **Balloon Payment Amt.:** | | |
| **Balloon Payment Due Date:** | | |
| **Portfolio Indicator:** | 2:Sold To Name | |
| **Purchased From / Sold To:** | MIDLAND FUNDING LLC | |
| **Narrative / Remarks:** | | |

**Account History**

| Year | | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2013 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2012 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2011 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2010 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2009 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2008 | Req. | | | | | | | | | | | | |
| | Resp. | | | | | | | | | | | | |
| 2007 | Req | | | | | | | | | | | | |
| | Res | | | | | | | | | | | | |

**Associated Consumer Information**

| | | |
|---|---|---|
| **Last Name:** | | |
| **First Name:** | | |
| **Middle Name:** | | |
| **Generation Code:** | | |
| **SSN:** | | |
| **Date Of Birth:** | | |
| **Telephone Number:** | | |
| **ECOA Code:** | | |
| **CII:** | | |
| **Street Address:** | | |
| **City:** | | |
| **State:** | | |
| **Zip:** | | |

| | |
|---|---|
| **Authorized Name:** | Jennifer Schmidt |
| **Date:** | 06/15/2015 |

When you sign this form, you certify that you have verified the accuracy of the entire item in compliance with all legal requirements and that your computer and/or manual records will be adjusted to reflect changes noted above.

COB00058