# Exhibit 8

## Compliance Condition Codes

The Compliance Condition Code (CCC), which is reported in Field 20 of the Base Segment, allows the reporting of a condition that is required for legal compliance; e.g., according to the Fair Credit Reporting Act (FCRA) or Fair Credit Billing Act (FCBA).

Report the following values:

| Code | Description |
|---|---|
| Blank | Retains previously reported value, or no new Compliance Condition Code applies for this activity period |
| XA | Account closed at consumer's request |
| XB | Account information disputed by consumer under the Fair Credit Reporting Act |
| XC | Completed investigation of FCRA dispute — consumer disagrees |
| XD | Account closed at consumer's request and in dispute under FCRA |
| XE | Account closed at consumer's request and dispute investigation completed, consumer disagrees. (To be used for FCRA or FCBA disputes) |
| XF | Account in dispute under Fair Credit Billing Act |
| XG | FCBA Dispute resolved — consumer disagrees |
| XH | Account previously in dispute — now resolved, reported by data furnisher (To be used for FCRA or FCBA disputes) |
| XJ | Account closed at consumer's request and in dispute under FCBA |
| XR | Removes the most recently reported Compliance Condition Code<br>**Note: Do not use XR as a default value. If no Compliance Condition Code applies in the current activity period, blank fill this field.** |

**Notes:** When a dispute is resolved, it's important to update the Compliance Condition Code to show the dispute resolution or to delete the previously-reported Compliance Condition Code.

When converting from Metro™ to Metro 2®, it is necessary to report the applicable Compliance Condition Code on your first Metro 2® submission, even if you had reported this information through a Special Comment on your last Metro™ submission.

(continued)

# Exhibit 8

## Compliance Condition Codes

The code should be reported one time and will be deleted only when another Compliance Condition Code or the **XR** (Removal value) is reported. Example:

| Date of Account Information | CCC | Action |
|---|---|---|
| 03/15/2011 | XB | XB is added to file. |
| 04/15/2011 | Blank | XB is retained. |
| 05/15/2011 | Blank | XB is retained. |
| 06/15/2011 | Blank | XB is retained. |
| 07/15/2011 | XC | XB is replaced with XC. |
| 08/15/2011 | Blank | XC is retained. |
| 09/15/2011 | XR | XC is removed. |

As an option, the code may be reported each month as long as the condition applies.

| Date of Account Information | CCC | Action |
|---|---|---|
| 03/15/2011 | XB | XB is added to file. |
| 04/15/2011 | XB | XB is retained. |
| 05/15/2011 | XB | XB is retained. |
| 06/15/2011 | Blank | XB is retained. |
| 07/15/2011 | XC | XB is replaced with XC. |
| 08/15/2011 | XC | XC is retained. |
| 09/15/2011 | XR | XC is removed. |

**Note: Regardless of the method of reporting, the code will be deleted *only* when another Compliance Condition Code or the XR (Removal value) is reported.**