| Date | Agent | Call Type | Result | Amount | Followup |
|---|---|---|---|---|---|
| 11/03/15 06:19 AM PST | 248362877 | | *****OPEN LEGAL ISSUE, TRANSFER ALL CALLS TO EXT. 1190**** | | |
| 11/03/15 06:19 AM PST | 248362877 | | ***CH IS REPRESENTED BY ATTY SUSAM M . ROTKIS OF CONSUMER LITIGATION ASSOCIATES, P.C. DO NOT SPEAK WITH CH, ALL COMMUNICATIONS MUST BE WITH ATTY. IF CH CONTACTS, PLEASE REFER CH TO THEIR ATTY. PLACED C&D, ADDR UPDTD, STMT FLG CANNOT BE UPDTD**** | | |
| 06/15/15 12:40 PM PST | 312234334 | | RCVD ACDV FRM EQ DC 103:Claims true identity fraud, account fraudulently opened. CH CLAIMS ID THEFT ADRS IS SAME // ACCT PREVIOUSLY INVESTIGATED 6/10/15. CH PREV FOUND RESPONSIBLE. NO FURTHER ACTION TAKEN // CN#999951610677777024 ....JS/CS | | |
| 11/20/14 07:10 AM PST | 312444564 | | DOC # 67562394 RCVD FROM CH DEBT VAL REQ, C&D PLACED, CORR RE-ROUTED TO DEBT VAL, REMOVE C&D WHEN DEBT VAL IS PROCESSED JE/CS | | |
| 07/16/14 02:00 PM PST | 312504478 | | RCVD ACDV-verified-Experian... | | |
| 07/11/14 12:00 AM PST | 312684743 | MEMO | ! 1604 RCVD ACDV FROM EQ CH CLAIMS ID THEFT ADDRESS | | |
| 11/13/13 12:00 AM PST | 312339459 | MEMO | ! 1514 INVESTIGATIONS COMPLETED/CASE CLOSED/CH RSPN - NO SIGN | | |
| 11/13/13 12:00 AM PST | 312339459 | MEMO | ! 1514 AFF RCVD - ADDRESS, PH# AU LINKD TO CH - SET RESTITUTION | | |
| 11/13/13 12:00 AM PST | 312339459 | MEMO | ! 1514 - REGEN STMNTS - PLACED E57, UPC H | | |
| 09/12/13 12:00 AM PST | 309349060 | MEMO | ! 1204 FRAUD CASE ANALYST _FRAUD 888-362-0005 | | |
| 06/11/13 12:00 AM PST | | MEMO | !Credit Protect 866 803 1745 enrolled 20130611 | | |
| 11/03/15 06:23 AM PST | 248362877 | Work Case History | Cardholder Info - PEND | | 11/04/15 |
| 11/03/15 06:23 AM PST | 248362877 | Work Case History | Address Verification - RCLOSED | | |
| 11/03/15 06:23 AM PST | 248362877 | Work Case History | Cardholder Info - PEND | | 11/04/15 |
| 11/03/15 06:22 AM PST | 248362877 | Work Case History | Account Alert - RCLOSED | | 02/01/16 |
| 11/03/15 06:22 AM PST | 248362877 | | ATTORNEY REPRESENTATION Alert Set | | |
| 11/03/15 06:22 AM PST | 248362877 | | CEASE AND DESIST Flag Set | | |
| 11/03/15 06:22 AM PST | 248362877 | Work Case History | Cease and Desist - RCLOSED | | |
| 11/03/15 06:22 AM PST | 248362877 | Work Case History | Privacy Opt Out / DNS - RCLOSED | | |
| 06/10/15 07:20 AM PST | 312949906 | | RCVD ACDV W/IMAGES FRM EXP 103:Claims true identity fraud, account fraudulently opened. CH CLAIMS ID THEFT//ADRS ON FILE LINKS TO CH THRU VEHICLE REGISTRATION PER ACCURINT//PH#(804) 843-4080 | | |

