**Exhibit 9**

**Placeholder**

**Fraudulent Account Statements to be filed as a separate docket entry.**