IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION


DAVID WILLIAM WOOD,                    )

                                       )

                                       )

Plaintiff,                             )

                                       )

                vs.        )CASE NO.:  3:15-cv-594

                                       )

EQUIFAX INFORMATION SERVICES,          )

LLC, Et al.,                           )

                                       )

                                       )

Defendants.                            )

_____)



VIDEOTAPED DEPOSITION OF

PERSON MOST KNOWLEDGABLE OF CREDIT ONE BANK,

ALEXANDRA CHU

LAS VEGAS, NEVADA

WEDNESDAY, MAY 11, 2016

10:04 a.m. - 1:44 p.m.



REPORTED BY: JOHANNA VORCE, CCR NO. 913

```
 1              VIDEOTAPED DEPOSITION OF PERSON MOST KNOWLEDGABLE
 2   OF CREDIT ONE BANK, ALEXANDRA CHU, taken at 3770 Howard
 3   Hughes Parkway, Suite 300, Las Vegas, Nevada 89169,
     on Wednesday, May 11, 2016, at 10:04 a.m., before Johanna
 4   Vorce, Certified Court Reporter, in and for the State of
     Nevada.
 5
     APPEARANCES:
 6
       For the Plaintiff:
 7              Consumer Litigation Associates, P.C.
                Susan M. Rotkis, Esq.
 8              763 J. Clyde Morris Boulevard
                Suite 1-A
 9              Newport News, Virginia 23601
                757-930-3660
10
       For the Defendant:
11              CIPRIANI & WERNER, P.C.
                CHRISTOPHER J. SEARS, ESQ.
12              500 Lee Street East
                Suite 900
13              Charleston, West Virginia 25301
                304-341-0500
14              csears@c-wlaw.com

15       For CREDIT ONE BANK:
                CREDIT ONE BANK
16              NARINE YENOVKIAN, ESQ.
                585 Pilot Road
17              Las Vegas, Nevada 89119
                702-269-1190
18              narine.yenovkian@creditone.com
19
20       Also Present:              The Videographer, Jacob Florez
21
22
23
24
25
```

                                                      Page 2

ALEXANDRA CHU - 5/11/2016

```
1                        I N D E X

2

3    WITNESS:  ALEXANDRA CHU

4

5    EXAMINATION                                PAGE

6    By Ms. Rotkis                              6

7    By Mr. Sears                               108

8    FURTHER EXAMINATION

9    By Ms. Rotkis                              112

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 3

ALEXANDRA CHU - 5/11/2016

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 10:24:39 |
| 2 | Q. | Do you still process ACDVs? | 10:24:48 |
| 3 | A. | No. | 10:24:51 |
| 4 | Q. | You mentioned that you went back to school at some | 10:24:59 |
| 5 | point after high school.  Did you go to college? | | |
| 6 | A. | Yes. | 10:25:13 |
| 7 | Q. | And when did you go to college? | 10:25:15 |
| 8 | A. | I started January of 2011. | 10:25:18 |
| 9 | Q. | And where did you go? | 10:25:24 |
| 10 | A. | Nevada State College in Henderson, Nevada. | 10:25:26 |
| 11 | Q. | And were you a full-time student? | 10:25:32 |
| 12 | A. | Yes. | 10:25:34 |
| 13 | Q. | And were you pursuing a degree -- a degree | 10:25:38 |
| 14 | program? | | |
| 15 | A. | Yes, for psychologist. | 10:25:41 |
| 16 | Q. | And what was that de- --  okay. | 10:25:44 |
| 17 | | Did you complete your college degree? | 10:25:46 |
| 18 | A. | No. | 10:25:49 |
| 19 | Q. | How long did you attend Nevada State? | 10:25:54 |
| 20 | A. | Two and a half years. | 10:25:58 |
| 21 | Q. | Have you attended any other colleges or schools | 10:26:15 |
| 22 | after Nevada State? | | |
| 23 | A. | No. | 10:26:20 |
| 24 | Q. | Have you obtained any certificates or any kind of | 10:26:23 |
| 25 | licensure -- | | |

Page 18

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | A.   No, I haven't. | 10:26:30 |
| 2 | Q.   -- after high school? | 10:26:31 |
| 3 | A.   No, I haven't. | 10:26:33 |
| 4 | Q.   What is Credit One? | 10:26:39 |
| 5 | A.   Credit One -- | 10:26:42 |
| 6 | MR. SEARS:  Do you understand the question?  I | 10:26:46 |
| 7 | don't know that I understand the question. | |
| 8 | MS. ROTKIS:  Just let her. | 10:26:52 |
| 9 | MR. SEARS:  Objection to form. | 10:26:54 |
| 10 | BY MS. ROTKIS: | 10:26:55 |
| 11 | Q.   Okay.  Ms. Chu, if you don't understand one of my | 10:26:55 |
| 12 | questions, you can say, "I don't understand your question," | |
| 13 | and I'll try to make it clearer for you, okay?  But I think | |
| 14 | it's an improper objection. | |
| 15 | So what is Credit One Bank? | 10:27:07 |
| 16 | A.   In regards to what they do, or -- | 10:27:10 |
| 17 | Q.   What is your understanding of what Credit One Bank | 10:27:13 |
| 18 | is? | |
| 19 | MR. SEARS:  Objection as to form. | 10:27:17 |
| 20 | BY MS. ROTKIS: | 10:27:22 |
| 21 | Q.   You may answer. | 10:27:22 |
| 22 | A.   It's a credit card company issuing credit to those | 10:27:25 |
| 23 | who need credit restoration help, from my understanding. | |
| 24 | Q.   Do you know whether Credit One issues any other | 10:27:41 |
| 25 | type of credit other than credit cards? | |

Page 19

```
 1        A.    I'm not aware if they do, no.                10:27:47

 2        Q.    Please tell me about how you were trained to  10:27:52

 3   investigate fraud on new applications?

 4        A.    That was side-by-side training, as well.  And the  10:28:09

 5   training involved me in looking at Experian, looking for  10:29:35

 6   inconsistencies in Social Security numbers and addresses,

 7   things that don't fit the profile of the cardholder.

 8        Q.    Who taught you how to look at Experian to see  10:28:35

 9   whether new applications might not fit the profile of the

10   cardholder?

11        A.    That was Sandra Moore, as well.              10:28:43

12        Q.    Is there anything else that you did to investigate  10:28:46

13   new applications?

14        A.    Other than send out for validation, trying to get  10:28:53

15   in contact with the cardholder to see if they were the ones

16   who actually applied for the credit card.

17        Q.    How did you try to get in touch with cardholders  10:29:05

18   to see if they were the ones who applied for the card?

19        A.    We would pend the application and send them a  10:29:12

20   letter for validation.

21        Q.    Did you ever call cardholders on the phone?  10:29:18

22        A.    No.                                          10:29:21

23        Q.    What did you do to investigate whether an address  10:29:28

24   change indicated fraud?

