```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION


DAVID WILLIAM WOOD,              )
                                 )
                                 )
Plaintiff,                       )
                                 )
              vs.                )CASE NO.:  3:15-cv-594
                                 )
EQUIFAX INFORMATION SERVICES,    )
LLC, Et al.                      )
                                 )
                                 )
Defendants.                      )
_____)




              VIDEOTAPED DEPOSITION OF
    PERSON MOST KNOWLEDGABLE OF CREDIT ONE BANK,
                  JENNIFER SCHMIDT
                  LAS VEGAS, NEVADA
                WEDNESDAY, MAY 11, 2016
                 1:52 p.m. - 3:21 p.m.




        REPORTED BY: JOHANNA VORCE, CCR NO. 913
```

| | | |
|---|---|---|
| 1 | anything -- if you had done something else other than | 14:46:29 |
| 2 | verified the name, the Social Security number and the -- I'm | |
| 3 | sorry -- the name, the Social Security number and the | |
| 4 | address?  Would it show on this document what else you did? | |
| 5 |     A.   It would not. | 14:46:48 |
| 6 |     Q.   Okay.  How did you determine that the date of | 14:46:51 |
| 7 | birth was different? | |
| 8 |     A.   One of our systems that we use. | 14:47:09 |
| 9 |     Q.   What system shows you the date of birth? | 14:47:13 |
| 10 |     A.   I believe CAPS. | 14:47:22 |
| 11 |     Q.   And if there's a different date of birth, why | 14:47:40 |
| 12 | didn't that cause you to be concerned that there might be | |
| 13 | fraud on this account? | |
| 14 |     MR. SEARS:  Objection as to form. | 14:47:49 |
| 15 | BY MS. ROTKIS: | 14:48:06 |
| 16 |     Q.   Okay.  I'll withdraw the question. | 14:48:06 |
| 17 |     And under what circumstances would a different | 14:48:09 |
| 18 | date of birth cause you to further investigate a dispute of | |
| 19 | true identity fraud? | |
| 20 |     MR. SEARS:  I object as to form on that one as | 14:48:24 |
| 21 | well. | |
| 22 | BY MS. ROTKIS: | 14:48:41 |
| 23 |     Q.   You may answer. | 14:48:41 |
| 24 |     A.   Verifying other information that the cardholder | 14:48:51 |
| 25 | has provided as well is the same as what we have in our | |

Page 39

| | | |
|---|---|---|
| 1 | system. | |
| 2 | Q.  Going down to, on page 57, account information, | 14:49:13 |
| 3 | the CCC, the compliance condition code, why did you put | |
| 4 | "XH"? | |
| 5 | A.  Because there was an investigation done. | 14:49:35 |
| 6 | Q.  Were you aware that the cardholder had previously | 14:49:45 |
| 7 | disputed this account when you conducted this investigation? | |
| 8 | A.  I believe so. | 14:49:55 |
| 9 | Q.  Why did you use "XH" instead of "XB"? | 14:49:59 |
| 10 | A.  Because the account was not under investigation | 14:50:18 |
| 11 | when I submitted this. | |
| 12 | Q.  Okay.  Do you know what "XB" means? | 14:50:25 |
| 13 | A.  Account under investigation, I believe. | 14:50:34 |
| 14 | Q.  Okay.  Going down to -- a couple down below the | 14:50:38 |
| 15 | compliance condition code, there's something that says | |
| 16 | "interest-type indicator."  Do you know what that is? | |
| 17 | A.  I do not. | 14:50:53 |
| 18 | Q.  It shows that you input some codes here -- | 14:50:57 |
| 19 | MR. SEARS:  Objection. | 14:51:02 |
| 20 | BY MS. ROTKIS: | 14:51:02 |
| 21 | Q.  -- over in the response data. | 14:51:03 |
| 22 | Well, okay, strike that. | 14:51:08 |
| 23 | MR. SEARS:  Yeah. | 14:51:11 |
| 24 | BY MS. ROTKIS: | 14:51:11 |
| 25 | Q.  It shows some codes input into the response data | 14:51:11 |

