IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

CASE NO. 3:15-cv-594

DAVID WILLIAM WOOD,

    Plaintiff,

  vs.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

    Defendants.

--------------------------------

VIDEOTAPED AND VIDEOCONFERENCED DEPOSITION OF

ALLAN JOHN SHUTT

Wednesday, June 8th, 2016

433 Plaza Real

Suite 275

Boca Raton, Florida

10:01 a.m. - 1:14 p.m.

Reported by:   MARCIA L. ALF, R.P.R.

Notary Public - State of Florida

| | | |
|---|---|---|
| 1 | versus NBNA from the Fourth Circuit? | 01:00:59 |
| 2 | A.   Yes. | 01:01:03 |
| 3 | Q.   What is your understanding of Johnson versus | 01:01:03 |
| 4 | NBNA? | 01:01:06 |
| 5 | A.   Could you be more specific on what you would | 01:01:07 |
| 6 | like me to expound on? | 01:01:09 |
| 7 | Q.   How does the Fourth Circuit view the term | 01:01:13 |
| 8 | reasonable investigation? | 01:01:21 |
| 9 | A.   They -- | 01:01:25 |
| 10 | MR. SEARS:  Objection as to form. | 01:01:25 |
| 11 | THE WITNESS:  I can't tell you what -- what | 01:01:30 |
| 12 | they view, I could tell you my understanding of | 01:01:33 |
| 13 | what the case kind of holds and what its | 01:01:35 |
| 14 | importance might be. | 01:01:41 |
| 15 | I believe that the case evaluated what a | 01:01:42 |
| 16 | investigation would entail, and they coined a | 01:01:49 |
| 17 | term that is not in the statute or regulation, | 01:01:56 |
| 18 | may not even be in any of the regulatory | 01:02:00 |
| 19 | materials.  But basically insinuated that an | 01:02:04 |
| 20 | investigation had to be a reasonable one. | 01:02:07 |
| 21 | And then they used the definition from a | 01:02:10 |
| 22 | dictionary about what reasonable meant, and it's | 01:02:12 |
| 23 | not really different, I think, than what most | 01:02:16 |
| 24 | people in the industry were already doing, and | 01:02:18 |
| 25 | that was to look at again as our guidelines would | 01:02:20 |

Page 88

| | | |
|---|---|---|
| 1 | dictate, the information provided by the bureau | 01:02:24 |
| 2 | and the customer and any additional attachments | 01:02:28 |
| 3 | that they provided to their dispute, to evaluate | 01:02:32 |
| 4 | it and then determine if additional information | 01:02:37 |
| 5 | needed to be reviewed or requested from the | 01:02:39 |
| 6 | customer so that a disposition could be made on | 01:02:41 |
| 7 | the dispute.  And then report that back to the | 01:02:47 |
| 8 | bureaus and to the customer if they directly | 01:02:49 |
| 9 | disputed it with you. | 01:02:52 |
| 10 | So, I think that case while slightly | 01:02:52 |
| 11 | different but using a new term reasonable was | 01:02:59 |
| 12 | already in fact what I would argue most people in | 01:03:01 |
| 13 | the industry were already doing. | 01:03:05 |
| 14 | Obviously NBNA was held to not per se having | 01:03:06 |
| 15 | been done that, but in my experience people were | 01:03:10 |
| 16 | already performing reasonable investigations | 01:03:13 |
| 17 | under NBNA's decision.  I don't think that came | 01:03:15 |
| 18 | with any real revelation or life changing | 01:03:18 |
| 19 | procedures to be implemented for most people who | 01:03:23 |
| 20 | are, let's just say regulated by the Office of | 01:03:26 |
| 21 | Comptroller of Currency. | 01:03:29 |
| 22 | I mean, you know, the expectation is there to | 01:03:29 |
| 23 | make sure that we are -- that national banks were | 01:03:32 |
| 24 | reporting accurate information to the bureaus, | 01:03:34 |
| 25 | was well ingrained and I would argue certainly | 01:03:37 |

Page 89

| | | |
|---|---|---|
| 1 | Credit One Bank was doing that.  But I would | 01:03:42 |
| 2 | suspect that most financial institutions were | 01:03:44 |
| 3 | already performing under the NBNA institution, a | 01:03:47 |
| 4 | reasonable investigation. | 01:03:51 |
| 5 | And hence our guidelines used the terms | 01:03:52 |
| 6 | reasonable for that reason, that's how we | 01:03:54 |
| 7 | performed training.  But I personally believe | 01:03:56 |
| 8 | that that was already something in effect prior | 01:04:00 |
| 9 | to that decision. | 01:04:03 |
| 10 | BY MS. ROTKIS: | 01:04:03 |
| 11 | Q.   Okay.  Are you familiar with Saunders versus | 01:04:03 |
| 12 | BB&T? | 01:04:06 |
| 13 | A.   Yes. | 01:04:07 |
| 14 | Q.   And, what do you understand the Fourth | 01:04:08 |
| 15 | Circuit held in that case? | 01:04:12 |
| 16 | A.   Again, I mean, I can't speak directly for | 01:04:14 |
| 17 | them but both of those Fourth Circuit decisions | 01:04:20 |
| 18 | interpreting investigations, you know, were | 01:04:24 |
| 19 | considerations that people reviewed to make sure that | 01:04:29 |
| 20 | they were following, at least in that jurisdiction, | 01:04:33 |
| 21 | what the courts were dictating as investigations | 01:04:36 |
| 22 | should be. | 01:04:41 |
| 23 | I personally didn't feel, again, that there | 01:04:42 |
| 24 | was any real change as to in those two cases how | 01:04:44 |
| 25 | investigations were being performed.  And there wasn't | 01:04:48 |

Page 90

| | | |
|---|---|---|
| 1 | anything specifically changed in the process. Some of | 01:04:51 |
| 2 | those, obviously the NBNA case was 2004, that was well | 01:04:57 |
| 3 | before I started with Credit One Bank. | 01:05:01 |
| 4 | But as I indicated, the reasonable | 01:05:04 |
| 5 | investigation standard was already -- already being | 01:05:06 |
| 6 | done by the time I was arriving at the bank. And | 01:05:11 |
| 7 | certainly was trained on and continued to be | 01:05:13 |
| 8 | emphasized to people performing investigations for | 01:05:16 |
| 9 | credit disputes. | 01:05:20 |
| 10 | Q.   What percentage of the compliance budget was | 01:05:55 |
| 11 | dedicated to the development of the compliance manual? | 01:05:59 |
| 12 | A.   Well, I can't answer that question because | 01:06:04 |
| 13 | the compliance budget didn't function that way. | 01:06:09 |
| 14 | Unless you are talking about the allocation of | 01:06:12 |
| 15 | employee resources. | 01:06:14 |
| 16 | So, compliance budget, as we already went | 01:06:16 |
| 17 | over and you delineated several areas, but not all of | 01:06:19 |
| 18 | them. Included things like training, which we did | 01:06:22 |
| 19 | discuss. It certainly included employee salaries. It | 01:06:25 |
| 20 | would have included travel to and from conferences, it | 01:06:29 |
| 21 | would have included conferences, it would have | 01:06:32 |
| 22 | included publications such as memberships to American | 01:06:34 |
| 23 | Bankers Association or American Bankers or | 01:06:38 |
| 24 | subscriptions to Hudson Cook's library, things like | 01:06:41 |
| 25 | that. | 01:06:46 |

Page 91