UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID A. WOOD,

          Plaintiff,

v.                                                        Civil Action No. 3:15-cv-0594

CREDIT ONE BANK, N.A.

          Defendant.

## NOTICE OF FILING OF EXHIBITS

The Plaintiff, by counsel, hereby files Exhibit 1 and Exhibit 9 in support of his Memorandum in Support of his Motion for Partial Summary Judgment (Doc. 59). Plaintiffs' counsel experienced technical difficulties at the time of the filing of the Plaintiffs Motion and Memorandum on Wednesday, August 31, 2016.

Dated:  September 1, 2016

          Respectfully submitted,

          By:  /s/ Susan M. Rotkis
          Susan M. Rotkis, Esq., VSB#40693
          **CONSUMER LITIGATION ASSOCIATES, P.C.**
          763 J Clyde Morris Boulevard, Suite 1A
          Newport News, VA 23601
          Telephone: (757) 930-3660
          Facsimile: (757) 930-3662

          *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2016 a true and correct copy of the foregoing was forwarded by electronic mail and first class mail to the following counsel of record:

Lauren Cafferty
McGuire Woods, LLP
2001 K Street NW, Suite 400
Washington, D.C. 20006
Telephone: (202) 857-1733
Email: lcafferty@mcguirewoods.com

Christopher Sears
Cipriani & Werner, P.C.
Laidley Tower, Suite 90
500 Lee Street E.
Charleston, West Virginia 25301
Telephone: (304) 341-0500
Email: csears@c-wlaw.com

Counsel for Credit One Bank


                                                 /s/
                                Susan M. Rotkis, VSB #40693
                                Attorney for Plaintiff
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                763 J. Clyde Morris Boulevard, Suite 1-A
                                Newport News, Virginia 23601
                                (757) 930-3660 – Telephone
                                (757) 930-3662 – Facsimile