**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number ███████ 8609
June 10, 2013 to June 15, 2013

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases + | $6.95 |
| Cash Advances + | $0.00 |
| Fees Charged + | $75.00 |
| Interest Charged + | $0.00 |
| **New Balance** | **$81.95** |
| Credit Limit | $300.00 |
| Available Credit | $218.00 |
| Statement Closing Date | 06/15/13 |
| Days in Billing Cycle | 30 |

### QUESTIONS?

Call Customer Service or Report
a Lost or Stolen Credit Card    1-877-825-3242
Outside the U.S. Call             1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $81.95 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| **Minimum Payment Due** | **$25.00** |
| Payment Due Date | 07/11/13 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 months | $85.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F57270053000FP | 06/12 | 06/12 | PREMIUM DESIGN FEE LAS VEGAS  NV | 6.95 |
| F57270055000CYLAC | 06/15 | 06/15 | **Fees** ANNUAL FEE   07/13 THROUGH 06/14 | 75.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | 75.00 |
| | | | **Interest Charged** | |
| | 06/15 | 06/15 | Interest Charge on Purchases | 0.00 |
| | 06/15 | 06/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | 0.00 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $75.00 |
| Total interest charged in 2013 | $0.00 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $0.00 | $0.00 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385        JBH        001    7  15   130614    0        PAGE 1 of 1        2 0  5727  9620  A064  01DL5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

[ ] For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ██████ 8609 |
| New Balance: | $81.95 |
| Minimum Payment Due: | $25.00 |
| Payment Due Date: | 07/11/13 |

**AMOUNT ENCLOSED:** | $ |

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500
II.I..IIII...I.II.I.I.I..IIIIIII.I.I.I..II.II..III

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

COB00014

0000000  0008195  0002500  ████████  8609  7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████████ 8609
June 16, 2013 to July 15, 2013

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $81.95 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases + | $184.44 |
| Cash Advances + | $0.00 |
| Fees Charged + | $25.00 |
| Interest Charged + | $3.53 |
| New Balance | $294.92 |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 07/15/13 |
| Days in Billing Cycle | 30 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card            1-877-825-3242
Outside the U.S. Call                   1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $294.92 |
| Past Due Amount | $25.00 |
| Amount Due This Period | $50.00 |
| Minimum Payment Due | $50.00 |
| Payment Due Date | 08/11/13 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 13 months | $332.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 245593057S66E838A | 06/16 | 06/16 | SOUTH BEACH SMOKE   877-4082767 FL | 38.94 |
| 244310559RQEBDLFY | 06/17 | 06/17 | STAR EXPRESS # 3 TOANO  VA | 10.03 |
| 24164055GCB01BVGKH | 06/24 | 06/24 | EXXONMOBIL  47836689 NEWPORT NEWS  VA | 10.01 |
| 24455015G43AQZZP4 | 06/25 | 06/25 | WAL-MART #3219 WILLIAMSBURG  VA | 21.29 |
| 24427335KLYJ5WBDK | 06/28 | 06/28 | FOOD LION #1221 WEST POINT  VA | 34.71 |
| 24164075ZT8ELV7P6 | 07/09 | 07/09 | DOLRTREE 2755 00027557 SMITHFIELD  VA | 5.24 |
| 24231685ZRBGSL3B5 | 07/09 | 07/09 | FAMILY DOLLAR #6257 WINDSOR  VA | 17.38 |
| 24762095YS66E27ZJ | 07/09 | 07/09 | PIZZA HUT #8011 SMITHFIELD  VA | 13.44 |
| 24455016343A65AY9 | 07/14 | 07/14 | WAL-MART #1759 GLOUCESTER  VA | 30.60 |
| | 07/15 | 07/15 | CREDIT PROTECT 1 866 803 1745 | 2.80 |
| | | | **Fees** | |
| | 07/15 | 07/15 | LATE FEE | 25.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **25.00** |
| | | | **Interest Charged** | |
| | 07/15 | 07/15 | Interest Charge on Purchases | 3.53 |
| | 07/15 | 07/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **3.53** |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $100.00 |
| Total interest charged in 2013 | $3.53 |

YOUR ACCOUNT IS PAST DUE. IT IS NOT TOO LATE TO
PROTECT YOUR CREDIT RATING! PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

If your account is past due you could get help.
You have Credit Protection - Request benefits today.
It can help make payments if you get laid off or become
disabled, and there is a loss of life benefit, too.
Call 1-866-803-1745 to request benefits today!

