Consumer Credit Report for DAVID WILLIAM WOOD          File Number: 345626389   Date Issued: 03/10/2016

| | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | | | | $9,500 | | | | $4,750 |
| Scheduled Payment | | | | | | | $0 | | | | $0 |
| Amount Paid | | | | | | | $0 | | | | $0 |
| Past Due | | | | | | | $0 | | | | $0 |
| High Balance | | | | | | | $9,500 | | | | $4,750 |
| Remarks | | | | | | | | | | | PDE |
| Rating | X | X | X | X | X | X | OK | X | X | X | OK |

**WELLS FARGO CARD SERVICE** #446542033175**** ( CREDIT BUREAU RESOLUTION, P O BOX 14517, DES MOINES, IA 50306, (800) 642-4720 )
Date Opened: 08/05/2012                  Date Updated: 02/19/2016            Pay Status: Current; Paid or Paying as Agreed
Responsibility: Individual Account        Payment Received: $848              Terms: $15 per month, paid Monthly
Account Type: Revolving Account           Last Payment Made: 02/14/2016
Loan Type: CREDIT CARD
Credit Limit: Credit limit of $300 from 09/2013 to 06/2015; $600 from 07/2015 to 02/2016

| | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $272 | $295 | $67 | $249 | $98 | $514 | $17 | $552 | $6 | $0 | $285 | $77 |
| Scheduled Payment | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $6 | | $15 | $15 |
| Amount Paid | $848 | $67 | $607 | $355 | $614 | $200 | $552 | $0 | $0 | $285 | $77 | $192 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $605 | $605 | $605 | $605 | $604 | $604 | $569 | $552 | $340 | $340 | $340 | $340 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $192 | $145 | $49 | $0 | $294 | $0 | $273 | $111 | $287 | $140 | $155 | $29 |
| Scheduled Payment | $15 | $15 | $15 | | $21 | $15 | $15 | $15 | $15 | $15 | $15 | $15 |
| Amount Paid | $304 | $353 | $426 | $294 | $0 | $273 | $259 | $325 | $230 | $155 | $29 | $224 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $340 | $340 | $340 | $340 | $340 | $340 | $340 | $340 | $340 | $340 | $340 | $340 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $224 | $40 | $288 | $263 | $22 | $232 | | | | | | |
| Scheduled Payment | $15 | $15 | $15 | $15 | $22 | $25 | | | | | | |
| Amount Paid | $40 | $288 | $535 | $22 | $352 | $538 | | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| High Balance | $340 | $340 | $340 | $340 | $340 | $340 | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

**WELLSFARGO FNCL NAT BK** ( PO BOX 14517, DES MOINES, IA 50306, (800) 642-4720 )                      Inquiry Type: Individual
Requested On: 03/08/2016

**SYNCB** ( C/O PO BOX 965037, ORLANDO, FL 32896, (866) 419-4096 )                                      Inquiry Type: Individual
Requested On: 01/16/2015

**QWEST LAND-LINE** ( CENTURYLINK, 100 CENTURYLINK DR, MONROE, LA 71203, (318) 682-5055 )              Inquiry Type: Individual
Requested On: 05/19/2014

## Promotional Inquiries

**FIRST PREMIER** ( 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145, (800) 584-7097 )
Requested On: 10/16/2015, 08/14/2015

**PLAIN GREEN** ( PO BOX 270, BOX ELDER, MT 59521, (866) 420-7157 )
Requested On: 09/30/2015

**MABT CONTINENTAL FINANCE** ( PO BOX 8099, NEWARK, DE 19713, (866) 449-4514 )
Requested On: 09/02/2015

**MERRICK BANK** ( 10705 S JORDAN GATEWAY, SUITE 200, SOUTH JORDAN, UT 84095, (800) 253-2322 )
Requested On: 08/17/2015

Consumer Credit Report for DAVID WILLIAM WOOD        File Number: 345626389   Date Issued: 03/10/2016

## Account Review Inquiries

**P1372483045E24210443 via CONSUMER INFO.COM** ( 18500 VON KARMEN A, #900, IRVINE, CA 92612, (877) 481-6826 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 03/09/2016, 03/03/2016

**CONSUMERINFO via CONSUMERINFO** ( PO BOX 2390, ALLEN, TX 75013, (877) 284-7942 )
Permissible Purpose: CREDIT MONITORING
Requested On: 02/19/2016

