www.experian.com

Prepared for: DAVID WILLIAM WOOD
Date: May 06, 2016
Report number: 3771-7124-61

Page 9 of 12

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others

The section below lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit

**SPRINGLEAF FINANCIAL SER**
PO BOX 59
EVANSVILLE IN 47701
(800) 382 7951
**Address identification number:**
0369941061

**Date**
Oct 20, 2014
**Reason**
Unspecified. This inquiry is scheduled to continue on record until Nov 2016.

### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and **we do not include any of these requests on credit reports to others.**

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application;
- insurance underwriting (auto or home).

**These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).**

---

**CONSUMERINFO.COM INC** PO BOX 19729   IRVINE CA 92623
No phone number available
Date of inquiry: Apr 23, 2016; Apr 14, 2016; Mar 24, 2016; Mar 14, 2016; Mar 10, 2016; Mar 02, 2016; Jan 24, 2016; Dec 24, 2015; Jul 07, 2015; May 24, 2015

**WF CRD SVC** PO BOX 14517   DES MOINES IA 50306
(800) 642 4720
Date of inquiry: Apr 04, 2016

**CLARITY SERVICES INC** PO BOX 5717   CLEARWATER FL 33758
(866) 390 3118
On behalf of WEBBANKAVANT (2571) for 30
Date of inquiry: Dec 16, 2015; Dec 15, 2015

**CLARITY SERVICES INC**
No phone number available
On behalf of WEBBANKAVANT (2571) for 30
Date of inquiry: Dec 15, 2015

**CLARITY SERVICES INC** PO BOX 5717   CLEARWATER FL 33758
(866) 390 3118
On behalf of WEBBANKAVANT(2571) for 30
Date of inquiry: Dec 15, 2015

**CONSUMERINFO.COM** PO BOX 19729   IRVINE CA 92623
(866) 673 0141
Date of inquiry: Dec 07, 2015

**CIC/WELLS FARGO** 535 ANTON BLVD STE 100   COSTA MESA CA 92626
(949) 567 7724
Date of inquiry: Dec 07, 2015

**EXPERIAN** PO BOX 2002   ALLEN TX 75013
(888) 397 3742
Date of inquiry: Nov 26, 2015; May 01, 2015; Jun 25, 2014

**CREDIT ONE BANK** PO BOX 98873   LAS VEGAS NV 89193
(877) 825 3242
Date of inquiry: Nov 20, 2015; Nov 03, 2015

**EXPERIAN** 701 EXPERIAN PKWY   ALLEN TX 75013
(972) 390 3000
Date of inquiry: Nov 05, 2015

**CREDIT ONE BANK** PO BOX 98873   LAS VEGAS NV 89193
(877) 825 3242
Date of inquiry: Nov 03, 2015

**I C SYSTEM INC** PO BOX 64378   SAINT PAUL MN 55164
(888) 735 0516
Date of inquiry: Oct 30, 2015

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD   CLEVELAND OH 44143
No phone number available
Date of inquiry: Sep 25, 2015

**VERIZON WIRELESS** PO BOX 177   LAKELAND FL 33802
No phone number available
Date of inquiry: Jul 07, 2015

**DOMINION RESOURCES INC** PO BOX 26666   RICHMOND VA 23261
(866) 366 4357
Date of inquiry: Jun 30, 2015; Jun 30, 2015; Apr 07, 2015; Apr 07, 2015

**CONSUMERINFO.COM** PO BOX 19729   IRVINE CA 92623
(866) 673 0141
Date of inquiry: Jun 26, 2015; Jun 12, 2015; Jun 01, 2015; May 22, 2015; May 01, 2015; Apr 17, 2015; Apr 03, 2015

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR   ALPHARETTA GA 30005
(866) 323 0932
On behalf of AMERICAN STRATEGIC INSUR for Insurance underwriting
Date of inquiry: Apr 20, 2015

**LEXISNEXIS/INS/P&C**
No phone number available
On behalf of ALFA GENERAL INS GR AGEN for Insurance underwriting
Date of inquiry: Apr 20, 2015

**CONSUMERINFO.COM** PO BOX 19729   IRVINE CA 92623
(866) 673 0141
Date of inquiry: Apr 03, 2015

**CIC/EXPERIAN IDENTITY CH** 535 ANTON BLVD STE 100   COSTA MESA CA 92626
No phone number available
Date of inquiry: Mar 19, 2015

**CONSUMERINFO.COM INC** 535 ANTON BLVD STE 100   COSTA MESA CA 92626
(866) 673 0141
Date of inquiry: Mar 19, 2015

**EQUIFAX CONSUMER SVCS** 1550 PEACHTREE ST NE   ATLANTA GA 30309
(404) 885 8000
Date of inquiry: Mar 10, 2015; Feb 21, 2015; Feb 19, 2015; Jan 19, 2015; Dec 23, 2014; Oct 21, 2014; Aug 14, 2014; Jul 28, 2014; Jul 16, 2014; Jun 21, 2014; Jun 16, 2014; May 16, 2014; Apr 16, 2014

**EQUIFAX CONSUMER SERVICES** 1100 ABERNATHY RD NE STE 300   ATLANTA GA 30328
(678) 795 7000
Date of inquiry: Jan 28, 2015; Jan 12, 2015; Sep 29, 2014

**PREMIER BANKCARD INC** 3820 N LOUISE AVE   SIOUX FALLS SD 57107
(800) 987 5521
Date of inquiry: Jan 19, 2015

**EXPERIAN** PO BOX 9600   ALLEN TX 75013
(800) 311 4769
Date of inquiry: Dec 25, 2014; Oct 27, 2014; Oct 22, 2014; Oct 09, 2010

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD   CLEVELAND OH 44143
No phone number available
Date of inquiry: Sep 27, 2014; Apr 07, 2014

**WELLS FARGO BANK** PO BOX 14517   DES MOINES IA 50306
(800) 642 4720
Date of inquiry: Aug 04, 2014

**WELLS FARGO BANK**
No phone number available
Date of inquiry: Apr 02, 2014

## Personal information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### ■ Names
DAVID  WOOD
    Name identification number: 14608
DAVID W WOOD
    Name identification number: 27055

0909752047