Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/14 | $0 | | $273 | 9/1/2014 | $340 | $300 | | Credit Card | |
| 08/14 | $273 | $15 | $259 | 8/1/2014 | $340 | $300 | | Credit Card | |
| 07/14 | $111 | $15 | $325 | 7/1/2014 | $340 | $300 | | Credit Card | |
| 06/14 | $287 | $15 | $230 | 6/1/2014 | $340 | $300 | | Credit Card | |
| 05/14 | $140 | $15 | $155 | 5/1/2014 | $340 | $300 | | Credit Card | |

A request for your credit history is called an inquiry. Inquiries remain on your credit report for up to two years.
This section lists companies that requested your credit file with whom you have applied for a loan or credit.

| Company Information | Inquiry Date(s) |
|---|---|
| Ccb/Ppc
9690 Deereco Rd Timonium, MD 21093-6991 Phone: (866) 528-3733 | 03/18/2016 |
| Verizon East
401 S High St 2nd Fl West Chester, PA 19382-3338 | 07/07/2015 |
| Evb
PO Box 2400 Tappahannock, VA 22560-2400 Phone: (888) 464-2265 | 10/29/2014   10/22/2014 |
| Springleaf Fin Srvcs
6549 Market Dr Gloucester, VA 23061-5173 Phone: (804) 693-4126 | 10/20/2014 |
| Universal Investors
429 TRELLIS CT NEWPORT NEWS, VA 23608 | 09/23/2014 |
| Verizon Wireless – WA/VA
5000 Britton Pkwy Hilliard, OH 43026-9445 | 08/13/2014   08/12/2014 |

*This section includes inquiries which display only to you and are not considered when evaluating your credit worthiness - for example, requests from employers, companies making promotional offers and your own requests to check your credit.*

## Company Information - Prefix Descriptions:

**PRM** - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance. (PRM inquiries remain for 12 months)
**PR** - Inquires with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing. (PR Inquires remain for 12 months)
**AM or AR** - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors. (AM and AR inquiries remain for 12 months)
**Equifax or EFX** - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request.
**ND** - Inquiries with this prefix are general inquiries that do not display to credit grantors. (ND inquiries remain for 24 months)
**ND MR** - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan. (ND MR inquiries remain for 24 months)
**EMPL** - Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months)

| Company Information | Inquiry Date(s) | | | | | |
|---|---|---|---|---|---|---|
| Equifax<br>PO Box 740241  Atlanta, GA 30374-0241  Phone: (800) 685-1111 | 05/17/2016 | 05/11/2016 | 04/09/2016 | 12/11/2015 | 11/26/2015 | 11/21/2015 | 07/08/2015 |
| | 06/18/2015 | 06/18/2015 | 06/15/2015 | 06/15/2015 | 06/14/2015 | 06/10/2015 | 06/03/2015 |
| | 05/06/2015 | 05/06/2015 | 05/03/2015 | 04/26/2015 | 04/26/2015 | 04/26/2015 | 01/15/2015 |
| | 11/27/2014 | 11/20/2014 | 07/12/2014 | 06/24/2014 | 06/24/2014 | | |
| ND-CIC/Experian RPTS<br>1 City Blvd W Ste 401  Orange, CA 92868-3621 | 05/11/2016 | 03/19/2015 | | | | | |
| AR-WF Crd Svc<br>Credit Bureau Dispute Reso PO Box 14517 Des Moines, IA 50306-3517  Phone: (800) 642-4720 | 04/02/2016 | 04/02/2016 | | | | | |
| DTC-Wellsfargo FNCL Nat Bk<br>CSCL Dispute Team MAC N8235-04M WEST DES MOINES, ID 50266 | 03/08/2016 | | | | | | |
| AR-Consumerinfo.Com<br>18500 Von Karman Ave Ste 900  Irvine, CA 92612-0526 | 02/16/2016 | | | | | | |
| ND-CIC/Experian Alrts<br>PO Box 1909  Orange, CA 92856-0909 | 12/08/2015 | | | | | | |
| ND-Equifax<br>PO Box 740250  Atlanta, GA 30374-0250  Phone: (800) 685-1111 | 02/09/2015 | 01/15/2015 | 12/11/2014 | 11/21/2014 | 10/21/2014 | | |
| Equifax Customer Accounts<br>3200 WINDY HILL RD SUITE 500  MARIETTA, GA 30067-549 | 01/25/2015 | 12/26/2014 | 11/26/2014 | 10/27/2014 | | | |

**** End of Credit File ****