**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**DAVID W. WOOD**

v.                                                                              No. 3:15-cv-594-MHL

**CREDIT ONE BANK, N.A.**

### PLAINTIFF'S MOTION FOR RULE 37(c)(1) SANCTIONS

Plaintiff David W. Wood, by counsel, moves for sanctions pursuant to Fed. R. Civ. P. 37(c)(1) against Credit One Bank N.A.  For the reasons stated in the accompanying memorandum of law, Plaintiff seeks an Order imposing the minimum appropriate sanction excluding any witnesses or evidence from use on a motion, hearing or at trial, that was not timely disclosed pursuant to Fed. R. Civ. P. 26(a)(1) & (e) before July 13, 2016. The Plaintiff respectfully requests the court order such other relief as appropriate.

Respectfully Submitted,

David William Wood,

_____/s/_____
Susan Mary Rotkis, VSB #40693
Leonard A. Bennett, VSB #37523
Craig C. Marchiando
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com
craig@clalegal.com
lenbennett@clalegal.com

1

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Lauren Marie Cafferty | Christopher James Sears |
| McGuireWoods LLP (DC) | Cipriani & Werner PC |
| 2001 K Street NW | 400 Tracy Way |
| Suite 400 | Suite 110 |
| Washington, DC 20006-1040 | Charleston, WV 25311 |
| Email: lcafferty@mcguirewoods.com | Email: csears@c-wlaw.com |

_____/s/_____
Susan Mary Rotkis, VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
srotkis@clalegal.com

Counsel for Plaintiff

2