IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| DAVID WILLIAM WOOD,<br>　　Plaintiff, | )<br>)<br>) | |
| 　　　　v. | )<br>) | Civil Action No. 3:15cv594 (MHL) |
| CREDIT ONE BANK,<br>　　Defendant. | )<br>)<br>)<br>) | |

**ORDER REGARDING PROCEDURES FOR SETTLEMENT CONFERENCE**

Due to the unavailability of the parties, the Court will reschedule the settlement conference previously scheduled for November 1, 2016. After a telephone conference, the Court has set the settlement conference for **November 8, 2016**, at **9:30 a.m.** At that time, the parties shall report to the chambers of Magistrate Judge David J. Novak.

Not later than close of business at least one week before the settlement conference, each party must submit a brief supplemental memorandum to the Court *ex parte* updating the Court on that party's position.

Not less than seven (7) calendar days before the settlement conference, counsel for the plaintiff shall tender an offer to counsel for the defendant. Counsel for the defendant shall respond either by accepting the offer or with a counter-offer not less than four (4) calendar days before the settlement conference. Counsel for the plaintiff shall be responsible for informing the Court via an e-mail to chambers of the offers exchanged and the outcome of this process not less than three (3) calendar days before the settlement conference.

Should counsel or party representatives desire to bring any electronic devices, including laptops and/or cell phones, to the settlement conference, counsel must contact the undersigned's

chambers no later than one week prior to the settlement conference to receive prior authorization, consistent with the requirements of this Court's Personal Electronics Device Policy.[1]

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States Magistrate Judge

Richmond, Virginia
Date: October 31, 2016

---

[1] http://www.vaed.uscourts.gov/locations/documents/ElectronicsDevicePolicy_002.pdf