IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID W. WOOD,

    Plaintiff,

v.                                                    Civil Action No. 3:15cv594

CREDIT ONE BANK,

    Defendant.

## ORDER

For the reasons stated in the forthcoming Memorandum Opinion, the Court:

(1) DENIES Credit One Bank's Motion for Summary Judgment, (ECF No. 57);

(2) GRANTS Wood's Motion for Partial Summary Judgment, (ECF No. 55); and,

(3) GRANTS Wood's Motion to Exclude Testimony and Opinions of James Lynn, (ECF No. 56).

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                                                /s/
                                                        M. Hannah Lauck
                                                     United States District Judge

Richmond, Virginia
Date: 11/7/16