IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID W. WOOD,

    Plaintiff,

v.                                                            Civil Action No. 3:15cv594

CREDIT ONE BANK,

    Defendant.

## AMENDED ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court:

(1) DENIED Credit One Bank's Motion for Summary Judgment, (ECF No. 57);

(2) GRANTED Wood's Motion for Partial Summary Judgment, (ECF No. 55); and,

(3) GRANTED Wood's Motion to Exclude Testimony and Opinions of James Lynn, (ECF No. 56).

The Court finds that: (1) Credit One's reporting that Wood was responsible for the Account was inaccurate; (2) Credit One failed to conduct a reasonable investigation of Wood's disputes; and, (3) Credit One failed to accurately report the results of its investigations to the CRAs.

In light of the Court's ruling, the Court ORDERS the parties to submit statements, no more than five pages long, regarding how this case should proceed. Each party's statement SHALL be filed no later than close of business October 5, 2017.

Let the Clerk send a copy of this Amended Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 9/21/2017
Richmond, Virginia