IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID WOOD,**

      **Plaintiff**

v.                                                                                    **No. 3:15-cv-594-MHL**

**CREDIT ONE BANK, N.A.,**

      **Defendant**

## PLAINTIFF'S DEPOSITION DESIGNATION

COMES NOW, the Plaintiff, DAVID WOOD, ("Mr. Wood"), by counsel, pursuant to this Court's Pretrial Order dated October 12, 2017 (Dkt #101) and Amended Order dated November 9, 2017 (Dkt #105) and Fed. R. Civ. P. 26, lists the following discovery designations for use at the trial of this action:

1. 30(b)(1) Deposition of Allan Shutt, June 8, 2016:

Transcript pages:  15:7 – 21; 30;21-30:25; 39:15-39:25; 43:2 – 44:4; 54:1-56:4; 57:24-58:23; 60:20-63:15; 67:8 – 67:15; 71:1-73:21; 75:8-82; 88-92; 94:18- 95:25.

2. 30(b)(6) Deposition of Helen Lanham,  May 13, 2016:

Transcript pages: 17:22-27:25; 28-32; 34-41; 45-51; 56-63; 65-70; 71-74; 83-89.

3. 30(b)(6) Deposition of Kim Maragos, May 13, 2016:

Transcript pages: 4:4–6:11; 8:20-9:16; 12:15-12:21; 12:25 (In my observation.)-13:14; 13:21-13:23; 16:6 –16:12; 17:3-21:23; 22:20-24:3; 24:9-24:11; 24:13; 24:24-25:9; 26:8-26:25; 28:11-28:22; 29:24-30:3.

4. 30(b)(1) Deposition of Alexandra Chu, May 11, 2016:

Transcript pages: 20:1-25:12; 27-29; 33:21-34:5; 35-42; 45-47; 50-52; 53-58; 70-72; 77; 85-93; 99-102; 103-104; 106-107; 112-113.

5. 30(b)(1) Deposition of Jennifer Schmitt, May 11, 2016:

Transcript pages: 18:16- 19:21; 20:14-21:15; 24:14-24:22; 25:4-25:9; 26:19-26:23; 27:1-27:24; 29:12-30:23; 31:11-31:13; 31:14-34:25; 35:5-37:13; 38:6-40:13; 42:20-43:25; 44:2-44:14: 44:15-44:17; 45:5-46:23; 47:1-47:449:14.

6. Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories to Defendant Credit One Bank, Nos. 2, 6, 9, 16, 19, 22, 23, 24.

7. Defendant's Objections and Responses to Plaintiff's First Set of Request for Production of Documents to Defendant Credit One Bank, Nos. 6, 22.

Respectfully,

_____/s/_____
Leonard A. Bennett, VSB 37523
Craig C. Marchiando, VSB 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com
craig@clalegal.com

Susan M. Rotkis
CONSUMER LITIGATION ASSOCIATES, PLLC.
Consumer Litigation Associates, P.L.LC.
382 South Convent Avenue
Tucson AZ 85701
Telephone: (520) 622-2481
srotkis@clalegal.com

*Attorneys for Plaintiff*


<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 22nd day of November, 2017, I served a true and correct copy of the foregoing document by filing it in the CM/ECF system, which will electronically notify (NEF) the following:

Bryan Fratkin
Heidi Siegmund
McGuireWoods LLP
One Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Phone: 804-775-4352
Fax: 804-698-2100
E-mail: bfratkin@mcguirewoods.com

      *Counsel for Credit One Bank*

      /s/
Leonard A. Bennett
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662