**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

DAVID WILLIAM WOOD,

        Plaintiff,

v.

        Civil No. 3:15-cv-00594-MHL

CREDIT ONE BANK, N.A.,

        Defendant.

## DEFENDANT CREDIT ONE BANK'S WITNESS LIST

Defendant Credit One Bank ("Credit One"), by counsel and pursuant to the Court's Scheduling Order, provides the following list of witnesses that it intends to call to testify live at the trial of this matter.

1. Helen Lanham
2. Sergeant L.L. Woodson
3. Karen Schumacher

As further set forth in Credit One's contemporaneously filed deposition designations, Credit One also plans to call the following witnesses to testify through their deposition testimony.

1. Alexandra Chu
2. Alan Shutt

Dated: November 22, 2017        Respectfully submitted,

        CREDIT ONE BANK

        _____/s/_____
        Bryan A. Fratkin (VSB No. 38933)
        bfratkin@mcguirewoods.com
        Heidi E. Siegmund (VSB No. 89569)
        hsiegmund@mcguirewoods.com
        McGuireWoods LLP

800 East Canal Street
Richmond, VA  23219
(804) 775-1000
Facsimile: (804) 775-1061
*Counsel for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's ECF system on November 22, 2017, which will provide a notice of electronic filing (NEF) to the attorneys of record.

CREDIT ONE BANK

_____/s/_____
Bryan A. Fratkin (VSB No. 38933)
bfratkin@mcguirewoods.com
Heidi E. Siegmund (VSB No. 89569)
hsiegmund@mcguirewoods.com
McGuireWoods LLP
800 East Canal Street
Richmond, VA  23219
(804) 775-1000
*Counsel for Defendant*