**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

DAVID WILLIAM WOOD,

    Plaintiff,

v.       Civil No. 3:15-cv-00594-MHL

CREDIT ONE BANK, N.A.,

    Defendant.

## DEFENDANT CREDIT ONE BANK DEPOSITION DESIGNATIONS

Defendant Credit One Bank, by counsel, designates the following excerpts from Allan John Shutt's ("Shutt") deposition transcript from his deposition on June 8, 2016 and Alexandra Chu's ("Chu") deposition transcript from her deposition of May 11, 2016, as excerpts which may be used or introduced for any and all purposes at trial.[1]

**I.  ALLAN JOHN SHUTT**

| From Page/Line | To Page/Line |
|---|---|
| 6:10 | 6:13 |
| 6:19 | 6:25 |
| 7:10 | 7:12 |
| 7:16 | 7:20 |
| 7:23 | 7:25 |
| 8:1 | 8:9 |
| 10:18 | 10:21 |
| 14:13 | 14:17 |
| 14:23 | 14:25 |
| 15:2 | 15:5 |
| 30:21 | 30:24 |
| 33:15 | 33:25 |

---

[1] Neither Shutt nor Chu is currently employed by Credit One Bank, and both currently reside more than 100 miles from the Eastern District of Virginia. Accordingly, both witnesses are unavailable such that their deposition testimony may be offered for any purpose pursuant to Fed. R. Civ. P. 32(a)(4)(B).

| From Page/Line | To Page/Line |
|---|---|
| 35:11 | 35:14 |
| 36:2 | 36:9 |
| 39:15 | 40:3 |
| 43:2 | 44:21 |
| 46:4 | 46:6 |
| 46:9 | 46:16 |
| 46:21 | 47:11 |
| 47:13 | 47:22 |
| 49:14 | 50:13 |
| 50:25 | 51:1 |
| 51:4 | 51:9 |
| 51:13 | 51:25 |
| 52:9 | 52:25 |
| 53:1 | 53:5 |
| 53:15 | 54:10 |
| 56:5 | 56:7 |
| 56:15 | 57:5 |
| 57:24 | 58:10 |
| 59:24 | 59:24 |
| 60:1 | 60:15 |
| 60:20 | 61:7 |
| 62:5 | 63:15 |
| 65:23 | 65:25 |
| 66:2 | 66:18 |
| 71:2 | 71:22 |
| 75:10 | 75:25 |
| 76:16 | 77:15 |
| 77:19 | 77:24 |
| 78:9 | 78:13 |
| 78:23 | 78:25 |
| 79:1 | 80:17 |
| 80:22 | 82:8 |
| 82:19 | 82:24 |
| 83:2 | 83:10 |
| 84:11 | 86:1 |
| 87:25 | 88:4 |
| 88:15 | 89:13 |
| 90:5 | 90:9 |

| From Page/Line | To Page/Line |
|---|---|
| 90:11 | 91:9 |
| 92:11 | 93:2 |
| 93:14 | 94:7 |
| 94:18 | 94:20 |
| 95:5 | 95:22 |

II. **ALEXANDRA CHU**

| From Page/Line | To Page/Line |
|---|---|
| 7:19 | 7:22 |
| 14:14 | 14:19 |
| 14:25 | 15:1 |
| 15:4 | 15:13 |
| 15:20 | 15:22 |
| 16:2 | 16:6 |
| 16:17 | 16:20 |
| 16:24 | 17:16 |
| 20:2 | 20:7 |
| 21:1 | 21:16 |
| 22:11 | 22:24 |
| 23:3 | 23:14 |
| 27:1 | 27:23 |
| 34:25 | 35:1 |
| 35:4 | 35:23 |
| 36:22 | 37:3 |
| 37:17 | 39:15 |
| 44:15 | 44:23 |
| 45:23 | 46:14 |
| 46:21 | 46:23 |
| 56:8 | 56:13 |
| 57:14 | 57:19 |
| 62:3 | 62:6 |
| 62:11 | 62:12 |
| 62:15 | 62:16 |
| 69:10 | 69:14 |
| 69:25 | 70:16 |
| 70:19 | 70:24 |
| 71:3 | 72:7 |

| From Page/Line | To Page/Line |
|---|---|
| 76:3 | 76:13 |
| 86:13 | 86:15 |
| 90:6 | 90:10 |
| 108:10 | 109:1 |
| 109:15 | 109:19 |
| 110:1 | 111:17 |
| 111:21 | 111:23 |

Dated: November 22, 2017					Respectfully submitted,

							CREDIT ONE BANK, N.A.

							_____/s/_____
							Bryan A. Fratkin (VSB No. 38933)
							bfratkin@mcguirewoods.com
							Heidi E. Siegmund (VSB No. 89569)
							hsiegmund@mcguirewoods.com
							McGuireWoods LLP
							One Gateway Plaza
							800 East Canal Street
							Richmond, VA 23219
							Phone: (804) 775-1000
							Facsimile: (804) 775-1061
							*Counsel for Credit One Bank*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 22nd day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the attorneys of record.

                                  /s/
                        Bryan A. Fratkin (VSB No. 38933)
                        Heidi E. Siegmund (VSB No. 89569)
                        McGuireWoods LLP
                        One Gateway Plaza
                        800 East Canal Street
                        Richmond, VA 23219
                        Phone: 804-775-1049
                        Fax: 804-698-2315
                        E-mail: hsiegmund@mcguirewoods.com

                        *Counsel for Credit One Bank*

96262932