**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**


DAVID WILLIAM WOOD,

                Plaintiff,

v.

                                    Civil No. 3:15-cv-00594-MHL

CREDIT ONE BANK, N.A.,

                Defendant.


**<u>DEFENDANT CREDIT ONE BANK'S EXHIBIT LIST</u>**

Defendant Credit One Bank ("Credit One"), by counsel and pursuant to the Court's Order dated October 12, 2017 (ECF No. 101), and the parties' consent motion dated December 8, 2017, provides the following revised list of proposed exhibits.  This list may change subject to (1) the Court's rulings on the parties' motions *in limine*; and (2) Plaintiff's proof at trial.  For those reasons, Credit One does not necessarily intend to offer all of these exhibits, nor does it contend that all of them will necessarily be relevant.  Subject to those caveats, this list represents Credit One's best efforts to estimate (as of the date of this filing) all of the exhibits on which it might rely at trial (with the exception, per the Court's Initial Pretrial Order (ECF No. 29), of exhibits that will be used solely for purposes of impeachment).

| EXHIBIT NO. | DOCUMENT | BATES NUMBER/IDENTIFIER |
|---|---|---|
| 1 | Letter from Plaintiff to Credit One 11-4-14 | COB00042 |
| 2 | Letter from Credit One to Plaintiff 11-28-14 | COB00043 |
| 3 | Letter from Plaintiff to Credit One 12-9-14 | COB00044 |
| 4 | Letter from Credit One to Plaintiff 1-12-15 | COB00045 |
| 5 | ACDV Response 4-28-15 | COB00048-COB00050 |

| 6 | ACDV Response 4-28-15 | COB00051-COB00052 |
|---|---|---|
| 7 | ACDV Response 5-5-15 | COB00053-COB00054 |
| 8 | ACDV Response 6-10-15 | COB00055-COB00056 |
| 9 | ACDV Response 6-15-15 | COB00057-COB00058 |
| 10 | Phone records regarding communications with Plaintiff | COB00059-COB00065 |
| 11 | ACDV Research by A. Chu | COB04163-COB04165 |
| 12 | 2011 Consumer Credit Reporting Resource Guide | COB0060-COB00316 |
| 13 | 2017 Consumer Credit Reporting Resource Guide Compliance Condition Code Clarification | COB04168-COB04172 |
| 14 | Credit One Bank Compliance Program and Policy Manual, FCRA Policy | COB00317-COB00359 |
| 15 | Credit One Bank Customer Service Procedure Manual – Back Office – E-Oscar ACDVs & AUD (version 1.2 dated 3/17/15) | COB00361-COB00419 |
| 16 | Credit One Bank Customer Service Procedural Manual – Telephones | COB00791-COB01119 |
| 17 | Credit One Bank Customer Service Procedural Manual – Back Office – Fraud | COB01952-COB02139 |
| 18 | Copy of Fraud Affidavit to David Wood | COB04173-COB04175 |
| 19 | West Point Police Department Incident Report | COB04157-COB04158 |
| 20 | Affidavit of Sergeant Woodson[1] | ECF No. 68-5 |
| 21 | Affidavit of K. Schumacher | ECF No. 68-13 |
| 22 | Experian Authentication Affidavit dated 6-3-16 | N/A |
| 23 | Fraud alert notification from Experian dated 6-25-14 | EXPWOOD_SUBP_0000107-EXPWOOD_SUBP_0000128 |
| 24 | Fraud alert notification from Trans Union dated 4-29-15 | Wood v. Equifax, et al Exhibit #000036-#000051 |

---

[1] Credit One anticipates that Sergeant Woodson and Ms. Schumacher will testify in person, and therefore their affidavits will not be necessary.  However, out of an abundance of caution, Credit One has designated these exhibits in the event it becomes apparent that either witness is unavailable.

| 25 | Credit report of David Wood dated 10-27-14 | EXPWOOD_0000067-EXPWOOD_0000086 |
| 26 | Sample Fraud Affidavit and Cover Letter | COB004160-COB004162 |

Dated: December 8, 2017

Respectfully submitted,

CREDIT ONE BANK

_____/s/_____

Bryan A. Fratkin (VSB No. 38933)
bfratkin@mcguirewoods.com
Heidi E. Siegmund (VSB No. 89569)
hsiegmund@mcguirewoods.com
McGuireWoods LLP
800 East Canal Street
Richmond, VA  23219
(804) 775-1000
Facsimile: (804) 775-1061
*Counsel for Defendant*