IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID WOOD,**

    **Plaintiff**

v.                        No. 3:15-cv-594-MHL

**CREDIT ONE BANK, N.A.,**

    **Defendant**

## PLAINTIFF'S AMENDED EXHIBIT LIST

COMES NOW, the Plaintiff, DAVID WOOD, ("Mr. Wood"), by counsel, pursuant to this Court's Pretrial Order dated October 12, 2017 (Dkt #101) and Amended Order dated November 9, 2017 (Dkt #105) and Fed. R. Civ. P. 26, lists the following exhibits that will be moved into evidence at the trial of this action:

1. COB00001-00006 Pre-Approved Mail "Application"

2. COB 7  Credit One Application Archive Page

3. COB 14 Opening Account Statements

4. COB 40  Final Account Statement

5. COB 42 Wood Letter to Credit One, November 4, 2014

6. COB 43  Credit One Response to Wood, November 28, 2014

7. COB 44 Wood Letter to Credit One, December 9, 2014

8. COB 45  Credit One Response to Wood, January 12, 2015

9. COB 46-47  ACDV, July 11, 2014

10. COB 48-50  ACDV, April 28, 2015

11. COB 51-52  ACDV, April 28, 2015

12. COB 53-54  ACDV,  May 5, 2015

13. COB 55-56  ACDV,  June 10, 2015

14. COB 57-58  ACDV,  June 15, 2015

15. COB 972-977  ACDV,  November 20, 2015

16. COB 966-971  ACDV,  November 21, 2015

17. COB 978-983  ACDV,  November 21, 2015

18. COB 59-65  Credit One Account Notes

19. COB 360 Collection Code Definitions

20. COB 4164-4167  Accurint Results

21. COB  66-306  2011 Credit Reporting Resource Guide

22. COB  317- 323   Credit One Compliance Program and Policy Manual, August 2015

23. COB 324- 359  Credit One Compliance Guidelines Manual,  August 2015

24. COB  552-553  Credit One Organizational Chart

25. COB 002761-COB004134 Credit One Financial Statements

26. Credit One 2013 Annual Report - **WITHDRAWN**

27. Credit One 2014 Annual Report – **WITHDRAW**

28.  Credit One 2015 Annual Report - **WITHDRAWN**

29. Wood 22-25  Equifax  Negative Credit Accounts, January 29, 2015

30. EXPWood 25-46  Experian Credit Report June 25, 2014

31. EXPWood 125-126  Experian Fraud Alert June 25, 2014

32. EXPWood 47-66  Experian Credit Report October 22, 2014

33. EXPWood 67-86  Experian Credit Report October 27, 2014

34. EXPWood 87-104  Experian Credit Report December 25, 2014

35. EXP Wood 1-8 Dispute Letter April 15, 2015

36. EXPWood 127-130  Experian Fraud Alert  April 27, 2015

37. EXPWood 105-122  Experian Credit Report May 1, 2015

38. Experian Credit Report, May 1, 2015 - **WITHDRAWN**

39. EXPWood 131-132  Experian Request for Identification  May 5, 2015

40. EXP 9-10  May 27, 2015 Mailing to Experian with Identification

41. EXPWood 133-136  Experian June 5, 2015,  Added Fraud Warning

42. EXPWood 139-144  Experian Dispute Results June 9th 2015

43. EXPWood 141-144  Experian June 9, 2015,  Added Fraud Warning

44. EXPWood 145-158  Experian Dispute Results June 24. 2015

45. EXPWood 159-172  Experian Credit Report November 5, 2015

46. Plaintiff's 000056-000057 - Trans Union Fraud Alert Confirmation April, 27, 2015

47. Plaintiff's 000036-000051 - Trans Union Dispute Results April 29, 2015

48. Plaintiff's 000110–000111 - Mailing Receipts and Costs

49. Plaintiff's 000112-0000128 - MCM Account Statements and Letters

50. Published decision in *Saunders v. Branch Banking and  Trust Co. of VA*

51. Published decision in *Johnson v. MBNA.*

`                                    Respectfully,

                                    _____/s/_____
                                    Leonard A. Bennett, VSB 37523
                                    Craig C. Marchiando, VSB 40693
                                    CONSUMER LITIGATION ASSOCIATES, P.C.
                                    763 J Clyde Morris Boulevard, Suite 1A
                                    Newport News, VA 23601
                                    Telephone: (757) 930-3660
                                    Facsimile: (757) 930-3662
                                    lenbennett@clalegal.com
                                    craig@clalegal.com

                                    Susan M. Rotkis
                                    CONSUMER LITIGATION ASSOCIATES, PLLC.
                                    Consumer Litigation Associates, P.L.LC.
                                    382 South Convent Avenue
                                    Tucson AZ 85701
                                    Telephone:  (520) 622-2481
                                    srotkis@clalegal.com

                                            *Attorneys for Plaintiff*


                            CERTIFICATE OF SERVICE

    I hereby certify that on the 15th day of December, 2017, I served a true and correct copy of the foregoing document by filing it in the CM/ECF system, which will electronically notify (NEF) the following:

Bryan Fratkin
Heidi Siegmund
McGuireWoods LLP
One Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Phone: 804-775-4352
Fax: 804-698-2100
E-mail: bfratkin@mcguirewoods.com

    *Counsel for Credit One Bank*

                                               /s/
Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com