## PLAINTIFF'S PROPOSED JURY VERDICT  FORM

1.      Did the Plaintiff, David Wood, demonstrate by a preponderance of the evidence that the Defendant, Credit One Bank's violation of the Fair Credit Reporting Act proximately caused him actual damages?

_____ Yes

_____ No

If you answered "NO," please move to Question 3.

2.   If you answered "YES" to Question 1, please indicate the amount of actual damages that you find were proximately caused by Credit One Bank's violation:

$ _____

3.      Do you find by a preponderance of the evidence that the Defendant, Credit One Bank WILLFULLY violated the Fair Credit Reporting Act:

_____          YES

_____          NO

If you answered "NO" in response to both Question 1 and Question 3, Stop here.

4.  If you answered "NO" in response to Question 1, and you answered "YES" in response to Question 3, please indicate the amount of statutory damages, in amount between $100.00 and $1,000.00, that you choose to award:

$_____

5.  If you answered "YES" in response to Question 3, and you have decided that punitive damages are warranted based on the Court's instructions, please indicate the amount of punitive damages that you choose to award:

$ _____

Date: _____

Foreperson: _____