CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 1/12/18

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| David William Wood<br><br>v.<br><br>Credit One Bank | Case No. 315cv594<br><br>Judge: Lauck<br><br>Court Reporter: Diane Daffron, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: __Final Pretrial Conference__

APPEARANCES: Parties by ( ) with (✓) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) ____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: __Final Pretrial Conference__

Parties to file Trial Briefs Wed 1/17 - 1/19

Reply 1/24   Hearing/FPTC - Jan. 29 @ 1030

Parties are directed to schedule Settlement Conf w/ Judge Novak on 1/17 or 19 — Mandatory not optional

Counsel for Plaintiff(s): Leonard Bennett, Craig Marchiando

Counsel for Defendant(s): Bryan Fratkin, Heidi Siegmund

SET: 1:00   BEGAN: 1:18   ENDED: 5:34   Time in Court: 4:24

RECESSES: 2:30 - 2:56
         4:21 - 4:57