UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAVID W. WOOD,**

        **Plaintiff,**

v.                        Civil Action No. 3:15-cv-00594-MHL

**CREDIT ONE BANK, N.A.,** *et al.***,**

        **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David W. Wood and Defendant Credit One Bank, stipulate to dismissal with prejudice, each party to pay its own costs and attorneys fees. Therefore dismissal without a court order is proper.

There are no longer any issues in this action between Plaintiff and the Defendant to be determined by the Court, and all parties that have entered an appearance stipulate to its dismissal, with the court retaining jurisdiction for the purpose of enforcing the settlement of the matter.

Respectfully submitted this 31st day of January, 2018.

| | |
|---|---|
| By: /s/ | By: /s/ |
| Leonard A. Bennett, Esq. | Bryan Alan Fratkin, Esq. |
| VSB: 37523 | VSB: 38933 |
| Consumer Litigation Associates, P.C. | McGuire Woods LLP |
| 763 J. Clyde Morris Boulevard, Suite 1-A | Gateway Plaza |
| Newport News, Virginia 23601 | 800 East Canal Street |
| Telephone: (757) 930-3660 | Richmond, Virginia 23219 |
| Facsimile: (757) 930-3662 | Telephone: (804) 775-4352 |
| Email: srotkis@clalegal.com | Facsimile: (804) 698-2100 |
| | Email: bfratkin@mcguirewoods.com |
| *Counsel for Plaintiff* | *Counsel for Credit One Bank* |