COB00059

| Date/Time | ID | Type | Description | Date |
|---|---|---|---|---|
| 11/03/15 06:19 AM PST | 248362877 | | *****OPEN LEGAL ISSUE, TRANSFER ALL CALLS TO EXT. 1190**** | |
| 11/03/15 06:19 AM PST | 248362877 | | ***CH IS REPRESENTED BY ATTY SUSAM M. ROTKIS OF CONSUMER LITIGATION ASSOCIATES, P.C. DO NOT SPEAK WITH CH, ALL COMMUNICATIONS MUST BE WITH ATTY. IF CH CONTACTS, PLEASE REFER CH TO THEIR ATTY. PLACED C&D, ADDR UPDTD, STMT FLG CANNOT BE UPDTD**** | |
| 06/15/15 12:40 PM PST | 312234334 | | RCVD ACDV FRM EQ DC 103:Claims true identity fraud, account fraudulently opened. CH CLAIMS ID THEFT ADRS IS SAME // ACCT PREVIOUSLY INVESTIGATED 6/10/15. CH PREV FOUND RESPONSIBLE. NO FURTHER ACTION TAKEN // CN#99995161067777024 ...JS/CS | |
| 11/20/14 07:10 AM PST | 312444564 | | DOC # 67562394 RCVD FROM CH DEBT VAL REQ, C&D PLACED, CORR RE-ROUTED TO DEBT VAL, REMOVE C&D WHEN DEBT VAL IS PROCESSED JE/CS | |
| 07/16/14 02:00 PM PST | 312504478 | | RCVD ACDV-verified-Experian... | |
| 07/11/14 12:00 AM PST | 312684743 | MEMO | ! 1604 RCVD ACDV FROM EQ CH CLAIMS ID THEFT ADDRESS | |
| 11/13/13 12:00 AM PST | 312339459 | MEMO | ! 1514 INVESTIGATIONS COMPLETED/CASE CLOSED/CH RSPN - NO SIGN | |
| 11/13/13 12:00 AM PST | 312339459 | MEMO | ! 1514 AFF RCVD - ADDRESS, PH# AU LINKD TO CH - SET RESTITUTION | |
| 11/13/13 12:00 AM PST | 312339459 | MEMO | ! 1514 - REGEN STMNTS - PLACED E57, UPC H | |
| 09/12/13 12:00 AM PST | 309349060 | MEMO | ! 1204 FRAUD CASE ANALYST _FRAUD 888-362-0005 | |
| 06/11/13 12:00 AM PST | | MEMO | !Credit Protect 866 803 1745 enrolled 20130611 | |
| 11/03/15 06:23 AM PST | 248362877 | Work Case History | Cardholder Info - PEND | 11/04/15 |
| 11/03/15 06:23 AM PST | 248362877 | Work Case History | Address Verification - RCLOSED | |
| 11/03/15 06:23 AM PST | 248362877 | Work Case History | Cardholder Info - PEND | 11/04/15 |
| 11/03/15 06:22 AM PST | 248362877 | Work Case History | Account Alert - RCLOSED | 02/01/16 |
| 11/03/15 06:22 AM PST | 248362877 | | ATTORNEY REPRESENTATION Alert Set | |
| 11/03/15 06:22 AM PST | 248362877 | | CEASE AND DESIST Flag Set | |
| 11/03/15 06:22 AM PST | 248362877 | Work Case History | Cease and Desist - RCLOSED | |
| 11/03/15 06:22 AM PST | 248362877 | Work Case History | Privacy Opt Out / DNS - RCLOSED | |
| 06/10/15 07:20 AM PST | 312949906 | | RCVD ACDV W/IMAGES FRM EXP 103:Claims true identity fraud, account fraudulently opened. CH CLAIMS ID THEFT//ADRS ON FILE LINKS TO CH THRU VEHICLE REGISTRATION PER ACCURINT//PH#(804) 843-4080 PROVIDED ON APP PER CAPS LINKS TO ADRS ON FILE PER ACCURINT//CH RESPONSIBLE//CN#2142679421001...AC/CS | |