25        A.    I'm sorry.  Can you repeat that?             10:29:35
```

Page 20

ALEXANDRA CHU - 5/11/2016

```
 1       Q.   What did you do to -- to learn how to investigate        10:29:39

 2    whether an address change indicated there might be fraud?

 3       A.   We would look through our Experian application to        10:29:47

 4    see if that address has ever been associated with the

 5    cardholder.  We would also look in Accurint as well to see       10:31:28

 6    if there were any types of utilities or car registration,

 7    driver's license, things to that nature under the

 8    cardholders -- under the cardholder to see if it linked to

 9    them.

10       Q.   What were you trained to do to investigate whether       10:30:27

11    a Social Security change -- a Social Security number change

12    indicated fraud?

13       A.   That would also be pulled through Experian as well       10:30:40

14    to see if we when we pull that Social Security number up, it

15    matched to the cardholder.  If it didn't, it would be

16    blocked.

17       Q.   How did you block it?                                    10:30:57

18       A.   There was a -- a block placed on the account by         10:30:59

19    the bank restricting the card access, and then we would --

20       Q.   And then what?                                           10:31:08

21       A.   -- and then we would send a letter to the              10:31:09

22    cardholder as well asking them for the reason why that it

23    was updated to a different Social Security number.

24       Q.   And then what would happen after that?                  10:31:26

25       A.   After that, my process was done.  The corre- -- if     10:31:28
```

Page 21

ALEXANDRA CHU - 5/11/2016

| | |
|---|---|
| 1 | they sent any correspondence back, would go through a | 10:31:28 |
| 2 | different department, so I didn't handle anything from that |
| 3 | point going forward. |
| 4 | Q.   Okay.  Do you know what department that | 10:31:43 |
| 5 | correspondence would go to? | 10:33:15 |
| 6 | A.   I believe it's just called "correspondence | 10:31:47 |
| 7 | department." |
| 8 | Q.   Oh, okay.  And do you know anybody who works | 10:31:50 |
| 9 | there? |
| 10 | A.   I don't. | 10:31:53 |
| 11 | Q.   Okay.  You mentioned that too many cards with the | 10:31:55 |
| 12 | same address might indicate fraud.  Tell me how you learned |
| 13 | to investigate whether there were too many cards with the |
| 14 | same address that might indicate fraud. |
| 15 | A.   The same way.  It would be side by side.  We would | 10:32:16 |
| 16 | pull up every account that had that address and see if any |
| 17 | other type of suspicious activity was going on, determine if |
| 18 | it could be or could not be fraudulent at that point. |
| 19 | Q.   What would indicate a suspicious activity? | 10:32:36 |
| 20 | A.   Very large transactions out of their normal | 10:32:49 |
| 21 | spending, multiple changes on the account within short |
| 22 | period of time frames, phone numbers when looked up in the |
| 23 | system didn't match to anybody, it was a -- a number that |
| 24 | wasn't registered to anybody.  Those were some of the flags. |
| 25 | Q.   Okay.  When you say "in the system," what system | 10:33:15 |

Page 22

| | | |
|---|---|---|
| 1 | are you talking about? | 10:33:15 |
| 2 | A.   I'm sorry.  It's Accurint. | 10:33:17 |
| 3 | Q.   Okay.  Are there any other systems that you used | 10:33:20 |
| 4 | to investigate the possibility of fraud? | |
| 5 | A.   Yes.  Externally, it would have been things like | 10:33:28 |
| 6 | Accurint, Experian.  There was a Speedpay application for | |
| 7 | debit card transac- -- or payments.  I'm sorry.  And then a | |
| 8 | system for ACH payments, and then another system for | |
| 9 | physical checks sent through the mail, as well.  As well as | |
| 10 | our internal applications, as well. | |
| 11 | Q.   Do you recall the names of any of the internal | 10:34:03 |
| 12 | applications? | |
| 13 | A.   CAPS, CASH, Remitco, CAPS, and that -- that's all | 10:34:08 |
| 14 | that I remember. | |
| 15 | Q.   How about for physical payments that came in to | 10:34:23 |
| 16 | the bank? | |
| 17 | A.   Remitco. | 10:34:27 |
| 18 | Q.   What about ACH? | 10:34:27 |
| 19 | A.   I believe that -- I don't remember. | 10:34:30 |
| 20 | Q.   Do you recall what -- were you able to access | 10:34:42 |
| 21 | Ex- -- Experian from a computer terminal? | |
| 22 | A.   Yes. | 10:34:50 |
| 23 | Q.   And do you recall what the products were that you | 10:34:50 |
| 24 | accessed through your computer terminal at Experian? | |
| 25 | A.   I'm sorry.  Can you repeat that? | 10:34:58 |

Page 23

ALEXANDRA CHU - 5/11/2016

| | | | |
|---|---|---|---|
| 1 | Q. | Do you recall what products you had access to? | 10:35:00 |
| 2 | A. | I just did a Social Security number search. | 10:35:03 |
| 3 | Q. | What kind of information was returned when you did | 10:35:06 |
| 4 | | a Social Security number search on Experian? | |
| 5 | A. | It would have name, date of birth, other names | 10:35:18 |
| 6 | | they may have gone by, spouse information if applicable, | |
| 7 | | address history and current address, phone numbers, and | |
| 8 | | current employers. | |
| 9 | Q. | Did it have any other credit information, other | 10:35:41 |
| 10 | | credit that they had? | |
| 11 | A. | No. | 10:35:46 |
| 12 | Q. | I'm sorry.  Do -- do you still process ACDVs? | 10:35:55 |
| 13 | A. | No. | 10:35:59 |
| 14 | Q. | Okay.  When did you stop processing ACDVs? | 10:36:00 |
| 15 | A. | Late December of 2015. | 10:36:05 |
| 16 | Q. | Okay.  So at the time that you were working as a | 10:36:20 |
| 17 | | fraud analyst processing ACDVs, tell me -- how many other | |
| 18 | | ACDV processers were there? | |
| 19 | A. | Two. | 10:36:32 |
| 20 | Q. | And who were they? | 10:36:34 |
| 21 | A. | Jennifer Schmitt and Jennifer Tabor. | 10:36:36 |
| 22 | Q. | Do you know Chantel Reed? | 10:36:40 |
| 23 | A. | I don't. | 10:36:43 |
| 24 | Q. | Have you ever heard the name Chantel Reed? | 10:36:45 |
| 25 | A. | Yes.  Recently, yes. | 10:36:49 |

Page 24

ALEXANDRA CHU - 5/11/2016

```
1        A.   I don't have an exact answer for that.  Maybe 80,   10:49:44

2    80 to 100.

3        Q.   Okay.  So there's -- during this period of time,   10:49:52

4    there were two -- a total of three ACDV processers, you and

5    Jennif- -- Jennifer and Jennifer?

6        A.   Correct.                                            10:50:08

7        Q.   Right?                                              10:50:08

8        A.   Correct.                                            10:50:10

9        Q.   All right.  And how many fraud investigators were   10:50:11

10   there?