Page 40

| | | |
|---|---|---|
| 1 | field.  Do you know what that means? | 14:51:11 |
| 2 | A.   I do not. | 14:51:23 |
| 3 | Q.   Have you ever seen those codes before? | 14:51:24 |
| 4 | A.   No. | 14:51:27 |
| 5 | Q.   Who else besides you, the ACDV operator that | 14:51:32 |
| 6 | signed this ACDV, could have input a response into that data | |
| 7 | field? | |
| 8 | MR. SEARS:  Objection as to form. | 14:51:49 |
| 9 | THE WITNESS:  Nobody but me.  I can't tell you if | 14:51:51 |
| 10 | that is auto filled after I input the items and submit the | |
| 11 | ACDV. | |
| 12 | BY MS. ROTKIS: | 14:52:06 |
| 13 | Q.   Okay.  If you would please go over to tab 4.  And | 14:52:06 |
| 14 | that's Bates Nos. 59 through 65.  And if you would look | |
| 15 | through this -- did you look through it already?  And | |
| 16 | just -- after you finish paging through it, just let me know | |
| 17 | when you're ready. | |
| 18 | A.   Okay. | 14:53:24 |
| 19 | Q.   Do you recognize this document? | 14:53:28 |
| 20 | A.   They are notes out of our CAS system. | 14:53:31 |
| 21 | THE COURT REPORTER:  CAS system? | 14:53:34 |
| 22 | THE WITNESS:  Um-hmm. | 14:53:34 |
| 23 | BY MS. ROTKIS: | 14:53:34 |
| 24 | Q.   Have you ever seen this before? | 14:53:38 |
| 25 | A.   Yes. | 14:53:40 |

Page 41

JENNIFER SCHMIDT - 5/11/2016

| | | |
|---|---|---|
| 1 | Q. When did you see this? | 14:53:42 |
| 2 | A. I look at the system on a daily basis. | 14:53:46 |
| 3 | Q. Oh, okay. So -- but this particular account | 14:53:51 |
| 4 | history for David Wood -- have you seen this particular | |
| 5 | account history for David Wood before? | |
| 6 | A. When I posted the -- or when I did the | 14:54:12 |
| 7 | investigation, yes. | |
| 8 | Q. Okay. Can you tell me the page number -- and when | 14:54:17 |
| 9 | I say "page number," I'm just talking about the -- the last | |
| 10 | two digits of the page number. Could you tell me the page | |
| 11 | number where you made the entry, where you did the | |
| 12 | investigation? | |
| 13 | A. On page 59. | 14:54:34 |
| 14 | Q. Okay. And do you have your agent number? | 14:54:35 |
| 15 | A. It's 31-22-34-334. | 14:54:41 |
| 16 | Q. Okay. And so -- all right. So on 6/15/15, | 14:54:47 |
| 17 | there's an entry at 12:40 p.m. Is that the one you're | |
| 18 | referring to? | |
| 19 | A. Yes. | 14:55:02 |
| 20 | Q. Okay. And could you just take me through the | 14:55:02 |
| 21 | notes that you entered about the investigation that you | |
| 22 | conducted? | |
| 23 | A. It's saying I received an ACDV claiming true | 14:55:13 |
| 24 | identity theft. "The cardholder claims ID theft. Address, | |
| 25 | the same. Account was previously investigated on 6/10/15. | |

Page 42

```
 1   Cardholder found" -- "previously found responsible.  No

 2   further action taken."

 3        Q.   Okay.  And you received this ACDV from Equifax,          14:55:36

 4   right?

 5        A.   Yes.                                                     14:55:42

 6        Q.   And what is "DC"?  It says "EQDC."  Do you know          14:55:42

 7   what that is?

 8        A.   Description -- "E"- -- "EQ" is Equifax.  "DC" is         14:55:47

 9   the dispute code.

10        Q.   Oh, okay. Right.  Right.  All right.  And so             14:56:03

11   would you have -- all right.  So it shows the -- that you

12   investigated the address.  The address is the same; is that

13   correct?

14        A.   Yes.                                                     14:56:12

15        Q.   Okay.  And did you do any other investigation            14:56:13

16   related to this ACDV?

17        A.   I did not.                                               14:56:22

18        Q.   Okay.  And if an account has previously been             14:56:22

19   investigated and the -- and the cardholder is found

20   responsible, what does that mean to you?

21             MR. SEARS:  Objection as to form.                        14:56:36

22             THE WITNESS:  That the prior agent that                  14:57:00

23   investigated this further -- with further information in the

24   previous 30 days was already found responsible for this

25   account.
```