5385          JBH      001   7  15  130715   0          0 PAGE 1 of 2          2 0  5727   9620   A064   D1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████████ 8609 |
| New Balance: | $294.92 |
| Minimum Payment Due: | $50.00 |
| Payment Due Date: | 08/11/13 |

AMOUNT ENCLOSED: $ _____ . ____

☐ For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

COB00015

0000000  0029492  0005000  ████████  8609  1

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████ 8609
June 16, 2013 to July 15, 2013

| INTEREST CHARGE CALCULATION | | | |
|---|---|---|---|
| Your Annual Percentage Rate (APR) is the annual interest rate on your account. | | | |
| **Type of Balance** | **Annual Percentage Rate (APR)** | **Balance Subject to Interest Rate** | **Interest Charge** |
| Purchases | 23.90%(v) | $177.15 | $3.53 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

COB00016

**CREDIT ONE BANK CREDIT CARD STATEMENT**
Account Number ▮▮▮▮ 8609
July 16, 2013 to August 15, 2013

### SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---:|
| Previous Balance | $294.92 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases + | $16.01 |
| Cash Advances + | $0.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $5.92 |
| **New Balance** | **$351.85** |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 08/15/13 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card   1-877-825-3242
Outside the U.S. Call   1-702-405-2042
Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---:|
| New Balance | $351.85 |
| Past Due Amount | $50.00 |
| Amount Due This Period | $60.00 |
| Minimum Payment Due | $75.00 |
| Payment Due Date | 09/11/13 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 14 months | $399.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---:|
| 244273364LYJHWKV9 | 07/15 | 07/16 | MCDONALD'S F27789 WEST POINT  VA | 12.66 |
| | 08/15 | 08/15 | CREDIT PROTECT 1 866 803 1745 | 3.35 |
| | | | **Fees** | |
| | 08/15 | 08/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **35.00** |
| | | | **Interest Charged** | |
| | 08/15 | 08/15 | Interest Charge on Purchases | 5.92 |
| | 08/15 | 08/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **5.92** |

**2013 Totals Year-to-Date**

| | |
|---|---:|
| Total fees charged in 2013 | $135.00 |
| Total interest charged in 2013 | $9.45 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

If your account is past due you could get help.
You have Credit Protection - Request benefits today.
It can help make payments if you get laid off or become
disabled, and there is a loss of life benefit, too.
Call 1-866-803-1745 to request benefits today!

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---:|---:|
| Purchases | 23.90%(v) | $297.10 | $5.92 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385          JBH          001    7   15   130815    0          X PAGE 1 of 1          2  0   5727   9620   A064   01DL5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---:|
| Account Number: ▮▮▮▮ 8609 | |
| New Balance: | $351.85 |
| Minimum Payment Due: | $75.00 |
| Payment Due Date: | 09/11/13 |

☐ For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

AMOUNT ENCLOSED: $_____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

COB00017

0000000  0035185  0007500  ▮▮▮▮▮  8609  7

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number [            ] 8609
August 16, 2013 to September 15, 2013

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $351.85 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $351.85 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 09/15/13 |
| Days in Billing Cycle | | 31 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $351.85 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 10/11/13 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
Even if you make no more charges with this account, if you make only
the minimum payment each month we will estimate that you will never
pay off the balance shown on this statement because your payment will
be less than the interest charged each month. If you make more than
the minimum payment each period, you will pay off your balance
sooner. For example, if you instead pay $10.00 per month, you would
pay off the balance shown on this statement in around 3 years.

If you would like a location for credit counseling services,
call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | Fees | |
| | | | TOTAL FEES FOR THIS PERIOD | 0.00 |
| | | | Interest Charged | |
| | 09/15 | 09/15 | Interest Charge on Purchases | 0.00 |
| | 09/15 | 09/15 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 0.00 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $135.00 |
| Total interest charged in 2013 | $9.45 |

THIS ACCOUNT HAS BEEN REPORTED LOST OR STOLEN.  PLEASE DO NOT
USE THIS ACCOUNT NUMBER.  YOU WILL RECEIVE A STATEMENT WITH
YOUR NEW ACCOUNT NUMBER AND BALANCE INFORMATION.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $0.00 | $0.00 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |
| (v) = Variable Rate | | | |

---

5385     JRH     001     3   15   130915   0     U O PAGE 1 of 1          2 0   5727   9820   A084   C1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | [            ] 8609 |
| New Balance: | $351.85 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | 10/11/13 |

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**AMOUNT ENCLOSED:**  $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

0000000  0035185  0000000  [            ] 8609  5

COB00018

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time. Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero, a minimum **Interest Charge of $1.00** will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE: This Notice applies to your Account if the Annual Fee is assessed annually.** Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR heading. For each billing cycle, the **APR** is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of any edition of *The Wall Street Journal* published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than **29.90%** (corresponding monthly periodic rate of 2.4916%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum **Interest Charge of $1.00** will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DL5385 - 1 - 01/14/13

**Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:**

Mailing Address

Address Line 2

City                                                          State      Zip

Primary Phone Number                    Secondary Phone Number
(        )        -                            (        )        -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.

† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.

* We may use your email address to contact you about your account.

COB00019

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number [████] 8609
September 16, 2013 to October 15, 2013

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $351.85 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $351.85 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 10/15/13 |
| Days in Billing Cycle | | 30 |

### QUESTIONS?

Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $351.85 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 11/11/13 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
Even if you make no more charges with this account, if you make only the minimum payment each month we will estimate that you will never pay off the balance shown on this statement because your payment will be less than the interest charged each month. If you make more than the minimum payment each period, you will pay off your balance sooner. For example, if you instead pay $10.00 per month, you would pay off the balance shown on this statement in around 3 years.

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | Fees | |
| | | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| | | | **Interest Charged** | |
| | 10/15 | 10/15 | Interest Charge on Purchases | 0.00 |
| | 10/15 | 10/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **0.00** |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $135.00 |
| Total interest charged in 2013 | $9.45 |

THIS ACCOUNT HAS BEEN REPORTED LOST OR STOLEN.  PLEASE DO NOT
USE THIS ACCOUNT NUMBER.  YOU WILL RECEIVE A STATEMENT WITH
YOUR NEW ACCOUNT NUMBER AND BALANCE INFORMATION.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90% | $0.00 | $0.00 |
| Cash Advances | 23.90% | $0.00 | $0.00 |

5385    JBH    001    3   15   131015   0    U D PAGE 1 of 1    2 0   5727   9820   DEF    O1DM8385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | [████] 8609 |
| New Balance: | $351.85 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | 11/11/13 |

For address, telephone and email changes,
please check the box and complete the reverse side
Or, update your contact information online
at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

COB00020

0000000  0035185  0000000  [████] 8609  5

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 a.m. Pacific Time.  Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE:** This Notice applies to your Account if the Annual Fee is assessed annually. Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. The Annual Percentage Rate (APR) applicable to your Account is shown on the front of your statement under the APR heading. We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in *writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DM5385 · 1 · 01/14/13

Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:

Mailing Address

Address Line 2

City                                                    State        Zip

Primary Phone Number†                          Secondary Phone Number†
(        )        —                              (        )        —

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00021

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number [ ] 8609
October 16, 2013 to November 15, 2013

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $351.85 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $0.00 |
| Interest Charged + | $0.00 |
| **New Balance** | **$351.85** |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 11/15/13 |
| Days in Billing Cycle | 31 |

### QUESTIONS?

Call Customer Service or Report
a Lost or Stolen Credit Card         1-877-825-3242
Outside the U.S. Call                1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $351.85 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 12/11/13 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
Even if you make no more charges with this account, if you make only the minimum payment each month we will estimate that you will never pay off the balance shown on this statement because your payment will be less than the interest charged each month. If you make more than the minimum payment each period, you will pay off your balance sooner. For example, if you instead pay $12.00 per month, you would pay off the balance shown on this statement in around 3 years.

If you would like a location for credit counseling services, call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | Fees | |
| | | | TOTAL FEES FOR THIS PERIOD | 0.00 |
| | | | Interest Charged | |
| | 11/15 | 11/15 | Interest Charge on Purchases | 0.00 |
| | 11/15 | 11/15 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 0.00 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $135.00 |
| Total interest charged in 2013 | $9.45 |

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90% | $0.00 | $0.00 |
| Cash Advances | 23.90% | $0.00 | $0.00 |

---

5385    JBH    061   7   15   131115   0        E O PAGE 1 of 1        2 0  5727   9620   DEF   01DM5365

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

☐ For address, telephone and email changes, please check the box and complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | [ ] 8609 |
| New Balance: | $351.85 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | 12/11/13 |

**AMOUNT ENCLOSED:** $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

0000000  0035185  0000000  [ ] 8609  5

COB00022

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time. Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE:** This Notice applies to your Account if the Annual Fee is assessed annually. Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. The Annual Percentage Rate (APR) applicable to your Account is shown on the front of your statement under the APR heading. We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

In your letter, give us the following information:
* *Account information:* Your name and account number.
* *Dollar amount:* The dollar amount of the suspected error.
* *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DM5385 - 1 - 01/14/13

**Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:**

Mailing Address
[                                        ]

Address Line 2
[                                        ]

City                                   State      Zip
[                        ]              [    ]     [        ]

Primary Phone Number†                  Secondary Phone Number†
( [   ] ) [   ] - [       ]            ( [   ] ) [   ] - [       ]