**WEBBANK/AVANT** ( 222 N LASALLE ST, SUITE 1700, CHICAGO, IL 60601, (800) 712-5407 )
Requested On: 12/15/2015

**WEBBANK/AVANT** ( 222 N LASALLE ST, SUITE 1700, CHICAGO, IL 60601, (800) 712-5407 )
Requested On: 12/15/2015

**DAVID WOOD via TRANSUNION INTERACTIVE** ( 100 CROSS STREET #, SAN LUIS OBISP, CA 93401, (800) 493-2392 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 12/12/2015

**CONSUMERINFO via CONSUMER INFO.COM** ( PO BOX 2390, ALLEN, TX 75013, (877) 481-6826 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 12/07/2015

**DIRECT INSURANCE** ( 1281 MURFREESBORO, ACTUARIAL DEPARTME, NASHVILLE, TN 37217, (877) 463-4732 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 09/26/2015

**MIDLAND CREDIT MGMT INC** ( 2365 NORTHSIDE DRIVE, SUITE 300, SAN DIEGO, CA 92108, (844) 236-1959 )
Permissible Purpose: COLLECTION
Requested On: 09/22/2015

**EQUIFAX CONSUMER SERVICE** ( 1550 PEACHTREE ST, ATLANTA, GA 30309, (866) 640-2273 )
Requested On: 05/22/2015

**THE HARTFORD/LEXIS NEXIS** ( 1000 ALDERMAN DRIV, ALPHARETTA, GA 30005, (800) 624-5578 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 04/20/2015

**QBE FIRST** ( 210 INTERSTATE NOR, PARKWAY STE 400, ATLANTA, GA 30339, (770) 690-8400 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 04/20/2015

**MERCURY INSURANCE** ( 1901 ULMERTON ROAD, SIXTH FLOOR, CLEARWATER, FL 33762, (800) 987-6000 x3246 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 04/20/2015

**TRAVELERS via TRAVELERS** ( PO BOX 42486, HOUSTON, TX 77242, (800) 550-7717 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 04/20/2015

**METLIFE AUTO AND HOME** ( 500 ECONOMY COURT, FREEFORT, IL 61032, (800) 665-4129 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 04/20/2015

**TRANSUNION INTERACTIVE I** ( 100 CROSS ST, STE 202, SAN LUIS OBISP, CA 93401, (888) 567-8688 )
Requested On: 03/03/2015

**PROGREXION/CRDT REPAIR.C** ( 330 NORTH CUTLER D, NORTH SALT LAK, UT 84054, (800) 232-6499 )
Permissible Purpose: CREDIT MONITORING
Requested On: 01/29/2015, 01/16/2015, 01/01/2015

**DIR TO CONS VIA EQUIFAX** ( 1550 PEACHTREE NW, ATLANTA, GA 30309, (225) 926-6161 )
Requested On: 01/28/2015

**CREDITREPAIR.COM** ( 360 NORTH CUTLER D, NORTH SALT LAK, UT 84054, (800) 232-6499 )
Permissible Purpose: CREDIT MONITORING
Requested On: 01/22/2015, 12/22/2014, 11/20/2014

**QUIRE FINANCIAL CORP** ( 18757 BURBANK BLVD, TARZANA, CA 91357, (818) 881-3710 )
Permissible Purpose: ACCOUNT REVIEW
Requested On: 12/03/2014, 11/06/2014, 07/02/2014

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for DAVID WILLIAM WOOD                                     File Number: 345626389  Date Issued: 03/10/2016

**PROGREXION via PROGREXION/LEXINGTON LAW** ( 330 N CUTLER DRIVE, NORTH SALT LAK, UT 84054, (801) 828-1818 )
**Permissible Purpose:** CREDIT TRANSACTION
**Requested On:** 10/21/2014

**ALLY FINANCIAL, INC** ( PO BOX 380901, BLOOMINGTON, MN 55438, (877) 247-2559 )
**Permissible Purpose:** CONSUMER INITIATED TRANSACTION
**Requested On:** 06/17/2014

## -End of Credit Report-

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
Fraud Victim Assistance Department
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

## -Begin Additional Information-

### Additional Information
The following disclosure of information is provided as a courtesy to you. This information is not part of your TransUnion credit file, but may be provided when TransUnion receives an inquiry about you from an authorized party. This additional information can include Special Messages, Possible Office of Foreign Assets Control ("OFAC") Name Matches, and Inquiry Analysis Information. Any of the previously listed information that pertains to you will be listed below.

### Inquiry Analysis
The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

**WELLSFARGO FNCL NAT BK**
Identifying information they provided:
DAVID W. WOOD
2710  WICKAM AV
NEW PORT NEWS, VA 23607-0
**Requested On:** 03/08/2016

## -End of Additional Information-