| Date | Agent | Call Type | Result | Amount | Followup |
|---|---|---|---|---|---|
| 05/05/15 08:15 AM PST | 312949906 | | RCVD ACDV FRM EQ 103:Claims true identity fraud, account fraudulently opened. CH CLAIMS ID THEFT//PREVIOUSLY FOUND RESPONSIBLE 4-28-15//NO FURTHER ACTION TAKEN//CN#99995123025120019...AC/CS | | |
| 04/28/15 10:06 AM PST | 312949906 | | RCVD ACDV W/IMAGES FRM TU 3:Claims true identity fraud, account fraudulently opened. CH CLAIMS ID THEFT//ACCT PREVIOUSLY INVESTIGATED 4-28-15. CH RESPONSIBLE//NO FURTHER ACTION TAKEN//CN#345626389024004...AC/CS | | |
| 04/28/15 08:22 AM PST | 312949906 | | RCVD ACDV W/IMAGES FRM EQ 103:Claims true identity fraud, account fraudulently opened. CH CLAIMS ID THEFT//ADRS PROV BY CH MATCHES CAS&CASH//ADRS PROV ON APP (PO BOX 725 WEST POINT, VA 23181) LINKED TO CH THRU ACCURINT//CH RESPONSIBLE//CN#99995116018493065...AC/CS | | |
| 01/12/15 07:49 AM PST | 311854184 | | DF 69957941 RCD VALIDATION LTR, FWD TO ENCORE, SENT SOLD LETTER, REM C&D (JS/CS) | | |
| 01/12/15 07:49 AM PST | 311854184 | | CEASE AND DESIST Flag Set | | |
| 01/12/15 07:49 AM PST | 311854184 | Work Case History | Cease and Desist - RCLOSED | | |
| 12/30/14 06:58 AM PST | 309348621 | | CEASE AND DESIST Flag Set | | |
| 12/30/14 06:58 AM PST | 309348621 | Work Case History | Cease and Desist - RCLOSED | | |
| 12/08/14 02:48 PM PST | 309488376 | IBH | CCI SPKW PRI NPTP Out Mtx | | 12/12/14 |
| 12/08/14 02:47 PM PST | 309488376 | | ch is claiming fraud, adv to file with Midland. | | |
| 11/28/14 08:55 AM PST | 312444564 | | doc # 67562394 rcvd validation req, sent sold letter to CH sold to Midland (Encore) fwded to agency, removed C&D JE/CS | | |
| 11/28/14 08:53 AM PST | 312444564 | | CEASE AND DESIST Flag Removed | | |
| 11/28/14 08:53 AM PST | 312444564 | Work Case History | Cease and Desist - RCLOSED | | |
| 11/20/14 07:09 AM PST | 312444564 | | CEASE AND DESIST Flag Set | | |
| 11/20/14 07:09 AM PST | 312444564 | Work Case History | Cease and Desist - RCLOSED | | |
| 08/15/14 12:00 AM PST | | MEMO | *CHANGE CPST: M115/DEF DATE: 08/15/14 RSN: CYC ALLO B/A: A | | |
| 07/27/14 12:00 AM PST | | MEMO | 0999990 ACCOUNT CHARGED OFF $653.75 DT 14/07/27 | | |
| 07/27/14 12:00 AM PST | | MEMO | AUTONM NM-016 = Z; PREV STATUS = E | | |
| 07/16/14 12:00 PM PST | 312684744 | Work Case History | Address Verification - RCLOSED | | |
| 07/16/14 12:00 AM PST | 312684744 | MEMO | 1401 BATCH#300645040 RETURNED STMT RCVD DATE: 06/14-RETURN T | | |