11       A.   Probably approximately 20.                          10:50:24

12       Q.   Okay.  And are all the cubicles filled with people  10:50:29

13   working?

14       A.   During that time, no.                               10:50:42

15       Q.   Okay.  During that time, were you employed full     10:50:45

16   time by Credit One Bank?

17       A.   Yes.                                                10:50:50

18       Q.   And were you an hourly employee or a salaried       10:50:56

19   employee?

20       A.   Hourly.                                             10:51:01

21       Q.   And do you recall what your hourly wage was when    10:51:02

22   you started working at Credit One Bank?

23       A.   $15.00.                                             10:51:07

24       Q.   And did you receive any raises during that -- that  10:51:11

25   period between March of 2015 and December of 2015?
```

Page 33

| | | |
|---|---|---|
| 1 | A.   Yes, I did. | 10:51:18 |
| 2 | Q.   And are you still an hourly employee? | 10:51:19 |
| 3 | A.   Yes, I am. | 10:51:21 |
| 4 | Q.   And what's your current wage? | 10:51:23 |
| 5 | A.   $15.60. | 10:51:25 |
| 6 | Q.   And how do you -- like in the olden times, we used | 10:51:32 |
| 7 | to clock in.  We'd take a time card and clock in. | |
| 8 | What -- what -- how is it done these days? | 10:51:40 |
| 9 | A.   It's done through the computer through our ADP | 10:51:42 |
| 10 | system.  We log in username, password, and then hit clock | |
| 11 | in, and it clocks our time. | |
| 12 | Q.   Okay.  And did you work in the same cube every | 10:51:51 |
| 13 | day? | |
| 14 | A.   Yes. | 10:51:54 |
| 15 | Q.   And now, do you still have that cube? | 10:51:56 |
| 16 | A.   Yes. | 10:51:59 |
| 17 | Q.   Okay.  And so when you go in and you -- you log in | 10:52:00 |
| 18 | to ADP, what is the first thing that comes up on the screen | |
| 19 | after you log in? | |
| 20 | A.   The first thing is things like announcements, | 10:52:16 |
| 21 | employer discounts that you get for working for the | |
| 22 | employee.  Across the top is different sections.  I'm not -- | |
| 23 | I'm not familiar with all of them.  I just go straight to | |
| 24 | the one where I clock in. | |
| 25 | Q.   Okay.  And then after you clock in, what do you | 10:52:41 |

Page 34

ALEXANDRA CHU - 5/11/2016

1   do?                                                              10:52:41

2        A.   Is -- are you talking about currently or at the       10:52:43

3   time that I was doing the ACDVs?

4        Q.   Very good.  I'm just still focused on the -- on        10:52:50

5   the point in time when you were working on ACDVs, March

6   through December.  Well, we'll catch up to modern time in a

7   couple of minutes.

8        A.   Okay.  At that time, I was logging in to -- I was      10:53:02

9   setting up my screen for all of my investigation tools, all

10  of the applications that I mentioned prior, as well as

11  pulling up e-OSCAR to work from the queue for the ACDVs

12  responding and investigating to them.

13       Q.   When you say "investigation tools," and then you       10:53:21

14  mentioned the applications that you mentioned before, is

15  that the same thing?  Are they applications, your

16  investigation tools?

17       A.   Yes.                                                   10:53:29

18       Q.   Are there any other investigation tools that you       10:53:32

19  used that you didn't mention yet?

20       A.   A system called P360.  That is for any written        10:53:48

21  correspondence that the customer provided to us.  And

22  occasionally a Google search, but not very often, and that's

23  it.

24       Q.   Okay.  How -- when you conduct an investigation,       10:54:10

25  how do you maintain the information about that

Page 35

ALEXANDRA CHU - 5/11/2016

```
 1   investigation?

 2            MR. SEARS:   Objection as to form.          10:54:25

 3   BY MS. ROTKIS:                                       10:54:31

 4       Q.   You may answer.                             10:54:31

 5       A.   Can you repeat the question?                10:54:35

 6       Q.   When you conduct an investigation, how do you   10:54:38

 7   maintain the information about the investigation?

 8       A.   Maintain, like keep the information for my own   10:54:45

 9   records?

10       Q.   Well, not for your own -- I'm just -- I'm    10:54:49

11   wondering, you know, when you're conducting an

12   investigation -- I don't know how many you do yet.  We'll

13   get to that in a minute.  I'm really just looking for, like,

14   when -- you know, I only have my own point of reference.

15   I'm really just sorting this for the first time from you.

16   When I'm doing an investigation, you know, I start out with

17   the manila folder and then we go to binders and I'm still,

18   you know, an ancient dinosaur.  I have that on paper.  I

19   have some things electronically in a folder with my client's

20   name on it, so I'm just asking you, like, how do you -- how

21   do you do that?  I mean, you're -- you know, you've

22   mentioned all these different tools.  I want to know how you

23   put the investigation together, and if you maintain the

24   information, how do you do it?