Page 43

| | | |
|---|---|---|
| 1 | BY MS. ROTKIS: | 14:57:28 |
| 2 | Q. And -- and so I'm just curious. Does that mean | 14:57:29 |
| 3 | that -- I mean, do you take that to be kind of like "that | |
| 4 | investigation was already done. I don't need to redo that. | |
| 5 | What -- I don't need to go any further"? | |
| 6 | What does that mean as far as the investigation | 14:57:36 |
| 7 | actions that you would take? | |
| 8 | A. If the account was previously found responsible in | 14:57:56 |
| 9 | the prior 30 days for the same reason, we do no further | |
| 10 | investigation. The ACDV is to be responded to -- | |
| 11 | Q. Do you ever call consumers when they -- oh, sorry. | 14:58:18 |
| 12 | A. -- verifying all information that's still in our | 14:58:22 |
| 13 | systems as well as provided by the cardholder on the ACDV | |
| 14 | itself. | |
| 15 | Q. Okay. Do you ever call a cardholder that claims | 14:58:30 |
| 16 | true identity theft? | |
| 17 | A. We do not. | 14:58:36 |
| 18 | Q. Going now to tab 5. If you would take a few | 14:58:43 |
| 19 | minutes to look at that document. | |
| 20 | Is this a document that you recognize? | 14:59:53 |
| 21 | A. Offhand, no. | 15:00:17 |
| 22 | Q. Okay. Turn to tab 9A, please. And this is -- I'm | 15:00:21 |
| 23 | sorry. | |
| 24 | And for the court reporter, tab 5 is 317, Bates | 15:00:28 |
| 25 | 317 through 323. | |

Page 44

JENNIFER SCHMIDT - 5/11/2016

| | | |
|---|---|---|
| 1 | And now, I just want to go to tab 9A. | 15:00:35 |
| 2 | Is this a document you recognize? | 15:01:42 |
| 3 | A.  Yes. | 15:01:43 |
| 4 | Q.  Okay.  How do you recognize this document? | 15:01:45 |
| 5 | A.  This is one of the training manuals. | 15:01:52 |
| 6 | Q.  Okay.  If you would go to page 392.  So -- all | 15:01:57 |
| 7 | right.  So tab 9A is Bates-marked 384 through 437 and I'm | |
| 8 | asking you to go to 392.  I just want to direct your | |
| 9 | attention to the subheading that says "Fraud ACDV." | |
| 10 | Would you agree that what you've testified about | 15:02:37 |
| 11 | so far today is using the procedures outlined to verify all | |
| 12 | the information on the ACDV required? | |
| 13 | You may answer. | 15:02:57 |
| 14 | A.  There were process changes after. | 15:04:47 |
| 15 | Q.  There were process changes after what? | 15:04:50 |
| 16 | A.  After this was written. | 15:04:58 |
| 17 | Q.  Okay.  What process change was implemented after | 15:05:02 |
| 18 | this was written?  I'm listening. | |
| 19 | MR. SEARS:  I -- answer if you -- if you know.  If | 15:06:11 |
| 20 | you don't know, let her know. | |
| 21 | THE WITNESS:  Offhand, I don't remember the exact | 15:06:16 |
| 22 | changes that were made. | |
| 23 | BY MS. ROTKIS: | 15:06:20 |
| 24 | Q.  Okay.  So on page 392, where it says you're | 15:06:25 |
| 25 | supposed to update the compliance condition code and the | |