Email Address*
[                                                              ]

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00023

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ███████ 8609
November 16, 2013 to December 15, 2013

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $351.85 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $6.68 |
| New Balance | | $358.53 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 12/15/13 |
| Days in Billing Cycle | | 30 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call                1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $358.53 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $25.00 |
| Minimum Payment Due | $25.00 |
| Payment Due Date | 01/11/14 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more
in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 18 months | $426.00 |

If you would like a location for credit counseling services,
call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | Fees | |
| | | | **TOTAL FEES FOR THIS PERIOD** | 0.00 |
| | | | Interest Charged | |
| | 12/15 | 12/15 | Interest Charge on Purchases | 6.68 |
| | 12/15 | 12/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | 6.68 |

| 2013 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2013 | $135.00 |
| Total interest charged in 2013 | $16.13 |

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $335.45 | $6.68 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385        JBH        001    7   19   131215   0        E O/PAGE 1 of 1          2 0   S727   9820   A054   O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████ 8609 |
| New Balance: | $358.53 |
| Minimum Payment Due: | $25.00 |
| Payment Due Date: | 01/11/14 |

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com

**AMOUNT ENCLOSED:** $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

0000000 0035853 0002500 ████████ 88609 3

COB00024

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time. Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum **Interest Charge of $1.00** will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE: This Notice applies to your Account if the Annual Fee is assessed annually.** Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR heading. For each billing cycle, the APR is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of The Wall Street Journal published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.4916%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum **Interest Charge of $1.00** will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank. N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

In your letter, give us the following information:
 • Account information: Your name and account number.
 • Dollar amount: The dollar amount of the suspected error.
 • Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
 • We cannot try to collect the amount in question, or report you as delinquent on that amount.
 • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
 • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
 • We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
 1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Credit One Bank. N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DL5385 - 1 - 01/14/13

Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:

Mailing Address

Address Line 2

City                                  State        Zip

Primary Phone Number†                 Secondary Phone Number†
(    )        -                       (    )        -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00025

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ███████ 8609
December 16, 2013 to January 15, 2014

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $358.53 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $25.00 |
| Interest Charged + | $6.68 |
| New Balance | $390.21 |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 01/15/14 |
| Days in Billing Cycle | 31 |

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98875, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $390.21 |
| Past Due Amount | $25.00 |
| Amount Due This Period | $50.00 |
| Minimum Payment Due | $75.00 |
| Payment Due Date | 02/11/14 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more
in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay . | You will pay off the balance shown in the statement in about . | And you will end up paying an estimated total of . |
|---|---|---|
| Only the minimum payment | 18 months | $461.00 |

If you would like a location for credit counseling services,
call 1-866-515-5729.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 01/15 | 01/15 | LATE FEE | 25.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 25.00 |
| | | | **Interest Charged** | |
| | 01/15 | 01/15 | Interest Charge on Purchases | 6.68 |
| | 01/15 | 01/15 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 6.68 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $25.00 |
| Total interest charged in 2014 | $6.68 |

YOUR ACCOUNT IS PAST DUE. IT IS NOT TOO LATE TO
PROTECT YOUR CREDIT RATING! PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $335.45 | $6.68 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385      JBH      001   7   15   140115   0      B X PAGE 1 of 1      2 0  5727   9820   A084   O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ███████ 8609 |
| New Balance: | $390.21 |
| Minimum Payment Due: | $75.00 |
| Payment Due Date: | 02/11/14 |

AMOUNT ENCLOSED: | $ |

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

0000000  0039021  0005000  ███████ 8609  0

COB00026

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific time. Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR RATE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE: This Notice applies to your Account if the Annual Fee is assessed annually.** Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR heading. For each billing cycle, the APR is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of any edition of The Wall Street Journal published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.4916%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DL5385 - 1 - 01/14/13

Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:

Mailing Address

Address Line 2

City                                                      State      Zip

Primary Phone Number†                      Secondary Phone Number

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.

* We may use your email address to contact you about your account.

COB00027

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████ 8609
January 16, 2014 to February 15, 2014

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $390.21 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $35.00 |
| Interest Charged | + | $7.18 |
| New Balance | | $432.39 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 02/15/14 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $432.39 |
| Past Due Amount | $50.00 |
| Amount Due This Period | $60.00 |
| Minimum Payment Due | $110.00 |
| Payment Due Date | 03/11/14 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more
in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 19 months | $512.00 |