COB00061

| Date | Agent | Call Type | Result | Amount | Followup |
|---|---|---|---|---|---|
| 07/16/14 12:00 AM PST | 312684744 | MEMO | 1401 O SENDER-NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD | | |
| 07/16/14 12:00 AM PST | 312684744 | MEMO | 1401 - PREVIOUSLY RESOLVED NO ACTION TAKEN. DB/CS | | |
| 07/11/14 02:03 PM PST | 312684743 | Work Case History | Address Verification - RCLOSED | | |
| 07/11/14 12:00 AM PST | 312684743 | MEMO | IS 3990 CHELSEA RD,WEST POINT,VA,23181 SR/CS | | |
| 07/01/14 01:33 PM PST | 312719788 | Work Case History | Address Verification - RCLOSED | | |
| 07/01/14 01:31 PM PST | 312719788 | Work Case History | Cardholder Info - RCLOSED | | 07/02/14 |
| 07/01/14 01:31 PM PST | 312719788 | Work Case History | Cardholder Info - RCLOSED | | 07/02/14 |
| 07/01/14 12:00 AM PST | 312719788 | MEMO | 1532 CORR BATCH #090645029, RCVD 5/14 RTRN STMT, ATMPTD-NOT | | |
| 07/01/14 12:00 AM PST | 312719788 | MEMO | 1532 KNOWN, PLCD STMT FLG | | |
| 04/22/14 12:00 AM PST | 311318763 | MEMO | 1530 AFFIDAVIT SENT | | |
| 04/22/14 12:00 AM PST | 311318763 | MEMO | 1528 AFFIDAVIT SENT | | |
| 04/15/14 12:00 AM PST | | MEMO | *CHANGE CPST: A064/M115 DATE: 04/15/14 RSN: CYC ALLO B/A: A | | |
| 04/14/14 07:31 AM PST | 312024338 | OBW (804) 843-4080 | TPRI DISC/NO SERVICE | | 04/14/14 |
| 04/14/14 07:31 AM PST | 312024338 | Work Case History | Cardholder Info - RCLOSED | | 04/15/14 |
| 04/14/14 12:00 AM PST | | MEMO | 00000 NM-056 BUSINESS PHONE CHANGED FROM: 8048434080 16:08 | | |
| 04/10/14 03:13 PM PST | 312659791 | OBW (804) 843-4080 | TPRI DEAD AIR | | 04/10/14 |
| 04/09/14 02:52 PM PST | 312659801 | OBW (804) 843-4080 | TPRI TEMP DISC | | 04/09/14 |
| 03/27/14 11:23 AM PST | 312554474 | Work Case History | End Call - RCLOSED | | |
| 03/27/14 11:22 AM PST | 312554474 | Work Case History | ORR-Fraud - RCLOSED | | |
| 03/21/14 05:36 AM PST | 309347435 | | 3/21/14 rcvd rtrn mail/unable to forward/need an update address * a.hamlett | | |

| Date | Agent | Call Type | Result | Amount | Followup |
|---|---|---|---|---|---|
| 03/17/14 01:12 PM PST | 309347776 | | 3/17/14 Rcvd Rtrn Mail/Unable To Forward/Need An Updated Address ~A.Mize | | |
| 03/16/14 12:00 AM PST | | MEMO | NCOA5E NM-007 OLD ADDRESS: WEST POINT VA 23181-0725 | | |
| 03/16/14 12:00 AM PST | | MEMO | NCOA5E NM-007 OLD ADDRESS: PO BOX 725 | | |
| 01/14/14 11:54 AM PST | 312239391 | IB (804) 370-4900 | BLOCK/DNC EVERCCI SPKW 3rd: | | 01/14/14 |
| 01/14/14 11:53 AM PST | 312239391 | | acc added to sup queue | | |
| 01/14/14 06:51 AM PST | 312464461 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 01/14/14 |
| 01/06/14 07:13 PM PST | 312274411 | IB (804) 843-4080 | CCI DEAD AIR | | 01/06/14 |
| 11/15/13 12:00 AM PST | | MEMO | *CHANGE CPST: DEF /A064 DATE: 11/15/13 RSN: CYC ALLO B/A: A | | |
| 11/13/13 12:00 AM PST | | MEMO | 3@AD8JB NM-028 NEW REASON CODE = 57OLD REASON CODE = 00 | | |
| 11/13/13 12:00 AM PST | | MEMO | 3@AD8JB NM-016 = E; PREV STATUS = U | | |
| 09/23/13 12:00 AM PST | 311318763 | MEMO | 0956 AFFIDAVIT SENT | | |
| 09/19/13 11:04 AM PST | 310392629 | Work Case History | End Call - RCLOSED | | |
| 09/16/13 03:38 AM PST | 1 | Work Case History | Credit Protect - UNSUBSCRIBED | | |
| 09/15/13 12:00 AM PST | | MEMO | *CHANGE CPST: A064/DEF DATE: 09/15/13 RSN: CYC ALLO B/A: A | | |
| 09/12/13 12:00 AM PST | | MEMO | 4@AECE1 NM-016 = U; PREV STATUS = L | | |
| 08/28/13 02:23 PM PST | 311959372 | Work Case History | End Call - RCLOSED | | |
| 08/28/13 02:23 PM PST | 311959372 | Work Case History | Lost Stolen - RCLOSED | | |
| 08/28/13 12:00 AM PST | | MEMO | AUTONM NM-180 CLEAR DELQ RETAIN HISTORY | | |
| 08/28/13 12:00 AM PST | | MEMO | MQ60V89 NM-028 NEW REASON CODE = 00OLD REASON CODE = 00 | | |
| 08/28/13 12:00 AM PST | | MEMO | MQ60V89 NM-016 = L; PREV STATUS = | | |