25       A.   Well, I do the screenshots or snippets of it, and   10:55:27
```

Page 36

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | I take bits and pieces of where I found the information and | 10:55:27 |
| 2 | compile it into a Word document for it to make sense so you | |
| 3 | can understand how -- how I linked the cardholder. | |
| 4 | Q.   And how did -- did you learn to do that? | 10:55:46 |
| 5 | A.   How did I?  Is that what you asked? | 10:55:49 |
| 6 | Q.   Yes.  How did you learn to do that? | 10:55:52 |
| 7 | A.   That was taught by Traci Madura.  We have an | 10:55:55 |
| 8 | application, a snipping tool, that we can just snip out the | |
| 9 | parts of the screen we want and paste it into a document. | |
| 10 | Q.   Do you think that's something that Traci taught | 10:56:13 |
| 11 | you to do -- is -- is that what she expects you to do when | |
| 12 | you conduct an investigation? | |
| 13 | A.   Yes. | 10:56:23 |
| 14 | Q.   Okay.  And is that -- is that expected of you when | 10:56:26 |
| 15 | you investigate an ACDV, as well? | |
| 16 | A.   Yes. | 10:56:31 |
| 17 | Q.   Okay.  All right.  So what's the first thing you | 10:56:33 |
| 18 | did after you got your screen set up and you pulled up the | |
| 19 | OSCAR to look at the queue? | |
| 20 | A.   I pulled up and an ACDV is picked out random by | 10:57:02 |
| 21 | the system, and then I look at the ACDV.  I'm looking for -- | |
| 22 | if there were any images provided by the credit reporting | |
| 23 | agencies.  I'm looking at the information that was provided | |
| 24 | by the credit reporting agencies and then verifying if | |
| 25 | that's the information that we have in our system. | |

Page 37

1       Q.   What information are you looking for specifically          10:57:39

2    to verify that it's the information in your system?

3       A.    Initially, I'm looking at things like addresses,          10:57:48

4    Social Security matches, date of birth, prior addresses, as

5    well.  That's the investigation part of the ACDV.                  10:59:17

6       Q.    Anything else?                                            10:58:13

7       A.    Dispute code.  We want to know what they're               10:58:15

8    disputing, if it's identity theft or account takeover, and

9    that determines kind of how we work the case, as well.

10      Q.    Okay.  If the dispute code is identity theft, what        10:58:27

11   do you do next?

12      A.    Well, I'm verifying the information as I've               10:58:35

13   mentioned, so I'm verifying the information that was

14   provided to me, what we have on the account, you know, if it

15   was the same information that was provided on the

16   application, if it was once -- if it was at any point the

17   information on the account if it isn't currently.

18      Q.    Okay.  And that would be Social Security number,          10:58:58

19   right?

20      A.    Social Security number, addresses and any previous        10:59:02

21   addresses that were pro- -- provided on the ACDV, date of

22   births, yes, like that.

23      Q.    And name?                                                 10:59:14

24      A.    And name, yes.                                            10:59:16

25      Q.    Okay.  All right.  And after you verify all that          10:59:17

Page 38

| | |
|---|---|
| 1   information in the investigation, what do you do for a | 10:59:17 |
| 2   dispute code?  What did you do for dispute code of identity | |
| 3   theft? | |
| 4      A.   In -- we would -- if none of that information | 10:59:46 |
| 5   matched our system that was provided on the ACDV, if I | |
| 6   couldn't verify, I would then go, you know, more thoroughly | |
| 7   into it and look into our -- the other systems, such as | |
| 8   Accurint, Experian, Remitco, try to find other ways to see | |
| 9   if the cardholder once had that account or is it their | |
| 10  account. | |
| 11     Q.   Okay.  So you would go into an additional system | 11:00:28 |
| 12  only if you had a mismatch in those items that you conducted | |
| 13  the initial -- initial investigation; is that correct? | |
| 14     A.   No, not necessarily, no.  It wouldn't be where I | 11:00:47 |
| 15  stopped. | |
| 16     Q.   Okay.  What would -- if you -- if you did not have | 11:00:53 |
| 17  a mismatch in those four items of information that you | |
| 18  mentioned, what would you do next? | |
| 19         MR. SEARS:  Objection as to form of the question | 11:01:05 |
| 20  and mischaracterizes her testimony. | |
| 21  BY MS. ROTKIS: | 11:01:13 |
| 22     Q.   You may answer. | 11:01:14 |
| 23     A.   Can you repeat the question? | 11:01:18 |
| 24     Q.   If you did not have a mismatch in those four items | 11:01:21 |
| 25  of information that you used to conduct the initial | |

Page 39

ALEXANDRA CHU - 5/11/2016

```
1    investigation, what would you do next?
2           MR. SEARS:  Same objection.                      11:01:34
3    BY MS. ROTKIS:                                          11:01:39
4       Q.   You -- you may answer.                          11:01:41
5       A.   I would verify the rest of the information on the   11:01:47
6    account payment history and report it back to the credit
7    reporting agencies appropriately.
8       Q.   What would be the appropriate report back to a  11:02:01
9    credit reporting agency if all the four items of information
10   matched?
11          MR. SEARS:  Objection as to form and            11:02:11
12   mischaracterizes her previous testimony.
13   BY MS. ROTKIS:                                          11:02:31
14      Q.   You may answer.                                 11:02:31
15      A.   I would hold the cardholder responsible for that.   11:02:32
16      Q.   Okay.  So you would -- what is that called when 11:02:35
17   you say -- do you have a special term of art if the
18   cardholder is responsible?
19      A.   Do I have a special what, I'm sorry?            11:02:43
20      Q.   Term of art.  Is there a special term that you -- 11:02:46
21   that you use in your industry when you say that the
22   cardholder is responsible?
23      A.   No.                                             11:02:54
24      Q.   Okay.  So if someone is claiming identity theft in 11:02:57
25   an ACDV between March of 2015 and December of 2015, and all
```

Page 40

ALEXANDRA CHU - 5/11/2016

1   of the information matches your system, is there any way

2   that it goes on to a secondary investigation?

3          MR. SEARS:  Objection.  Asked and answered.          11:03:20

4          THE WITNESS:  Yes.  If we receive another dispute,   11:03:34

5   there would be another investigation.

6   BY MS. ROTKIS:                                              11:03:46

7      Q.   Okay.  About, on average, how many ACDVs would you 11:03:49

8   have in your e-OSCAR queue per day?

9          MR. SEARS:  Objection as to form.  Calls for         11:04:04

10  speculation.

11         MS. ROTKIS:  Okay.  Chris, I'm going to ask you to    11:04:07

12  please refrain from these form speaking objections.  You may

13  object to form.

14     Q.   You can speculate.  You can guess how many you had   11:04:15

15  per day.  That's fine.  Please answer the question.

16     A.   Are you asking how many came through the queue per   11:04:22

17  day or how many did I process a day?

18     Q.   How many ACDVs would you usually process per day?    11:04:30

19     A.   I would process anywhere between 80 to 100 a day.    11:04:34

20     Q.   Do you know on average about how long it would       11:04:47

21  take you to process each ACDV?

22     A.   It varied.  I would say the average would be about   11:04:55

23  five minutes -- five, six minutes.

24     Q.   How many hours per day did you work during that      11:05:27

25  period of time?

Page 41

ALEXANDRA CHU - 5/11/2016

| | | | |
|---|---|---|---|
| 1 | A. | It was an eight-hour workday. | 11:05:30 |
| 2 | Q. | What time did you arrive at work? | 11:05:32 |
| 3 | A. | 6:00 a.m. | 11:05:34 |
| 4 | Q. | And what time did you clock out? | 11:05:41 |
| 5 | A. | 2:30 p.m. | 11:05:43 |
| 6 | Q. | Were you able to take any breaks? | 11:05:51 |
| 7 | A. | Yes. | 11:05:53 |
| 8 | Q. | What -- what was the break schedule? | 11:05:53 |
| 9 | A. | The morning break was 15 minutes.  We had a | 11:05:56 |
| 10 | | 30-minute lunch and then an afternoon break of 15 minutes. | |
| 11 | Q. | Did you clock out when you took your breaks and | 11:06:13 |
| 12 | | your lunch? | |
| 13 | A. | Only my lunch.  I would not clock out for breaks. | 11:06:18 |
| 14 | Q. | Do you have a break room at the office building? | 11:06:27 |
| 15 | A. | Yes. | 11:06:29 |
| 16 | Q. | Did you use the break room for your breaks? | 11:06:38 |
| 17 | A. | Sometimes, yes. | 11:06:41 |
| 18 | Q. | What else do you do on your break? | 11:06:42 |
| 19 | A. | Go outside and sit on the benches outside of the | 11:06:44 |
| 20 | | entrance. | |
| 21 | Q. | What about for lunch?  What did you usually do for | 11:07:00 |
| 22 | | lunch? | |
| 23 | A. | I would usually be in the break room. | 11:07:04 |
| 24 | Q. | Do you usually bring your lunch? | 11:07:09 |
| 25 | A. | Yes. | 11:07:11 |

Page 42

ALEXANDRA CHU - 5/11/2016