Page 45

| | | |
|---|---|---|
| 1 | fraud ACDV to XB, was that changed? | |
| 2 | A. I believe so, yes. | 15:06:39 |
| 3 | Q. Okay. If you'll now go to tab B, page 445. If | 15:06:42 |
| 4 | you'll look where it talks about how to treat a fraud ACDV, | |
| 5 | that subheading "Fraud ACDV." First, it deals with active | |
| 6 | accounts in FDR. | |
| 7 | What does this manual say you're supposed to do in | 15:07:31 |
| 8 | the compliance condition code as far as the compliance | |
| 9 | condition? What -- what indicator are you supposed to put | |
| 10 | in there? | |
| 11 | A. For active accounts, "XB." | 15:07:45 |
| 12 | Q. Um-hmm. And what about for sold accounts? The | 15:07:48 |
| 13 | next subheading is "sold accounts." | |
| 14 | A. For sold accounts, "XB." | 15:07:57 |
| 15 | THE COURT REPORTER: "XB" for sold accounts? | 15:08:03 |
| 16 | THE WITNESS: Yes. | 15:08:03 |
| 17 | BY MS. ROTKIS: | 15:08:03 |
| 18 | Q. No. It says "No longer input the compliance | 15:08:03 |
| 19 | condition XB," I think is what it says. | |
| 20 | A. Yes. "No longer input the compliance condition | 15:08:19 |
| 21 | code XB." | |
| 22 | Q. But it doesn't say what compliance condition code | 15:08:20 |
| 23 | you're supposed to put in there? | |
| 24 | MR. SEARS: I'm sorry. | 15:08:31 |
| 25 | Is that a question? | 15:08:31 |

Page 46

| | | |
|---|---|---|
| 1 | BY MS. ROTKIS: | 15:08:32 |
| 2 | Q.   Okay.  Does it say what compliance condition code | 15:08:33 |
| 3 | you're supposed to put in there for sold accounts? | |
| 4 | A.   It does not. | 15:08:57 |
| 5 | THE COURT REPORTER:  She answered. | 15:08:57 |
| 6 | MS. ROTKIS:  What was that? | 15:08:57 |
| 7 | THE COURT REPORTER:  I said she answered.  Did you | 15:08:57 |
| 8 | not -- did you hear it? | |
| 9 | MS. ROTKIS:  No, I didn't hear it.  No. | 15:08:57 |
| 10 | THE COURT REPORTER:  She said, "It does not." | 15:09:46 |
| 11 | BY MS. ROTKIS: | 15:09:47 |
| 12 | Q.   Okay.  Then going to tab C and it's Bates | 15:09:47 |
| 13 | No. 4- -- I think it might be 490 -- it's 493, but it says | |
| 14 | page 10 on the document itself, but Bates No. 493. | |
| 15 | I'm sorry.  And if you would go to the previous | 15:10:12 |
| 16 | page, 492. | |
| 17 | Okay.  So 492 has that subheading "Fraud ACDV." | 15:10:23 |
| 18 | Would you agree that this is the same section of this | |
| 19 | version, October 8th, 2015, of the prior two?  I'm sorry. | |
| 20 | This is the new version of that section, the fraud | 15:10:42 |
| 21 | ACDV section, dated October 8th, 2015? | |
| 22 | A.   I believe so. | 15:10:57 |
| 23 | Q.   And have you seen this document before? | 15:11:00 |
| 24 | A.   I don't recall. | 15:11:06 |
| 25 | Q.   It's dated October 8th, 2015.  Were you still | 15:11:11 |