If you would like a location for credit counseling services,
call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 02/15 | 02/15 | LATE FEE | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 35.00 |
| | | | **Interest Charged** | |
| | 02/15 | 02/15 | Interest Charge on Purchases | 7.18 |
| | 02/15 | 02/15 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 7.18 |
| | | | **2014 Totals Year-to-Date** | |
| Total fees charged in 2014 | | | | $60.00 |
| Total interest charged in 2014 | | | | $13.86 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $360.45 | $7.18 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385       JB4       001   7   15   14G214   0       B X PAGE 1 of 1          2 0   5727   8620   A064   O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████ 8609 |
| New Balance: | $432.39 |
| Minimum Payment Due: | $110.00 |
| Payment Due Date: | 03/11/14 |

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com

**AMOUNT ENCLOSED:**  $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

0000000  0043239  0007500  ████ 8609  7

COB00028

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time. Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum **Interest Charge of $1.00** will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE: This Notice applies to your Account if the Annual Fee is assessed annually.** Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR reading. For each billing cycle, the APR is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of any edition of *The Wall Street Journal* published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.491%). We use the "average daily balance (including new purchases) method of computing the balance for purchases. A minimum **Interest Charge of $1.00** will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank N.A., P.O. Box 98873, Las Vegas, NV 69193-8673.

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in *writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DL5385 - 1 - 01/14/13

**Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:**

Mailing Address

Address Line 2

City                                                    State        Zip

Primary Phone Number†                          Secondary Phone Number

(   )       -                      (   )       -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.

† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.

* We may use your email address to contact you about your account.

COB00029

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████████ 8609
February 16, 2014 to March 15, 2014

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $432.39 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $7.88 |
| New Balance | $475.27 |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 03/15/14 |
| Days in Billing Cycle | 28 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $475.27 |
| Past Due Amount | $75.00 |
| Amount Due This Period | $60.00 |
| Minimum Payment Due | $135.00 |
| Payment Due Date | 04/11/14 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 months | $563.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card                1-877-825-3242
Outside the U.S. Call                       1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 03/15 | 03/16 | LATE FEE | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 35.00 |
| | | | **Interest Charged** | |
| | 03/15 | 03/15 | Interest Charge on Purchases | 7.88 |
| | 03/15 | 03/15 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 7.88 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $95.00 |
| Total interest charged in 2014 | $21.74 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $395.45 | $7.88 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5285        JBH        001        7   13   140314   0        E X PAGE 1 of 1        2 0  5727   8620   A064   O10I 5285

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████ 8609 |
| New Balance: | $475.27 |
| Minimum Payment Due: | $135.00 |
| Payment Due Date: | 04/11/14 |

AMOUNT ENCLOSED: $ _____ .____

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
PO BOX 725
WEST POINT VA 23181-0725

0000000  0047527  0010000  ████████  8609  5

COB00030

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present that returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time. Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchase, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE:** This Notice applies to your Account if the Annual Fee is assessed annually. Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR heading. For each billing cycle, the APR is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of any edition of *The Wall Street Journal* published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.4916%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address or inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

C1DL5385 - 1 - 01/14/13

**Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:**

Mailing Address

Address Line 2

City

State    Zip

Primary Phone Number†

(     )     -

Secondary Phone Number

(     )     -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00031

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number [ ] 8609
March 16, 2014 to April 15, 2014

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $475.27 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $8.57 |
| **New Balance** | **$518.84** |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 04/15/14 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $518.84 |
| Past Due Amount | $100.00 |
| Amount Due This Period | $61.00 |
| **Minimum Payment Due** | **$161.00** |
| **Payment Due Date** | **05/11/14** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more
in interest and it will take you longer to pay off your balance.

| For example: | | |
|---|---|---|
| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
| Only the minimum payment | 21 months | $617.00 |

If you would like a location for credit counseling services,
call 1-866-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 04/15 | 04/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | 35.00 |
| | | | **Interest Charged** | |
| | 04/15 | 04/15 | Interest Charge on Purchases | 8.57 |
| | 04/15 | 04/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | 8.57 |

| **2014 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2014 | $130.00 |
| Total interest charged in 2014 | $30.31 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $430.45 | $8.57 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385      JBH      001    7   15   140415   B        E X PAGE 1 of 1           2 0  6727   9620   A064   O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | [ ] 8609 |
| New Balance: | $518.84 |
| Minimum Payment Due: | $161.00 |
| Payment Due Date: | 05/11/14 |

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**AMOUNT ENCLOSED:** $ [ ]

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
8315 MILL CREEK RD
WEST POINT VA 23181-9430

0000000  0051884  0012600  [ ]  8609  9

COB00032

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific time. Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest and charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE:** This Notice applies to your Account if the Annual Fee is assessed annually. Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account. There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR heading. For each billing cycle, the APR is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of any edition of *The Wall Street Journal* published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.4916%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do so we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (*Note:* Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DL5385 - 1 - 01/14/13

**Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:**

Mailing Address

Address Line 2

City                                                                      State        Zip

Primary Phone Number†                              Secondary Phone Number†
(        )        -                                        (        )        -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00033

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████████ 8609
April 16, 2014 to May 15, 2014

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $518.84 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $35.00 |
| Interest Charged | + | $9.27 |
| New Balance | | $563.11 |
| | | |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 05/15/14 |
| Days in Billing Cycle | | 30 |

### QUESTIONS?

Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $563.11 |
| Past Due Amount | $126.00 |
| Amount Due This Period | $64.00 |
| Minimum Payment Due | $190.00 |
| Payment Due Date | 06/11/14 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more
in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 22 months | $670.00 |

If you would like a location for credit counseling services,
call 1-866-815-8720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 05/15 | 05/15 | LATE FEE | 35.00 |
| | | | TOTAL FEES FOR THIS PERIOD | 35.00 |
| | | | **Interest Charged** | |
| | 05/15 | 05/15 | Interest Charge on Purchases | 9.27 |
| | 05/15 | 05/15 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 9.27 |
| | | | **2014 Totals Year-to-Date** | |
| | | | Total fees charged in 2014 | $165.00 |
| | | | Total interest charged in 2014 | $39.58 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $465.45 | $9.27 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385       JBH       001    7   15   140515   0       E X PAGE 1 of 1          2 0   5727   8620   M115   O1D0.5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ████████ 8609 |
| New Balance: | $563.11 |
| Minimum Payment Due: | $190.00 |
| Payment Due Date: | 06/11/14 |

**AMOUNT ENCLOSED:**   $ _____ .

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

DAVID WOOD
8315 MILL CREEK RD
WEST POINT VA 23181-9430

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

0000000 0056311 0015500 ████████ 8609 0

COB00034

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time.  Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.
**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."
**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE: This Notice applies to your Account if the Annual Fee is assessed annually.** Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR heading. For each billing cycle, the APR is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of any edition of *The Wall Street Journal* published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.4916%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum **Interest Charge of $1.00** will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**
If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.
In your letter, give us the following information:
  • *Account information:* Your name and account number.
  • *Dollar amount:* The dollar amount of the suspected error
  • *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
  • We cannot try to collect the amount in question, or report you as delinquent on that amount.
  • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
  • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
  • We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
  1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
  2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
  3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DL5385 - 1 - 01/14/13

**Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:**

Mailing Address

Address Line 2

City                                           State      Zip

Primary Phone Number†                    Secondary Phone Number†
(        )        -                         (        )        -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00035

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████ 8609
May 16, 2014 to June 15, 2014

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $563.11 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Purchases + | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $9.97 |
| **New Balance** | **$608.08** |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 06/15/14 |
| Days in Billing Cycle | 31 |

### QUESTIONS?

Call Customer Service or Report
a Lost or Stolen Credit Card 1-877-825-3242
Outside the U.S. Call 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $608.08 |
| Past Due Amount | $155.00 |
| Amount Due This Period | $66.00 |
| **Minimum Payment Due** | **$221.00** |
| Payment Due Date | 07/11/14 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more
in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 23 months | $724.00 |

If you would like a location for credit counseling services,
call 1-855-515-5720

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 06/15 | 06/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | 35.00 |
| | | | **Interest Charged** | |
| | 06/15 | 06/15 | Interest Charge on Purchases | 9.97 |
| | 06/15 | 06/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | 9.97 |

### 2014 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2014 | $200.00 |
| Total interest charged in 2014 | $49.55 |

YOUR ACCOUNT IS PAST DUE AND WILL ADVERSELY
AFFECT YOUR CREDIT RATING. PLEASE PAY THE
MINIMUM AMOUNT DUE NOW OR CALL (888) 729-6274.

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $500.45 | $9.97 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

5385    JRH    001    7  15  140615  0    B X PAGE 1 of 1    2 0  5727  9929  M115  O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com

**PAY YOUR BILL ONLINE at CreditOneBank.com**
Account Number: ████ 8609
New Balance: $608.08
Minimum Payment Due: $221.00
Payment Due Date: 07/11/14

AMOUNT ENCLOSED: $

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
8315 MILL CREEK RD
WEST POINT VA 23181-9430

0000000  0060808  0018600  ████████ 8609  7

COB00036

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process on paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time. Credit One Bank will not be responsible for processing delays or failure to process the payment to your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE:** This Notice applies to your Account if the Annual Fee is assessed annually. Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR heading. For each billing cycle, the APR is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of any edition of The Wall Street Journal published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.4915%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

**If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.**

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* at
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

C1DL5385 - 1 - 01/14/13

**Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:**

Mailing Address

Address Line 2

City          State    Zip

Primary Phone Number†        Secondary Phone Number†

(    )    -      (    )    -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00037