COB00063

| Date | Agent | Call Type | Result | Amount | Followup |
|---|---|---|---|---|---|
| 08/27/13 07:55 AM PST | 311168443 | OBW (804) 843-4080 | TPRI SPKW 3rd: NML | | 08/27/13 |
| 08/27/13 07:55 AM PST | 311168443 | | wop sd ch's not in, not sure wat time he'll be available | | |
| 08/20/13 05:54 AM PST | 311989465 | | spouse hu during talkoff | | |
| 08/20/13 05:54 AM PST | 311989465 | OBA (804) 370-4900 | TPRI SPKW PRI RPTP H/U | | 08/26/13 |
| 08/19/13 01:39 PM PST | 311759141 | OBA (804) 370-4900 | TPRI NA | | 08/19/13 |
| 08/19/13 06:09 AM PST | 312209336 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 08/19/13 |
| 08/19/13 06:09 AM PST | 312209336 | | WOP SD CHNI | | |
| 08/18/13 08:45 AM PST | 311989465 | OBA (804) 370-4900 | TPRI DEAD AIR | | 08/18/13 |
| 08/16/13 06:23 AM PST | 312289379 | | wop sd ch ni | | |
| 08/16/13 06:23 AM PST | 312289379 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 08/16/13 |
| 07/23/13 03:40 PM PST | 311799163 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 07/23/13 |
| 07/23/13 03:05 PM PST | 311939308 | | ch nt availble.. | | |
| 07/23/13 03:04 PM PST | 311939308 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 07/23/13 |
| 07/23/13 06:31 AM PST | 311429024 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 07/23/13 |
| 07/19/13 04:31 PM PST | 311824103 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 07/19/13 |
| 07/19/13 04:31 PM PST | 311824103 | | Sw ch mother sd ch ntin CB later | | |
| 07/19/13 03:26 PM PST | 312139373 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 07/19/13 |
| 07/19/13 03:26 PM PST | 312139373 | | lop sd ch . not in… | | |
| 07/19/13 02:22 PM PST | 311844125 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 07/19/13 |
| 07/19/13 05:54 AM PST | 312199342 | OBA (804) 370-4900 | TPRI SPKW 3rd: NML | | 07/19/13 |

COB00064

| Date | Agent | Call Type | Result | Amount | Followup |
|---|---|---|---|---|---|
| 06/14/13 01:44 PM PST | 311633987 | Work Case History | BatchNonMon - RCLOSED | | 06/15/13 |
| 06/14/13 09:55 AM PST | 47 | Work Case History | AuthorizedUserInfo - ERRCLOSED | | 06/14/13 |
| 06/14/13 09:53 AM PST | 47 | Work Case History | Cardholder Info - RCLOSED | | 06/15/13 |
| 06/14/13 09:53 AM PST | 47 | Work Case History | IVR Card Activate - RCLOSED | | |
| 06/14/13 12:00 AM PST | | MEMO | 00000 NM-056 BUSINESS PHONE CHANGED FROM: 0000000000 16:08 | | |
| 06/14/13 12:00 AM PST | | MEMO | 5727000 NM-197 LETTER = 2713 | | |
| 06/14/13 12:00 AM PST | | MEMO | *MQ60V89 ACCOUNT ACTIVATED | | |
| 06/14/13 12:00 AM PST | 311633987 | MEMO | 1544 AU NAME NOT ADDED. VOICE UNRECOGNIZED | | |
| 06/11/13 12:02 PM PST | 1 | Work Case History | Adjust Fee - RCLOSED | | |

COB00065