```
 1   questions.
 2        Q.   Okay.  And did they -- did Traci walk around to      11:21:09
 3   supervise the people that she supervised?
 4        A.   No.                                                  11:21:20
 5        Q.   Or did she sit at her desk?                          11:21:21
 6        A.   She was at her desk.                                 11:21:23
 7        Q.   Could she monitor your work remotely from her        11:21:26
 8   computer?
 9        A.   I don't know.                                        11:21:31
10        Q.   Okay.  Were you ever trained in Credit One           11:21:34
11   policies regarding the Fair Credit Reporting Act?
12        A.   No.                                                  11:21:49
13        Q.   Do you know what the Fair Credit Reporting Act is?   11:21:51
14        A.   No.                                                  11:21:56
15        Q.   Do you know what ACDV stands for?                    11:21:59
16        A.   No.                                                  11:22:09
17        Q.   Other than -- do you know what a credit reporting    11:22:23
18   agency is?
19        A.   Yes.                                                 11:22:27
20        Q.   What is your understanding of credit reporting       11:22:28
21   agencies?
22        A.   It's an agency that collects data from creditors     11:22:36
23   for the cardholder to report credit worthiness.
24        Q.   What credit reporting agencies are you familiar      11:22:50
25   with?
```

Page 51

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | A.   Experian, TransUnion, Equifax. | 11:22:54 |
| 2 | Q.   Does Credit One receive ACDVs from these credit | 11:23:00 |
| 3 | reporting agencies? | |
| 4 | A.   Yes. | 11:23:06 |
| 5 | Q.   Any other credit reporting agencies? | 11:23:09 |
| 6 | A.   No. | 11:23:11 |
| 7 | Q.   Do you have a telephone at your desk? | 11:23:26 |
| 8 | A.   I do. | 11:23:28 |
| 9 | Q.   When do you use your telephone? | 11:23:28 |
| 10 | A.   When I'm making -- during that time frame, I | 11:23:37 |
| 11 | didn't really use my phone. | |
| 12 | Q.   If -- do you recall ever using your phone to call | 11:23:48 |
| 13 | a consumer while you were investigating an ACDV? | |
| 14 | A.   I don't recall, no. | 11:23:58 |
| 15 | Q.   Do you know whether your telephone calls are | 11:24:06 |
| 16 | recorded when you're talking on your phone at your desk? | |
| 17 | A.   I don't know. | 11:24:15 |
| 18 | Q.   You mentioned earlier that sometimes you do a | 11:24:21 |
| 19 | Google search.  Is Google accessible from your computer | |
| 20 | terminal? | |
| 21 | A.   Yes. | 11:24:32 |
| 22 | Q.   Have you received any security training about how | 11:24:35 |
| 23 | to keep your computer and keep the company safe when using | |
| 24 | the Internet? | |
| 25 | A.   Yes. | 11:24:49 |

Page 52

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | Q.   What kind of training have you received in that | 11:24:49 |
| 2 | regard? | |
| 3 | A.   That was group training with head of security and | 11:24:54 |
| 4 | he just went through the basics of, you know, them blocking | |
| 5 | account -- or I'm sorry, blocking Web sites that we | 11:26:45 |
| 6 | shouldn't be accessing, not putting any passwords in, you | |
| 7 | know -- you know, things to that effect. | |
| 8 | Q.   Okay.  Do you have Wi-Fi at your work? | 11:25:15 |
| 9 | A.   Not that I'm aware of. | 11:25:24 |
| 10 | Q.   Do you have a file cabinet at your cube? | 11:25:27 |
| 11 | A.   I do. | 11:25:34 |
| 12 | Q.   What do you have in your file cabinet? | 11:25:34 |
| 13 | A.   I have notes, procedures, general office supplies, | 11:25:36 |
| 14 | pens, paper, notebook, things like that. | |
| 15 | Q.   Can you recall what procedures you have in your | 11:25:48 |
| 16 | file cabinet? | |
| 17 | A.   At that time, it would have been the ones that | 11:25:56 |
| 18 | were printed out to me during training, which was for the | |
| 19 | Social Security number, ACDVs, address change, new | |
| 20 | applications. | |
| 21 | Q.   Do you think you still have that in your file | 11:26:15 |
| 22 | cabinet? | |
| 23 | A.   I'm sure I do.  I haven't thrown it away. | 11:26:19 |
| 24 | Q.   Okay.  Do you have access to any databases? | 11:26:22 |
| 25 | A.   Can you give me an example or what do you mean? | 11:26:45 |

Page 53

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | Q.   Okay.  So for instance, when I look at this one, I | 12:28:04 |
| 2 | see a lot of the same fields.  But just across the top, I | |
| 3 | don't see that search ACDV in the very top line. | |
| 4 | A.   Correct. | 12:28:22 |
| 5 | MR. SEARS:  Wait for a question. | 12:28:24 |
| 6 | THE WITNESS:  Oh, okay. | 12:28:28 |
| 7 | BY MS. ROTKIS: | 12:28:29 |
| 8 | Q.   All right.  So I just want to go to a couple of | 12:28:30 |
| 9 | blocks that we haven't talked about.  Do you know who | |
| 10 | processed this ACDV? | |
| 11 | A.   I did. | 12:28:44 |
| 12 | Q.   Okay.  And do you know what date you processed it? | 12:28:46 |
| 13 | A.   April 28th. | 12:28:52 |
| 14 | Q.   Okay.  And the dispute code, what does that tell | 12:28:57 |
| 15 | you? | |
| 16 | A.   It tells me that they are claiming the account was | 12:29:02 |
| 17 | fraudulently opened and that they're asking us -- | |
| 18 | Q.   Okay. | 12:29:10 |
| 19 | A.   -- to validate the information. | 12:29:10 |
| 20 | Q.   Validate what information? | 12:29:12 |
| 21 | A.   The identification of the consumer. | 12:29:19 |
| 22 | Q.   Okay.  Who is -- what credit reporting agency is | 12:29:21 |
| 23 | asking you to do this? | |
| 24 | A.   This is TransUnion. | 12:29:31 |
| 25 | Q.   Can you tell whether TransUnion provided any | 12:29:37 |

Page 85

ALEXANDRA CHU - 5/11/2016

```
 1   documents to you to perform your investigation?          12:29:37

 2        A.   On this printout, I cannot tell that, if they have   12:29:43

 3   data provided.

 4        Q.   In the block that says, "dispute information," the   12:29:50

 5   third block down, says, "FCRA relevant information."  And

 6   who would have filled that out?