Page 47

Case 3:15-cv-00594-MHL Document 60-11 Filed 09/01/16 Page 11 of 13 PageID# 785

JENNIFER SCHMIDT - 5/11/2016

```
 1   doing ACDVs at that time?                                    15:11:11
 2        A.   I was.                                             15:11:17
 3        Q.   Okay.  And what does it say to do if there is a -- 15:11:19
 4   a fraud dispute and the account still resides in FDR?
 5        A.   Update client condition -- compliance condition    15:12:01
 6   code to "XB" in e-OSCAR.  If the -- if the account still
 7   resides in FDR, update the compliant -- compliance condition
 8   code on FDR-NMCB screen also to reflect XB.
 9        Q.   Okay.  So then I asked you to go to the next page. 15:12:21
10   And would you agree that this -- that this document governs
11   how ACDV operators at Credit One Bank should be performing
12   these investigations?
13             MR. SEARS:  Objection as to form, calls for, you   15:12:44
14   know, ultimate issue.
15             MS. YENOVKIAN:  You can still answer if you know.  15:12:55
16   BY MS. ROTKIS:                                               15:12:57
17        Q.   You may answer.                                    15:12:57
18        A.   Without reviewing further -- I'd have to review    15:13:04
19   the manual and guidelines.
20        Q.   Okay.  Fair enough.                                15:13:22
21             The -- page 10 talks about sold accounts.  If you  15:13:28
22   go down to the subheading that says "sold accounts," what
23   does it now instruct the compliance condition code to be if
24   the account is not -- if the account still resides in FDR
25   for a sold account?
```

Page 48

(800) 640-1949

| | | |
|---|---|---|
| 1 | A.   If the account is a sold account, I don't believe | 15:14:04 |
| 2 | that the account is still going to reside in FDR. | |
| 3 | Q.   Okay. | 15:14:12 |
| 4 | A.   If it's a sold -- | 15:14:16 |
| 5 | Q.   The compliance condition code -- go ahead. | 15:14:17 |
| 6 | A.   If the account is sold, we verify and respond to | 15:14:22 |
| 7 | the ACDV as required, update the compliance condition code | |
| 8 | to "XH" in e-OSCAR, and if the account still resides in -- | |
| 9 | in FDR, update the compliance condition code in FDR-NMCB | |
| 10 | screen also to reflect XH. | |
| 11 | Q.   Okay.  And so if you entered "XH" in the | 15:14:45 |
| 12 | compliance condition code, you were doing exactly what you | |
| 13 | were supposed to do, according to this manual, correct? | |
| 14 | A.   I believe so. | 15:15:00 |
| 15 | MS. ROTKIS:  Okay.  I have nothing further. | 15:15:03 |
| 16 | MR. SEARS:  I don't have -- I'm sorry? | 15:15:20 |
| 17 | MS. YENOVKIAN:  Do you want to take a five-minute | 15:15:28 |
| 18 | break?  Five-minute break? | |
| 19 | MR. SEARS:  Okay.  We're going to take a little | 15:15:31 |
| 20 | break. | |
| 21 | THE VIDEOGRAPHER:  The time is 3:15 p.m. | 15:15:34 |
| 22 | Off record. | |
| 23 | MS. ROTKIS:  Wait a minute.  What's going on? | 15:15:40 |
| 24 | MS. YENOVKIAN:  Five-minute break. | 15:15:40 |
| 25 | MS. ROTKIS:  What's happening? | 15:15:40 |

Page 49

JENNIFER SCHMIDT - 5/11/2016

|   |   |   |
|---|---|---|
| 1 | MS. YENOVKIAN: Five-minute break. | 15:15:40 |
| 2 | MS. ROTKIS: Oh, okay. Fine. | 15:15:40 |
| 3 | (Short recess taken.) | 15:15:41 |
| 4 | THE VIDEOGRAPHER: The time is 3:21 p.m. We're | 15:20:53 |
| 5 | back on record. | |
| 6 | MR. SEARS: I have no questions. | 15:20:59 |
| 7 | All right. You -- we'll -- we'll read. | 15:21:01 |
| 8 | THE VIDEOGRAPHER: Counsel on the line, do you -- | 15:21:06 |
| 9 | MS. ROTKIS: Nothing further. Thank you. | 15:21:08 |
| 10 | THE VIDEOGRAPHER: Thank you. | 15:21:10 |
| 11 | The time is 3:21 p.m. This is the end of Disc 1. | 15:21:10 |
| 12 | Off record. | |
| 13 | (The deposition was concluded at | 15:21:16 |
| 14 | 3:21 p.m.) | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 50