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████████ 8609
June 16, 2014 to July 15, 2014

## SUMMARY OF ACCOUNT ACTIVITY

| | |
|---|---|
| Previous Balance | $608.08 |
| Payments − | $0.00 |
| Other Credits − | $0.00 |
| Purchases ▼ | $0.00 |
| Cash Advances + | $0.00 |
| Fees Charged + | $35.00 |
| Interest Charged + | $10.67 |
| **New Balance** | **$653.75** |
| Credit Limit | $300.00 |
| Available Credit | $0.00 |
| Statement Closing Date | 07/15/14 |
| Days in Billing Cycle | 30 |

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $653.75 |
| Past Due Amount | $186.00 |
| Amount Due This Period | $502.75 |
| Minimum Payment Due | $653.75 |
| Payment Due Date | 08/11/14 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance

For example:

| If you make no additional charges using this card and each month you pay . . . | You will pay off the balance shown on the statement in about. . . | And you will end up paying an estimated total of. . . |
|---|---|---|
| Only the minimum payment | 1 months | $654.00 |

If you would like a location for credit counseling services, call 1-866-815-5720.

### QUESTIONS?
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call                 1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| | 07/15 | 07/15 | LATE FEE | 35.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | 35.00 |
| | | | **Interest Charged** | |
| | 07/15 | 07/15 | Interest Charge on Purchases | 10.67 |
| | 07/15 | 07/15 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | 10.67 |

| **2014 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2014 | $235.00 |
| Total interest charged in 2014 | $60.22 |

Your account is currently closed.

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $535.45 | $10.67 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385          JB+          001     7  15   140719  0          E × PAGE 1 of 1          2 0  5727   9820    M115  O1DL5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK.*

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | ███████ 8609 |
| New Balance: | $653.75 |
| Minimum Payment Due: | $653.75 |
| Payment Due Date: | 08/11/14 |

For address, telephone and email changes,
please check the box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com

AMOUNT ENCLOSED:   $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
8315 MILL CREEK RD
WEST POINT VA 23181-9430

0000000 0065375 0065375 ████████ 8609 0

COB00038

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time. Credit One Bank will not be responsible for processing delays or failure to process the payment if you credit card account or the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, add any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was zero. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE:** This Notice applies to your Account if the Annual Fee is assessed annually. Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the APR heading. For each billing cycle, the APR is determined by adding 20.65% to the U.S. Prime Rate appearing in the "Money Rates" section of any edition of *The Wall Street Journal* published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.4916%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the first page of your statement. Your notice must reach us no later than 30 days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873.
In your letter, give us the following information:
 * *Account information:* Your name and account number.
 * *Dollar amount:* The dollar amount of the suspected error.
 * *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
 * We cannot try to collect the amount in question, or report you as delinquent on that amount.
 * The charge in question may remain on your statement, and we may continue to charge interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
 * While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
 * We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
 1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
 2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
 3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-8873

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DL5385 - 1 - 01/14/13

Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:

Mailing Address

Address Line 2

City                                          State      Zip

Primary Phone Number†                         Secondary Phone Number

(    )      -                                  (    )      -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00039

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number ████ 8609
July 16, 2014 to July 27, 2014

## SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $653.75 |
| Payments | - | $0.00 |
| Other Credits | - | $653.75 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance | | $0.00 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 07/27/14 |
| Days in Billing Cycle | | 30 |

**QUESTIONS?**

Call Customer Service or Report
a Lost or Stolen Credit Card        1-877-825-3242
Outside the U.S. Call                  1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

## PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $0.00 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $0.00 |
| Minimum Payment Due | $0.00 |
| Payment Due Date | 08/11/14 |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $35.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 months | $654.00 |

If you would like a location for credit counseling services, call 1-865-515-5720.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F572700K000999990 | 07/27 | 07/27 | CHARGE OFF ACCOUNT-PRINCIPALS | -194.30 |
| F572700K000999990 | 07/27 | 07/27 | CHARGE OFF ACCOUNT *FINANCE CHARGES* | -459.45 |
| | | | Fees | |
| | | | TOTAL FEES FOR THIS PERIOD | 0.00 |
| | | | Interest Charged | |
| | 07/27 | 07/27 | Interest Charge on Purchases | 0.00 |
| | 07/27 | 07/27 | Interest Charge on Cash Advances | 0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | 0.00 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $235.00 |
| Total interest charged in 2014 | $60.22 |

## INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 23.90%(v) | $0.00 | $0.00 |
| Cash Advances | 23.90%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5366        J9H        001    3   15   140727   0        Z X PAGE 1 of 1        2 0  5727   9620   M115   D1D0L5385