 7        A.   That would have been filled out by the customer or   12:30:06

 8   the consumer.

 9        Q.   Does the consumer have access to e-OSCAR?           12:30:11

10        A.   I don't know.                                       12:30:17

11        Q.   Who fills out dispute code 1?                       12:30:24

12        A.   The credit reporting agency.                        12:30:27

13        Q.   If a person provides a police report when they      12:30:40

14   claim true identity fraud, what do you do?

15        A.   I delete it due to fraud.                           12:30:47

16        Q.   Going down now to the account information section,  12:30:50

17   to the section that says, "CCC, compliance condition code

18   XH," how did you resolve this dispute?

19        A.   Well, I validated the information again on the new  12:31:13

20   ACDV against what we had on the account.  In this instance,

21   although the FCRA relevant information mentioned a police

22   report, there wasn't one provided.  So I would have done

23   another investigation on the secondary ACDV.

24        Q.   How do you know there was no police report          12:31:41

25   provided?
```

Page 86

1       A.   Well, I would have opened the documents to verify      12:31:46

2    whether or not there actually was a police report in the

3    documents attached.

4       Q.   You previously told me that there was no way to      12:31:56

5    tell me whether documents were attached to the other ACDV.    12:34:11

6    How can you tell that there was no documents attached to

7    this one?

8       A.   Well, based on the printout, I can't tell whether    12:32:08

9    or not anything was provided.

10      Q.   Okay.  Did you delete this account?                   12:32:14

11      A.   No.                                                   12:32:32

12      Q.   You performed this investigation on the same day     12:32:36

13   that you performed the investigation that you got on the

14   same person and the same account that was in Bates number --

15   ACDV Bates number 48, right?

16      A.   Correct.                                              12:32:58

17      Q.   Let's see.  If you'll go to page 53 -- oh, I'm       12:33:07

18   sorry, let's go back to page 51 briefly.

19           I want to go back down to where it says account      12:33:32

20   information, the bottom half of the page.  If you go down to

21   block, that says, "interest type indicator."  And over in

22   the response data area, it has a series of codes that says,

23   "fraud with docs" and some numbers.  Do you know what that

24   means?

25           MR. SEARS:  Objection, asked and answered.           12:34:11

Page 87

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | THE WITNESS:  I don't.  I've never seen that. | 12:34:16 |
| 2 | BY MS. ROTKIS: | 12:34:21 |
| 3 | Q.   And -- okay.  So it's your testimony that you did | 12:34:22 |
| 4 | not input this information into Bates number 51? | |
| 5 | A.   I can't -- no, I don't think I did. | 12:34:30 |
| 6 | Q.   And how do you know that you completed this ACDV | 12:34:48 |
| 7 | beginning at Bates number 51 and ending at Bates 52? | |
| 8 | A.   How do I know I completed it? | 12:34:58 |
| 9 | Q.   Yeah. | 12:35:01 |
| 10 | A.   Well, my name is on it, and I responded back | 12:35:06 |
| 11 | saying that it was resolved. | |
| 12 | Q.   Okay.  Now, please turn over to page 53.  And this | 12:35:11 |
| 13 | is -- can you tell what this is? | |
| 14 | A.   This is another ACDV. | 12:35:40 |
| 15 | Q.   And who did you receive this ACDV from? | 12:35:47 |
| 16 | A.   Equifax. | 12:35:50 |
| 17 | Q.   And how do you know it was from Equifax? | 12:35:58 |
| 18 | A.   The subscriber code. | 12:36:02 |
| 19 | Q.   Okay.  And do you know when you processed this | 12:36:08 |
| 20 | ACDV? | |
| 21 | A.   May 5th in 2015. | 12:36:11 |
| 22 | Q.   Okay.  And how do you know that you processed this | 12:36:16 |
| 23 | ACDV? | |
| 24 | A.   Because the response date is May 5th, 2015. | 12:36:21 |
| 25 | Q.   Okay.  And the dispute code, what does that say to | 12:36:24 |

Page 88

ALEXANDRA CHU - 5/11/2016

1   you?                                                              12:36:24

2        A.   That the account was fraudulently opened and it's      12:36:32

3   asking us to confirm the complete identification.

4        Q.   And if you go down to the block that says, "FCRA,      12:36:42

5   relevant information," it says, "Received from TUN on            12:38:48

6   5/1/2015."  What does that mean to you?

7        A.   I'm not sure what TUN stands for, so I don't know.     12:36:59

8        Q.   And you think that the consumer put that              12:37:11

9   information in there; is that correct?

10       A.   That's what I think, yes.                              12:37:16

11       Q.   The -- going down now to the block that says,         12:37:22

12  "consumer information," it has "ECOA code."  The request

13  data is for individual.  And the response you provided --

14  what was the response you provided?

15       A.   Individual.                                           12:37:40

16       Q.   Okay.  Now, going back to page 51, if you look at     12:37:45

17  the ECOA response code -- I'm sorry, the ECOA code, and it

18  requests -- the request data says, "individual."  And what

19  was your response?

20       A.   Individual.                                           12:38:03

21       Q.   Okay.  All right.  Now, going over to the CCC, the    12:38:05

22  compliance condition code and account information, what

23  compliance condition code did you put in there?

24            MR. SEARS:  What page are you on now?                 12:38:45

25            MS. ROTKIS:  Fifty-three.                            12:38:48

                                                        Page 89

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | MR. SEARS:  Okay. | 12:38:50 |
| 2 | THE WITNESS:  I provided an XH which means it was | 12:38:50 |
| 3 | in dispute, but it's been resolved and that we're reporting | |
| 4 | it back to the CRA. | |
| 5 | BY MS. ROTKIS: | 12:39:00 |
| 6 | Q.   And under what conditions would you report an XB | 12:39:00 |
| 7 | compliance condition code? | |
| 8 | A.   If there wasn't an immediate resolution, if it was | 12:39:06 |
| 9 | an active account with the bank and we had to process the | |
| 10 | loss stolen and do an investigation that way. | |
| 11 | Q.   Going down now to "interest type indicator."  In | 12:39:21 |
| 12 | the response code, there are, again, some numbers, some | |
| 13 | commas, the word "fraud."  Does that mean anything to you? | |
| 14 | A.   I've never seen that. | 12:39:38 |
| 15 | Q.   And again, that's your -- it's your testimony that | 12:39:42 |
| 16 | you would not have put that in there? | |
| 17 | A.   I don't recall putting it in there.  I don't | 12:39:47 |
| 18 | recall ever doing that. | |
| 19 | Q.   Okay.  Turning now to page 55.  Do you know what | 12:39:54 |
| 20 | this is? | |
| 21 | A.   It's another ACDV. | 12:40:12 |