Please return this portion with your payment, and write your account number on your check, made payable to CREDIT ONE BANK

**PAY YOUR BILL ONLINE at CreditOne.com**

| | |
|---|---|
| Account Number: | ████ 8609 |
| New Balance: | $0.00 |
| Minimum Payment Due: | $0.00 |
| Payment Due Date: | 08/11/14 |

For address, telephone and email changes,
please check this box and complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com

AMOUNT ENCLOSED:   $ _____ . ___

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

DAVID WOOD
8315 MILL CREEK RD
WEST POINT VA 23181-9430

0000000  0000000  0000000  ████ 8609  2

COB00040

**PAYMENTS:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your bank account or to process the payment as a check transaction. If a check we process in paper form is returned to us by your bank unpaid, we may re-present the returned check electronically. Your payment, if accompanied by a valid credit card account number, regardless of the method of receipt, will be credited to your credit card account, as of the date of receipt, if the payment is received by 5:00 p.m. Pacific Time. Credit One Bank will not be responsible for processing delays or failure to process the payment if your credit card account if the payment does not contain your credit card account number or is not accompanied by a payment coupon.

**PAYING INTEREST:** We will begin charging interest on purchases and cash advances on the posting date.

**HOW WE WILL CALCULATE YOUR BALANCE:** We use a method called "average daily balance (including new purchases)."

**BALANCE SUBJECT TO INTEREST RATE:** Periodic Interest Charges will be assessed from the date the purchase, cash advance, fee or charge is posted to your Account until the date it is paid in full, and will be calculated by applying the monthly periodic rate to the "average daily balance" of your Account. To get the "average daily balance" we take the balance of your Account each day, and any new purchases, cash advances, fees, and charges and subtract any payments or credits and unpaid periodic Interest Charges. This gives us the daily balance. Then we add up all the daily balances for the billing cycle, and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Periodic Interest Charges will be assessed on all "average daily balances" until paid in full. All purchases, cash advances, fees or charges accrue interest charges starting on the date of posting, even if the new balance from your previous statement was paid in full or even if that new balance was paid in full. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due.

**ANNUAL MEMBERSHIP FEE NOTICE: This Notice applies to your Account if the Annual Fee is assessed annually.** Your Account is subject to an Annual Membership Fee ("Annual Fee"). Your Account statement for the month of annual renewal will show the amount of the Annual Fee applicable to your Account. The following disclosures apply to your renewal Account: There is no grace period for purchases and cash advances. Your Annual Percentage Rate ("APR") may vary. The current APR for Purchases and Cash Advances applicable to your Account are shown on the front of your statement under the "Money Rates" section of any edition of *The Wall Street Journal* published on the 25th day of each month. The new rate will be applied to all balances on the Account. The APR will never be greater than 29.90% (corresponding monthly periodic rate of 2.4916%). We use the average daily balance (including new purchases) method of computing the balance for purchases. A minimum Interest Charge of $1.00 will be imposed for any billing cycle in which an Interest Charge is due. See your Cardholder Agreement for additional information regarding your Account and additional fees and charges that may be assessed.

The Annual Fee will continue to be billed to your Account annually for the coming year unless you terminate credit availability on your Account and pay the outstanding balance in full. If you choose to terminate credit availability and avoid paying the Annual Fee, you must contact us by telephone at (877) 825-3242 or give us written notice to close your Account, sent to the address for inquiries shown on the last page of your statement. Your notice must reach us no later than 30-days from when your statement is mailed or delivered on which the Annual Fee is imposed. Closed accounts are subject to the Annual Fee as long as an outstanding balance remains on the Account.

If your Annual Fee is billed to your Account monthly, this Notice does not apply to your Account. We will send you an Annual Membership Fee Notice at least annually.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at: Credit One Bank. N.A., P.O. Box 98873, Las Vegas, NV 89193-0873.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in *writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* at:
Credit One Bank, N.A., P.O. Box 98873, Las Vegas, NV 89193-0873.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay we may report you as delinquent.

O1DL5385 - 1 - 01/14/13

Update your contact information online at www.CreditOneBank.com or fill in your address, telephone, and/or email changes below:

Mailing Address

Address Line 2

City                                          State      Zip

Primary Phone Number                          Secondary Phone Number

(   )      -                                  (   )      -

Email Address*

Check the box on the reverse side if you have filled in a new address, telephone number, and/or email address.
† I authorize Credit One Bank or its agents to contact me at any phone number I provide at anytime (including cellular/wireless telephone services), via a live operator, auto-dialer or prerecorded message.
* We may use your email address to contact you about your account.

COB00041