| 22 | Q.   And can you tell where you got this ACDV from? | 12:40:16 |
| 23 | A.   In this instance, it would be Experian. | 12:40:21 |
| 24 | Q.   How do you know it's Experian? | 12:40:30 |
| 25 | A.   The subscriber code. | 12:40:33 |

Page 90

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | Q.   And what is the dispute code? | 12:40:35 |
| 2 | A.   That they're claiming the account was fraudulently | 12:40:40 |
| 3 | opened and they're asking us to confirm the complete | |
| 4 | identification of the consumer. | |
| 5 | Q.   And what about "FCRA relevant information," what | 12:40:53 |
| 6 | does that mean? | |
| 7 | A.   I don't know. | 12:41:07 |
| 8 | MR. SEARS:   I'm assuming that you mean what is in | 12:41:09 |
| 9 | the box there as opposed to what the FCRA relevant | |
| 10 | information itself means, the dashes in the box?  All right. | |
| 11 | I'm going to object to -- | |
| 12 | BY MS. ROTKIS: | 12:41:25 |
| 13 | Q.   Ms. Chu, do you understand there's -- there's a | 12:41:26 |
| 14 | field that's next to the block that says, rele- -- "FCRA | |
| 15 | relevant information," and it has -- it's either like a | |
| 16 | bunch of ones or just some -- some marks in that -- in that | |
| 17 | block.  Do you understand what those -- those marks | |
| 18 | reference? | |
| 19 | A.   No. | 12:41:45 |
| 20 | Q.   Okay.  And it's your understanding that the | 12:41:46 |
| 21 | consumer would have put those marks in that block; is that | |
| 22 | correct? | |
| 23 | A.   That's my understanding, yes. | 12:41:55 |
| 24 | Q.   Where did you get your understanding that the | 12:41:57 |
| 25 | consumer would have put that information into that block? | |

Page 91

ALEXANDRA CHU - 5/11/2016

1       A.   From my understanding, it is -- I don't know if    12:42:05

2   they physically put it in or if they are notes that they are

3   providing the CRAs to tell us.  But from my understanding,

4   they're notes from the customer, from Traci Madura just

5   asking, you know, what it was.  They're just notes for    12:43:35

6   additional reference.

7       Q.   Have you ever seen an actual consumer dispute    12:42:32

8   letter included with the documents that you receive from

9   e-OSCAR?

10      A.   An actual dispute letter?  I mean, with the docs,    12:42:39

11  yeah, there would be a letter.  There are sometimes letters

12  from the consumers saying that it's not theirs, that it's

13  fraud.  They might include an affidavit stating the same

14  thing.

15      Q.   Okay.  Can you tell from this ACDV whether any    12:42:56

16  documents were included?

17      A.   From the printout, I cannot tell.    12:43:03

18      Q.   Okay.  Going down to the consumer information    12:43:10

19  block all the way down to the block that says, "ECOA code"?

20      A.   Um-hmm.    12:43:18

21      Q.   The request is whether it's individual, one    12:43:19

22  individual.  And your response, what was your response?

23      A.   It was also individual.    12:43:26

24      Q.   What date did you resolve this ACDV?    12:43:31

25      A.   I resolved it on June 10th of 2015.    12:43:35

Page 92

| | | |
|---|---|---|
| 1 | Q.   And would you agree that the compliance condition | 12:43:57 |
| 2 | code still says, "XH"? | |
| 3 | A.   Yes. | 12:44:02 |
| 4 | Q.   Under what circumstances would you change that | 12:44:08 |
| 5 | compliance condition code to something else? | 12:46:02 |
| 6 | A.   If it was still an active account with the bank, | 12:44:18 |
| 7 | then the other option would be an XB to let them know that | |
| 8 | it was received and we're working on it. | |
| 9 | Q.   As long as an account is charged off, would you | 12:44:31 |
| 10 | ever change the compliance condition code to XB? | |
| 11 | A.   No. | 12:44:40 |
| 12 | Q.   Going down now to the interest type indicator.  If | 12:44:43 |
| 13 | you look over in the right column for response data, do you | |
| 14 | know what any of those responses are? | |
| 15 | A.   I -- I haven't -- I'm not familiar with that.  No, | 12:44:58 |
| 16 | I don't know. | |
| 17 | Q.   Okay.  And like the other ACDVs, you did not put | 12:45:03 |
| 18 | those codes or that information in that response data field? | |
| 19 | A.   No. | 12:45:12 |
| 20 | Q.   Are there any other ACDVs that you're familiar | 12:45:27 |
| 21 | with that you processed for David Wood? | |
| 22 | A.   No. | 12:45:34 |
| 23 | Q.   Going to page 59, it's under tab 4, do you know | 12:45:46 |
| 24 | what this is? | |
| 25 | A.   These are notes on the account from CAS. | 12:46:02 |

Page 93

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | Q.   Why don't you just take a couple of minutes and | 12:46:07 |
| 2 | look through these notes. | |
| 3 | A.   Okay. | 12:46:29 |
| 4 | Q.   Would it be fair to say that these notes actually | 12:46:37 |
| 5 | start on page 65 and go to -- in descending order to | 12:47:50 |
| 6 | page 59? | |
| 7 | A.   Yes. | 12:46:54 |
| 8 | Q.   Do you know how to read this document? | 12:46:55 |
| 9 | A.   I'm familiar with it, yes. | 12:47:00 |
| 10 | Q.   Do you have access to this document? | 12:47:03 |
| 11 | A.   Yes. | 12:47:07 |
| 12 | Q.   Okay.  And does this printout look like the | 12:47:09 |
| 13 | document that you would see in CAS? | |
| 14 | A.   Yes. | 12:47:15 |
| 15 | Q.   Okay.  Is there anything missing from this | 12:47:17 |
| 16 | document that you would see when you looked at your screen | |
| 17 | in CAS? | |
| 18 | A.   In regards to the notes, no. | 12:47:25 |
| 19 | Q.   That's how the notes appear when you look at the | 12:47:30 |
| 20 | screen? | |
| 21 | A.   Yes. | 12:47:33 |
| 22 | Q.   Okay.  Are there any other things like any | 12:47:33 |
| 23 | commands or any toolbars or anything on the screen? | |
| 24 | A.   No. | 12:47:49 |
| 25 | Q.   Do you ever have occasion to print out the notes | 12:47:50 |

Page 94

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | from CAS? | 12:47:50 |
| 2 | A.   No. | 12:47:55 |
| 3 | Q.   Okay.  So starting with page 65, it looks like the | 12:47:56 |
| 4 | first entry is on June 11th of 2013.  And so the first | |
| 5 | column looks like it has the date and the time; is that | 12:49:17 |
| 6 | correct? | |
| 7 | A.   Yes. | 12:48:21 |
| 8 | Q.   Okay.  And how is that date and time recorded, do | 12:48:23 |
| 9 | you know? | |
| 10 | A.   At the time that the note was put in, it would | 12:48:29 |
| 11 | time-stamp out. | |
| 12 | Q.   So does the -- do you ever put notes into the | 12:48:33 |
| 13 | system? | |
| 14 | A.   Yes. | 12:48:37 |
| 15 | Q.   Okay.  And does that happen automatically, that | 12:48:39 |
| 16 | the date and the time get stamped when you put a note in? | |
| 17 | A.   Yes. | 12:48:50 |
| 18 | Q.   Okay.  And so -- and then the next column looks | 12:48:51 |
| 19 | like it says, "agent"; is that fair? | |
| 20 | A.   Yes. | 12:48:56 |
| 21 | Q.   And who is agent 1? | 12:48:56 |
| 22 | A.   I don't know. | 12:49:05 |
| 23 | Q.   Okay.  And the next column says, "call type." | 12:49:05 |
| 24 | What does that mean? | |
| 25 | A.   It's the type of request that comes through on the | 12:49:17 |

Page 95

ALEXANDRA CHU - 5/11/2016

```
1    account from my understanding.                          12:49:17

2        Q.   Okay.  What does "work case history" mean?     12:49:22

3        A.   I'm not exactly sure.                          12:49:27

4        Q.   Okay.  Do you know what the next column result is?  12:49:30

5        A.   That's usually just where our notes show up at.    12:49:36

6        Q.   Okay.  Do you know what "adjust fee dash R closed"  12:49:41

7    means?

8        A.   It would mean that there was a fee that was    12:49:48

9    adjusted on the account and that that issue has been

10   resolved.

11       Q.   Okay.  Then the next entry is on June 14th of  12:49:56

12   2013.  Do you know who Agent 311633987 is?

13       A.   No, I don't.                                   12:50:11

14       Q.   Do you have an agent number?                   12:50:12

15       A.   I do.                                          12:50:16

16       Q.   What is your agent number?                     12:50:16

17       A.   My agent number is 312949906.                  12:50:29

18       Q.   Is there anything on page 55 or 56 that tells you  12:50:46

19   whether this application was reviewed by somebody in the

20   fraud investigation department?

21       A.   No, it wouldn't show in CAS notes.             12:50:58

22       Q.   Oh, where does that show up?                   12:51:01

23       A.   That shows in CAPS.                            12:51:03

24       Q.   Okay.  Looking through these notes, are there any  12:51:06

25   notes or any entries that you've made in this case history?
```

Page 96

ALEXANDRA CHU - 5/11/2016

| | | | |
|---|---|---|---|
| 1 | A. | Yes. | 12:51:41 |
| 2 | Q. | Can you please tell me what page that's on? | 12:51:42 |
| 3 | A. | That began on page 61. | 12:51:53 |
| 4 | Q. | Okay.  And is it 42861 at 8:22 a.m.? | 12:52:08 |
| 5 | A. | Yes. | 12:52:14 |
| 6 | Q. | Okay.  And how do you enter the information into | 12:52:16 |

7  CAS?  Did you type all this information in the result

8  field --

| | | | |
|---|---|---|---|
| 9 | A. | Yes. | 12:52:27 |
| 10 | Q. | -- or did you copy and paste it from the ACDV? | 12:52:27 |

11 Okay.

| | | | |
|---|---|---|---|
| 12 | A. | Well, there's a template.  I copy and paste the | 12:52:31 |

13 dispute code, which is 103 claims true identity, fraud

14 account fraudulently opened.  Everything else is typed in.

| | | | |
|---|---|---|---|
| 15 | Q. | Okay.  So what does CH mean? | 12:52:43 |
| 16 | A. | Cardholder. | 12:52:52 |
| 17 | Q. | Okay.  So at the very top of this entry, it looks | 12:52:53 |

18 like the first line says, "RCVD."  What does that mean?

| | | | |
|---|---|---|---|
| 19 | A. | Received. | 12:53:01 |
| 20 | Q. | Okay.  The next one is "ACDV."  What does that | 12:53:04 |

21 mean?

| | | | |
|---|---|---|---|
| 22 | A. | I don't know exactly what it stands for. | 12:53:11 |
| 23 | | MR. SEARS:  Objection. | 12:53:15 |

24 BY MS. ROTKIS:

| | | | |
|---|---|---|---|
| 25 | Q. | Okay.  But this is the ACDV that we've been | 12:53:16 |

Maxene Weinberg Agency
(800) 640-1949

ALEXANDRA CHU - 5/11/2016

1    talking about?                                                  12:53:16

2        A.   Yes.                                                   12:53:19

3        Q.   Okay.  And would you -- would you trust me -- we       12:53:20

4    don't have -- this is not really relevant, but it just helps

5    us avoid this objection in the future.  It stands for

6    Automated Consumer Dispute Verification.  And in olden times

7    we just used to call it a CDV, it's Consumer Dispute

8    Verification, but now it's automated through e-OSCAR.  Okay.

9    So you received an ACDV.  And then what's the next -- next

10   bit of that sentence, that note?  What does it say?

11       A.   It's saying that there were images included from       12:53:55

12   Equifax.

13       Q.   Okay.  And what does that mean to you?                 12:54:02

14       A.   It means that there were documents attached to the     12:54:04

15   ACDV at the time I brought it up.

16       Q.   Okay.  And that's -- that's something that you         12:54:10

17   wrote in there, right?

18       A.   Right.                                                 12:54:15

19       Q.   Okay.  And you wrote that at the time that you         12:54:15

20   resolved that dispute, right?

21       A.   Right.                                                 12:54:20

22       Q.   Okay.  And then going down here a little bit more,     12:54:21

23   "103 claims true identity fraud, account fraudulently

24   opened, CH" -- meaning cardholder -- "claims ID theft."

25   What does ADRS mean?

Page 98

ALEXANDRA CHU - 5/11/2016

| | | |
|---|---|---|
| 1 | A.   Address. | 12:54:36 |
| 2 | Q.   Okay.  PROV? | 12:54:37 |
| 3 | A.   Provided. | 12:54:40 |
| 4 | Q.   Okay.  By, just the word by? | 12:54:43 |
| 5 | A.   Yeah. | 12:54:46 |
| 6 | Q.   Okay.  CH, cardholder. | 12:54:47 |
| 7 |      Why don't you go through and just tell me what the | 12:54:51 |

8   rest of this note says?

9        A.   It's saying that the address provided by the    12:54:56

10   cardholder matches what we have on file in CAS and CASH.

11   It's also telling you that the address provided on the

12   application through CAPS -- which isn't noted, I'm sorry --

13   the address provided on that application.  And then I

14   provided the address that was on the application links to

15   cardholder through Accurint.  So my final decision --

16       Q.   Okay.                                            12:55:25

17       A.   -- was the cardholder was responsible.  And then  12:55:25

18   it has the control number for reference, and then those are

19   just my initials and my department at the end.

20       Q.   Okay.  And so based on this note, would it be fair  12:55:34

21   to say that you verified that the cardholder was responsible

22   because of the address matches?

23       A.   Yes.                                             12:55:54

24       Q.   All right.  Do you see any other notes that you   12:55:59

25   entered?

Page 99